IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON AUSTIN, *et al.*,

    Plaintiffs,

v.

BRIAN LAMB, *et al.*,

    Defendants.

Case No.: 1:25-cv-00016

## NOTICE OF A PRIOR OR SIMILAR CASE

Plaintiffs file this notice of a prior or similar case. Local Rule 5.6 states that a party "must file a notice" if:

> (A) a case in this District that includes an identical claim—or a similar claim—between some or all of the same or related parties was previously terminated by any means; or
> (B) the new case involves issues of fact or law in common with the issues in another case pending in the District.

Pursuant to this rule, Plaintiffs notify this Court that *NCF Freedom, Inc. v. Diaz*, 4:23-cv-00360, a case involving a challenge to the bill at issue here with similar claims and some of the same Defendants, was terminated on February 14, 2024.

Respectfully submitted,

Dated: January 16, 2025

/s/ Jerry C. Edwards
Jerry C. Edwards (FBN 1003437)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF FLORIDA

1

4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel.: (786) 363-1107
jedwards@aclufl.org

*Counsel for Plaintiffs*