IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON AUSTIN, ROBIN GOODMAN, MATTHEW MARR, ANDREA QUEELEY, JEAN RAHIER, KATIE RAINWATER,

*Plaintiffs*,

v.

ASHLEY BELL BARNETT, JOHN BRINKMAN, TIMOTHY M. CERIO, MANNY DIAZ, JR., AUBREY EDGE, PATRICIA FROST, CARSON GOOD, EDWARD HADDOCK, , KEN JONES, BRIAN LAMB, ALAN LEVINE, CHARLES H. LYDECKER, CRAIG MATEER, JOSE OLIVA, AMANDA J. PHALIN, and ERIC SILAGY, in their official capacities as members of the Florida Board of Governors of the State University System; MORTEZA HOSSEINI, DAVID L. BRANDON, JOHN BRINKMAN, RICHARD P. COLE, CHRISTOPHER T. CORR, JAMES W. HEAVENER, SARAH LYNNE, DANIEL T. O'KEEFE, RAHUL PATEL, MARSHA D. POWERS, FRED S. RIDLEY, PATRICK O. ZALUPSKI, and ANITA G. ZUCKER, in their official capacities as members of the University of Florida Board of Trustees; PETER COLLINS, BOB SASSER, JOHN THIEL, VIVAN DE LAS CUEVAS-DIAZ, JORGE GONZALEZ, JUSTIN ROTH, KATHRYN BALLARD, BRIDGETT BIRMINGHAM, JACKSON BOISVERT, JIM HENDERSON, DEBORAH SARGEANT, DREW WEATHERFORD, and MAXIMO ALVAREZ, in their official capacities as members of the Florida State University Board of Trustees; and ROGELIO TOVAR, CARLOS A. DUART, NOËL C. BARENGO, FRANCESCA CASANOVA, DEAN C. COLSON, ALAN GONZALEZ, GEORGE HEISEL,

Case No. 1:25-cv-00016-MW-MJF

JESUS LEBEÑA, ALEXANDER M. PERAZA, YAFFA POPACK, CHANEL T. ROWE, MARC D. SARNOFF, and ALBERTO R. TAÑO, in their official capacities as members of the Florida International University Board of Trustees.

*Defendants*,

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Martie Kutscher respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs in the above-captioned matter, and states as follows:

1. Plaintiffs have retained the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn") to represent them in this matter. In addition, Plaintiffs have retained the American Civil Liberties Union Foundation of Florida, Inc., as counsel in this matter.

2. I am an Partner at Gibson Dunn, located at 310 University Avenue, Palo Alto, California 94301.

3. I am a member in good standing of the California Bar (Registration No. 302650), as indicated by the attached certificate.

4. I have successfully completed the Attorney Admission Tutorial. My confirmation number is FLND17375703592463.

5. I have successfully reviewed the CM/ECF Attorney User's Guide.

6.     I have paid the required *pro hac vice* fee concurrent with filing this motion

WHEREFORE, Martie Kutscher respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiffs.

Dated: January 23, 2025         Respectfully submitted,

/s/ Martie Kutscher
Martie Kutscher
310 University Avenue
Pal Alto, CA 94301
(650) 849-5300

*Counsel for Plaintiffs*

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

January 16, 2025

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARTIE P. KUTSCHER, #302650 was admitted to the practice of law in this state by the Supreme Court of California on February 25, 2015 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Carolina Almarante-Terrero*

Carolina Almarante-Terrero
Custodian of Records