UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON AUSTIN, *et al.*,

    Plaintiffs,

v.

BRIAN LAMB, *et al.*,                  Case No.: 1:25-cv-00016-MW-MJF

    Defendants.

_____/

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Sharon Austin, Robin Goodman, Matthew Marr, Andrea Queeley, Jean Rahier, and Katie Rainwater respectfully move the Court, pursuant to Federal Rule of Civil Procedure 65(a), for a preliminary injunction against the enforcement of Florida Statutes sections 1004.06(2)(b) and 1007.25(3)(c) and Florida Board of Governors' Regulation 9.016 ("Reg. 9.016") by Defendants Brian Lamb, Ashley Bell Barnett, John Brinkman, Timothy M. Cerio, Manny Diaz, Jr., Aubrey Edge, Patricia Frost, Carson Good, Edward Haddock, Ken Jones, Alan Levine, Charles H. Lydecker, Craig Mateer, Jose Oliva, Amanda J. Phalin, and Eric Silagy, in their official capacities as members of the Florida Board of Governors for the State University System; Morteza Hosseini, David L. Brandon, John Brinkman, Richard P. Cole, Christopher T. Corr, James W. Heavener, Sarah Lynne, Daniel T. O'Keefe, Rahul Patel, Marsha D. Powers, Fred S. Ridley, Patrick O. Zalupski, and Anita G.

1

Zucker, in their official capacities as members of the University of Florida Board of Trustees; Peter Collins, Bob Sasser, John Thiel, Vivian de las Cuevas-Diaz, Jorge Gonzalez, Justin Roth, Kathryn Ballard, Bridgett Birmingham, Jackson Boisvert, Jim Henderson, Deborah Sargeant, Drew Weatherford, and Maximo Alvarez, in their official capacities as members of the Florida State University Board of Trustees; and Rogelio Tovar, Carlos A. Duart, Noël C. Barengo, Francesca Casanova, Dean C. Colson, Alan Gonzalez, George Heisel, Jesus Lebeña, Alexander M. Peraza, Yaffa Popack, Chanel T. Rowe, Marc D. Sarnoff, and Alberto R. Taño, in their official capacities as members of the Florida International University Board of Trustees.

Challenged are two provisions of Florida Senate Bill 266 ("S.B. 266"): (1) its ban on the funding of diversity-, equity-, and inclusion-related advocacy and the promotion of political or social activism and (2) its restrictions on general-education course content. S.B. 266's funding ban (section 1004.06(2)(b) and Reg. 9.016) violates the First Amendment's requirement of viewpoint neutrality by penalizing faculty and students at Florida's public universities for promoting disfavored viewpoints. Additionally, the funding ban's sweeping and vague prohibitions simultaneously penalize broad swaths of protected speech and fail to give fair notice of what is and is not prohibited, violating the First and Fourteenth Amendments to the United States Constitution. S.B. 266's restrictions on general-education courses

2

(section 1007.25(3)(c)) similarly fail to give fair notice to faculty as to what viewpoints they may and may not discuss in their general-education courses and are being enforced by Defendants in an arbitrary and viewpoint-discriminatory manner. As more fully set forth in Plaintiffs' Memorandum, Plaintiffs are likely to succeed on the merits of their claims and will suffer irreparable harm from the enforcement of these laws in the absence of preliminary relief. The balance of the equities strongly favors Plaintiffs, and an injunction protecting their constitutional rights is in accord with the public interest.

Wherefore, a preliminary injunction should issue.

Dated: January 27, 2025            Respectfully submitted,

By: /s/ Jerry C. Edwards
Jerry C. Edwards (FBN 1003437)
Samantha J. Past (FBN 1054519)
Amien Kacou (FBN 44302)
Michelle Morton (FBN 81975)
Daniel B. Tilley (FBN 102882)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel.: (786) 363-2714
jedwards@aclufl.org
spast@aclufl.org
akacou@aclufl.org
mmorton@aclufl.org
dtilley@aclufl.org

-and-

Lee R. Crain

Martie Kutscher Clark
Laura M. Sturges
Janiel Myers
Caelin Moriarity Miltko
A. Nell Tooley
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: 212-351-4000
lcrain@gibsondunn.com
mkutscherclark@gibsondunn.com
lsturges@gibsondunn.com
jjmyers@gibsondunn.com
cmoriaritymiltko@gibsondunn.com
ntooley@gibsondunn.com

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

I hereby certify that this Motion contains 467 words, excluding the parts of the document omitted by the rule, which is less than the 500 word limit.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

Because no attorney has entered an appearance on Defendants' behalf, Counsel is unable to meet and confer at this time. Counsel will apprise the Court of Defendants' position on this motion once Defendants' counsel enters an appearance.

/s/ Jerry C. Edwards
Jerry C. Edwards