## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

| | |
|---|---|
| SHARON AUSTIN, *et al.*, | |
| Plaintiffs, | |
| v. | Case No.: 1:25-cv- |
| BRIAN LAMB, *et al.*, | |
| Defendants. | |

## DECLARATION OF SHARON D. WRIGHT AUSTIN

I, Dr. Sharon D. Wright Austin, hereby declare and state as follows:

### A. Background

1. My name is Dr. Sharon D. Wright Austin, and I am over 18 years of age.

2. I have personal knowledge of the following facts and if called to testify could and would competently do so.

3. I currently serve as a Professor of Political Science with tenure at the University of Florida ("UF"). I have been a professor at UF since 2001.

4. I have 30 years of professional experience in higher education. My teaching focuses on American politics. Specifically, I teach courses on African American politics, minority politics, American government, public law, and public policy.

5. My research focuses on African American women's political behavior, African American mayoral elections, rural African American political activism, and African American political behavior.

6. My interest in these areas was influenced by my upbringing in Memphis, Tennessee. I am the daughter of Mississippi Delta sharecroppers who later moved to the city and worked in factories. I heard my parents, neighbors, and grandparents discuss race relations in the rural South because they all came from the same background. Their conversations encouraged me to dedicate my career to studying race.

7. I am currently writing a new book that I have given the working title of *Politics in the Classroom: The Assault on Blackness and Academic Freedom*. This book examines laws recently passed in different states that restrict discussions of race in higher-education classrooms and puts them in a historical context. This includes laws, like S.B. 266, that target discussion of diversity, equity, and inclusion ("DEI").

8. I received a bachelor's degree in History with a minor in Political Science from Christian Brothers University in Memphis, Tennessee. I received a master's degree in Political Science with a minor in Education from the

University of Memphis. I received a Ph.D. in Political Science from the University of Tennessee at Knoxville.

9. Prior to working at UF, I taught at the University of Louisville, the University of Missouri, the University of Michigan, and Yale University.

10. From Fall 2001 until Fall 2004, I served as a Visiting Associate Professor at UF. From 2004 until 2018, I served as an Associate Professor, receiving tenure in 2007. Since 2018, I have served as a Professor of Political Science.

11. From 2011 to 2012, I served as the Interim Director of the African American Studies Program at UF. From 2012 until 2019, I served as the Director of the African American Studies Program.

12. I have authored several publications, including: *Race, Power, and Political Emergence in Memphis*; *The Transformation of Plantation Politics in the Mississippi Delta: Black Politics, Concentrated Poverty, and Social Capital in the Mississippi Delta*; and *The Caribbeanization of Black Politics: Race, Group Consciousness, and Political Participation in America*.

13. I published two books—*Political Black Girl Magic: The Elections and Governance of Black Female Mayors* and *Beyond Racial Capitalism: Cooperatives in the African Diaspora*—in 2023.

14. I have been a member of the American Political Science Association since 1992. I was a member of the 2020–2024 term Editorial Team for the *American Political Science Review*. The *American Political Science Review* was founded in 1906 and is the most prestigious journal in the political science discipline. In December 2022, I became the first African American lead editor of this journal.

15. I was selected as a University Term Professor at UF for the 2018–2021 and 2021–2024 terms, for excellence in scholarship, teaching, and service.

16. In December 2021, I received the Science Defender Award from the Union of Concerned Scientists.

17. I was inducted into the Edward A. Bouchet Graduate Honor Society's UF Chapter on February 8, 2021, because of my scholarship, leadership, character, service, and advocacy on behalf of under-represented graduate students.

18. In January 2022, I received the David King Defender of Democracy Award from the League of Women Voters of Florida.

19. In April 2022, the Office of Graduate Diversity Initiatives selected me as a Graduate Education Diversity Champion for 2021-2022. This award recognizes faculty members who have enhanced and contributed to the overall

graduate environment by actively and positively promoting the concept of diversity and improving cross-cultural understanding and inclusivity in the university environment.

20. I have received several grants for my work in the African American Studies Program at UF. I received a *Support for Workshops and Speaker Series in the Humanities* grant from the Center for the Humanities and Public Sphere in February 2012, March 2015, and February 2016. These grants funded the *Education and Identity of African American Men* workshop in February 2013, the *Legacy and Influence of President Barack Hussein Obama* workshop in February 2016, and the *Black Women in the Academy* workshop in February 2017 at UF. I also received a Civil Debate Wall grant from the Bob Graham Center for Public Service in July 2012, which funded an online discussion of African American views about same-sex marriage.

21. I have also received grants for my research and teaching, including a University of Florida Racial Justice Grant to conduct research on Black faculty recruitment and retention, and the university's ties to slavery in 2020; a University of Florida Department of Political Science grant to conduct research on *Racial Group Consciousness and the Haitian Immigrant Quest for Political Incorporation* in 2010; a University of Florida Graham Center Case Study grant to conduct research on *Taking Back the Land: The Battle of*

*Liberty City's Resident against Gentrification* in 2009; a University of Florida Graham Center grant to develop a Latino Politics and Policy course in 2008; a University of Florida Department of Political Science grant to conduct research on *Concentrated Poverty, Social Isolation, and Political Participation in the Southern Black Belt* in 2006; and a University of Florida College of Liberal Arts and Sciences Humanities Enhancement grant to conduct research on *Concentrated Poverty, Social Isolation, and Political Participation in the Southern Black Belt* in 2005.

## B. S.B. 266's Impact on My General Education Core Courses

22. During UF's Summer 2024 term, I taught my course on the "Politics of Race" at UF. "Politics of Race" is a "Quest 1" course. Quest courses are part of UF's general education curriculum and are designed to contribute to students' intellectual and personal growth. In addition to their other required general education courses, current students at UF are required to take one Quest 1 course to complete three credits of the general education requirement in the Humanities, and one Quest 2 course to complete three credits of the general education requirement in the Social and Behavioral, Biological, or Physical Sciences.

23. "Politics of Race" is a multi-disciplinary online course that examines the historical exclusion of Black, Hispanic/Latinx, Asian, international and other students of color from UF and the hostile and unwelcoming environment these students experienced after the University desegregated. We cover topics including, but not limited to, free speech, political correctness, affirmative action, the intersection of on-campus Greek life and racism, and religious discrimination. Students discuss race relations in both the past and present by examining the theories and methodologies in research articles and books. Students also complete an experiential oral history activity and receive information about current campus units that conduct research on racial issues.

24. The Provost's Office asked me to put the "Politics of Race" course together after the death of George Floyd in 2020. I received a Quest grant from UF to develop the course.

25. In Fall 2024, I taught my "Quest 2" course, "Black Horror and Social Justice."

26. "Black Horror and Social Justice" is an online course. It examines Black horror films and the manner in which filmmakers and scholars have used them to advocate for social justice, civil rights, and political issues. We review films from the past and present, starting with the 1915 *Birth of Nation* film, through modern day films, such as *Get Out*. We discuss racial stereotypes, the

exploitation of Black actors, and the social justice themes in the context of the civil rights and racial justice movements.

27. As a Quest 2 course, "Black Horror and Social Justice" is an interdisciplinary course that allows students to examine important societal issues and debate possible solutions to them.

28. On July 3, 2024, a member of the Quest administrative team reached out about my "Black Horror and Social Justice" course to ask for an updated syllabus that complies with S.B. 266. She said the Provost's Office made a request for updated syllabi for all Quest courses and copied Tobin Shorey, the Assistant Provost for Curriculum and Academic Policy, and Gillian Lord, the Associate Dean of Student Affairs, on the email.

29. I responded that I did not update my syllabus because I believed that my courses were in compliance with S.B. 266, as I present a variety of viewpoints in my courses. In my email, I requested guidance about S.B. 266's requirements if UF believed my courses were not in compliance. I also attached my syllabus to the email.

30. On August 1, Assistant Provost Shorey emailed me about each of my Quest courses. The first email discussed my "Politics of Race" course. Dr. Shorey acknowledged that the course had been approved according to the "General

Education subject area objectives and policies [UF] had at the time," but he was worried that "Politics of Race" now violated S.B. 266's "text about identity politics and systemic racism." Dr. Shorey said that based on UF's "current understanding" of compliance with S.B. 266's new general education requirements, he was struggling to make recommendations as to how to bring the course in line with S.B. 266's restrictions without compromising the course.

31. Because he was unsure of how to bring the course into compliance with S.B. 266, he recommended that the students currently taking the course receive general education credit, but that the course be stripped of its general education status moving forward. Dr. Shorey offered to discuss possible revisions if I wanted the course to keep its general education status, but he warned that the discussion would need to happen by August 2, the next day.

32. Dr. Shorey sent me a second email on August 1, in which he noted that he meant to include discussion of my "Black Horror and Social Justice" course in his prior email. He said that he believed this course could remain a general education course if I made some changes to the syllabus because the course did not include expressions that could be seen as "advocacy" for positions that violated S.B. 266's restrictions on "systemic racism and identity politics". Dr.

Shorey again offered to meet with me by August 2 to discuss possible revisions.

33. On August 2, I met with Dr. Shorey; Dr. Dan Smith, the chair of the Political Science Department; and Dr. Cheryl Gater, the Associate Provost, to discuss changes to my Quest courses to purportedly comply with S.B. 266's general education course restrictions. Dr. Shorey recommended that I change wording in my syllabi, alter a module on microaggressions, and add a disclaimer to my syllabi. He emailed me some examples of disclaimers after the meeting on August 2. In that email, he noted that he believed the disclaimer alone would not be sufficient to comply with S.B. 266 "without demonstration in weekly readings." I revised my syllabi accordingly and sent them to Dr. Shorey the next day.

34. On August 6, Dr. Shorey emailed me back, referencing our August 2 meeting and recommending that I make the change to the course description and the microaggressions module in my "Politics of Race" course. He was concerned that the description and module violated S.B. 266's "identity politics" and "systemic racism" restrictions. In the email, Dr. Shorey cautioned that the changes "do not guarantee that others will find the course to be in compliance with S.B. 266," but that he thought they would help. I implemented Dr. Shorey's recommended changes by removing the phrase "on the basis of race

and ethnicity" from the course description. The sentence earlier read: "we will examine the manner in which colleges and universities manage conflicts among their student body *on the basis of race and ethnicity* with an emphasis on the University of Florida" I also included a definition for the term "microaggressions" in the "General Education Objectives: Humanities and Diversity" section of my syllabus, defining the term as "subtle or unintentional forms of discrimination."

35. On August 9, Dr. Shorey responded that because I made the recommended changes, he would "move the course forward with our General Education courses, but as we discussed, I am uncertain it will pass state scrutiny or interpretations of the legislation. I will, of course, update you as we receive additional information."

36. On December 7, 2024, I was notified by Dr. Gillian Lord, UF College of Liberal Arts and Sciences Associate Dean, that my courses were denied general education credit for the 2025-2026 academic year by the Florida Board of Governors and the Chancellor. Dr. Lord emphasized that while she did "not have any information regarding the logic (or, as I told chairs, lack of logic) behind these decisions," it is likely that the courses were not approved by the Board of Governors under its interpretation of "SB266 and its associated BOG regulations about 'divisive concepts' and 'distortion' of

historical facts." Dr. Lord further informed me that it was likely that "courses that dealt with identity, culture, race, or gender, like yours, did not make it on the final approval list, regardless of the approach or the value of the course."

37. I taught my Quest 2 course "Black Horror and Social Justice" during the Fall 2024 semester. As far as I know, "Black Horror and Social Justice" is still being offered as a general education course for the Summer 2025 term. I have applied to teach both Summer A and B sessions at the request of my Department, as the College is struggling to offer an adequate amount of Quest courses for the Summer term. Although I have asked College of Liberal Arts and Sciences ("CLAS") leadership, I still do not know if the course will receive general education credit as planned. I am concerned about teaching my course because I do not want to unintentionally violate S.B. 266. At the same time, I do not know how to ensure I follow the law because the law is unclear.

38. For example, S.B. 266 prohibits the teaching of "identity politics" in general education courses. I am unsure what "identity politics" means. The law does not define it, and people's definitions of "identity politics" can be vastly different. One person could see the law as preventing discussion of group interests and social movements in politics. That would make it very difficult, if not impossible, to teach even an introductory-level Political Science course.

Another person could view the label as only applying to certain social groups. The use of "identity politics" does not give me fair warning of what I can and cannot teach in my general education courses.

39. S.B. 266 also restricts the teaching of "theories that systemic racism, sexism, oppression, and privilege are inherent in the institutions of the United States and were created to maintain social, political, and economic inequities." Dr. Shorey appears to interpret this restriction as prohibiting what could be seen as an endorsement of the theory of systemic racism. But it is unclear to me what this provision actually means. Does it require all of the conditions present for the theory to be prohibited by S.B. 266 or just some of them? I do not know.

40. My concerns about vagueness are particularly acute for faculty in the social sciences. Dr. Lord informed me that, despite our faculty's diligent and good faith efforts to comply with S.B. 266 by revising course syllabi, the Board of Governors "approved only 150 CLAS courses to carry GE [general education] designations for the next academic year", and "very few H and S Quest [Humanities and Social and Behavioral Sciences] courses were approved."

41. I am worried that if I unintentionally violate S.B. 266, it could cost me my tenure. Due to the new post-tenure review law and regulation, I have to

13

undergo post-tenure review every five years, and one of the criteria UF considers is whether I have complied with Florida law and the Florida Board of Governors' regulations. If I score poorly on my post-tenure review, UF can strip me of my tenure and terminate me. I have made the changes to my courses that UF asked of me, but I am still unsure if the viewpoints I discuss in class comply with S.B. 266's restrictions. I am concerned that if I teach the way I traditionally have, I am risking punishment and potential termination.

42. Recently, I read that 21% of UF professors in the first round of post-tenure review received evaluations that their performance was "unsatisfactory" or "did not meet expectations," which was the highest percentage in the state of Florida. This has only amplified my anxiety over S.B. 266.

43. If my Quest courses are stripped of their general education course status, it will cause me harm. I am able to teach my Quest courses during the summer, as I did this year. This enables me to supplement my income, as UF pays me additional money to teach during the summer. If I am only able to teach during the fall and spring, I will not earn this extra income.

44. I often use the extra income I make during the summers to help students. For example, when some of my doctoral students were unable to get funding to

join a UF-sponsored trip to France that I led as part of an "African Americans in Paris" course, I paid for their travel expenses out of my own pocket.

45. If my courses are not eligible for the Social and Behavioral Sciences general education credit, even if they satisfy other UF-specific requirements like the Quest program, it creates a stigma that they are not legitimate social science courses and suggests to students that my courses have less academic credibility than other social science classes. The Board of Governors' decision to remove my courses from the Social and Behavioral Sciences general education curriculum is an attack on my credibility as a social sciences scholar, affecting both my academic reputation and possibly my post-tenure review.

46. Moreover, removal of the general education designation will cause a decline in enrollment in my courses because students must satisfy the Social and Behavioral Sciences credit elsewhere. If my courses don't get sufficient enrollment, eventually, they won't be offered. In addition, if I am unable to teach a sufficient number of general education courses, and if my courses are affected by declining enrollment, this will also affect my merit-based compensation.

**C. The Impact of S.B. 266's DEI Funding Ban**

47. S.B. 266 also impacts my research and scholarship. Specifically, UF denied my request for funding to attend the Diversity Abroad (now Global Inclusion) conference this fall. The conference was scheduled for October 29 to November 1, 2024, in Washington, D.C.

48. I presented at the Diversity Abroad conference in 2023 on my research on academic freedom. They invited me back to give another presentation this year. My plan was to present a chapter from my book that criticizes anti-DEI laws and connects these laws historically to other anti-Black legislation.

49. I first requested funding from UF's International Center in March 2024. The Center's Director told me that the Center had to give up its institutional membership in Diversity Abroad due to S.B. 266 and could not provide funding for me to attend because of the conference's pro-DEI viewpoint.

50. Last year, before the Board of Governors issued its regulation implementing S.B. 266's ban on funding DEI, the International Center provided funding for me to attend and present at the Diversity Abroad conference.

51. Because of the International Center's denial of funding, on March 30, 2024, I asked my department chair, Dan Smith, if I could use the $1,250 professional development budget I receive from the Political Science department to attend conferences in order to attend and present at the Diversity Abroad conference.

52. This money is generally available for professors in the department to attend conferences to network with faculty and students at other institutions and receive feedback on our research. In the past, UF has never denied me funding because of the viewpoints espoused by the research I would be presenting or because of the conference itself. The book project on which I planned to present is consistent with the research UF hired me to do, my areas of expertise, and my discipline's standards.

53. On April 8, Dr. Smith wrote back that he had discussed the opportunity with the Dean's office, and UF's position was that I could not use state funds, even those with the express purpose of funding professors' participation at conferences, to attend the Diversity Abroad conference. My understanding is that this decision is because of S.B. 266's ban on using state and federal funds to advocate for DEI.

54. Presenting at conferences is an important part of developing scholarship. It permits me to present my ideas to experts in my field and others, receive questions, and solicit feedback. Having other scholars challenge and critique your work and offer suggestions on other angles to consider is a crucial part of producing sound research and scholarship. It is expected of scholars in my discipline. It is also what UF expects of its scholars, which is why the university has traditionally made this funding available.

55. Because of UF's denial of funding, I was unable to attend the Diversity Abroad conference in Fall 2024.

56. In April 2024, I also requested funding from UF to attend a conference in Greece, at which I planned to present the same book chapter on anti-DEI laws. My proposed presentation was titled "The Challenges of Developing Global Programs in an Anti-DEI Climate." Despite my repeated efforts to get an update on the status of my request, UF never responded to approve my funding for this conference.

57. Because my research touches on issues related to DEI, I am concerned that I will be unable to obtain funding to attend conferences moving forward.

58. I am also concerned that if I hire students to assist me with my research, it will violate the Board of Governors's Regulation 9.016.

59. Regulation 9.016 prohibits state or federal funding for activities that involve student participation where those activities also advocate for diversity, equity, and inclusion, or promote political or social activism. Student research assistants participate in the research process, and my research is funded by state and federal grants.

60. It is common for Political Science scholars to hire student research assistants to help with our research. I have done it often in the past. UF is aware of and

supports this practice. It expects graduate students to assist with research projects.

61. Last semester, I hired two undergraduate students as junior fellows to assist on my research projects, including those related to diversity, equity, and inclusion. I am also hiring junior fellows this semester. While I plan to continue with my research, I am worried that unintentionally violating S.B. 266 will adversely affect my post-tenure review. I am also worried that it could result in me losing my research grants.

## D. The Harms Caused by S.B. 266

62. Due to S.B. 266's restrictions on general education courses, I am unsure of what I can teach in my "Politics of Race" and "Black Horror and Social Justice" courses without running afoul of Florida law. The law's ban on teaching "identity politics" and discussing theories of systemic racism, sexism, oppression, and privilege fail to provide fair notice of what I can and cannot teach. I am left guessing as to whether my course material runs afoul of this law. UF, itself, has struggled to provide guidance. Dr. Shorey was unable to offer assurances that his interpretation of S.B. 266 would align with the interpretations of others in UF leadership and on the Florida Board of Governors.

63. This lack of clarity leaves me in the untenable position of having to choose between teaching as I traditionally have and risking punishment, including the loss of my tenure and job; self-censoring; or requesting that UF strip my courses of general education status, which will cause me financial harm.

64. S.B. 266's ban on funding DEI advocacy has denied, and will likely continue to deny, me the opportunity to present my research at academic conferences. By denying me the funding that I need to cover conference registration and travel expenses, S.B. 266 restricts my ability to speak out against anti-DEI legislation. If I wanted to attend conferences critical of DEI and sought to present research that advocated against diversity, S.B. 266 would not have banned me from obtaining funding.

65. Not being able to present at academic conferences will make it more difficult for me to produce sound and rigorous scholarship.

66. My takeaway from these funding restrictions is that the State government is punishing me because I research and write on ideas with which it disagrees. The State is making me choose between conference funding and my research. If I continue my research and scholarship on anti-DEI laws, the state will continue denying me funding, and I will be unable to attend academic

conferences. If I change my research and scholarship to reflect viewpoints the state agrees with, I will receive funding again.

67. Punishing me for researching and writing on ideas the state disfavors is contrary to academic freedom. I should not have to choose between my research—research UF hired me to do—and my funding.

**E. Exhibits**

68. Attached as **Exhibit A** is a true and correct copy of the email I received on July 3, 2024 from the Quest Administrative Team regarding my Quest syllabus.

69. Attached as **Exhibit B** is a true and correct copy of the emails exchanged between me and UF leadership on August 1, 2024 and August 5, 2024 regarding S.B. 266's general education course restrictions and my Quest courses.

70. Attached as **Exhibit C** is a true and correct copy of the emails exchanged between me and UF leadership on August 2, 2024 to August 6, 2024 regarding S.B. 266's general education course restrictions and my Quest courses.

71. Attached as **Exhibit D** is a true and correct copy of the emails exchanged between me and UF leadership on August 7, 2024 and August 9, 2024

regarding S.B. 266's general education course restrictions and my Quest courses, including an attachment describing course syllabus revisions.

72. Attached as **Exhibit E** is a true and correct copy of the email I received on April 8, 2024, from the chair of the Political Science department informing me that UF was prohibiting me from using my travel funds to attend the Diversity Abroad conference in the Fall 2024.

73. Attached as **Exhibit F** is a true and correct copy of the email I received on December 7, 2024 from the College of Liberal Arts and Sciences Associate Dean informing me that my courses were denied general education credit for the 2025-2026 academic year by the Florida Board of Governors and the Chancellor.

74. Attached as **Exhibit G** is a true and correct copy of my "Politics of Race" at UF syllabus. I have bolded the changes I made to comply with S.B. 266 and attached a prior version of the syllabus as well.

75. Attached as **Exhibit H** is a true and correct copy of my "Black Horror and Social Justice" syllabus. I have bolded the changes I made to comply with S.B. 266 and have also attached a prior version of the syllabus.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed on <u>January</u> 16, 2025.

_____
Dr. Sharon D. Wright Austin

# Exhibit A

**From:** Kroger, Kendall L <kendalll@ufl.edu>
**Sent:** Wednesday, July 3, 2024 10:24 AM
**To:** AUSTIN,SHARON D <polssdw@ufl.edu>
**Cc:** Gillian Lord <glord@ufl.edu>; Shorey, Tobin J <tshorey@ufl.edu>
**Subject:** Black Horror and Social Justice - Fall 2024

Sharon,

As we ramp up for the Fall 2024 semester, the Provost's Office is requiring submission of updated syllabuses for all Quest courses that include content related to topics covered by Senate Bill 266.  We need the syllabus for your Quest course by **Tuesday, July 9**[th], and it should include any revisions made to comply with SB266.  The syllabus and assignments must reflect how such topics will be covered objectively without endorsements of viewpoints, observed from multiple perspectives, taught as objects of analysis within a larger course of instruction, etc.

Please let me know if you have any questions.

All the best,

Kendall

Kendall Kroger

Academic Program Specialist II

342 Tigert Hall

352-273-3803

kendalll@ufl.edu

Pronouns: She/Her/Hers

# Exhibit B

**From:** Shorey, Tobin J <tshorey@ufl.edu>
**Sent:** Thursday, August 1, 2024 10:31 AM
**To:** AUSTIN,SHARON D <polssdw@ufl.edu>
**Cc:** Gater,Cheryl L <cgater@aa.ufl.edu>; Gillian Lord <glord@ufl.edu>
**Subject:** Immediate Attention Required: General Education Course Compliance for Fall 2024

Dear Sharon,

Thank you for your work with Kendall and the Quest team.  We appreciate your teaching in the Quest program, which improves our General Education program and provides the best experience for our students while adhering to university policies and state regulations.  As you may know, this Fall we are required to be in compliance with state regulations that arose from Senate Bill 266 and other legislation.  While I thought we would have more time to work on these, our office must submit a final list of our courses that meet all university and state General Education requirements by Monday, August 5th for timely delivery to university and state committees.

I reviewed your course syllabus for IDS2935 – Politics and Race at UF, and while it was approved according to the General Education subject area objectives and policies we had at the time, I am concerned that it will conflict with the new regulations, particularly Senate Bill 266's text about identity politics and systemic racism.  Based upon our current understanding of compliance with the new General Education requirements, I struggle to make a recommendation on how to adjust the topics covered in a way that brings the course into line with these new expectations without compromising the content and execution of the course that you have created.  As such, I think we should give Quest and General Education credit to those that are currently registered for the course but remove the General Education status moving forward. Such a change would not impact your ability to teach the course in the Fall and subsequent semesters.  You will still be able to request a permanent non-General Education course number and will students who are currently registered in these courses for Fall 2024 will not be adversely impacted by any these changes.

If you wish to discuss possible revisions to keep the course in General Education,  we would need to revise the syllabus and agree on compliance issues by tomorrow, August 2nd, so that we can submit the list of all of our General Education courses by the required deadline.

Please let me know if I can provide any clarifications on these recommendations.

Best,

Toby

Tobin Shorey, Ph.D.
Assistant Provost for Curriculum and Academic Policy
Office of the Provost

238A Tigert Hall
University of Florida
Gainesville, Florida 32611-3175
Mailto: tshorey@ufl.edu
VOICE MAIL: 352.846.2036

**From:** Shorey, Tobin J <tshorey@ufl.edu>
**Sent:** Thursday, August 1, 2024 10:44 AM
**To:** AUSTIN,SHARON D <polssdw@ufl.edu>
**Cc:** Gater,Cheryl L <cgater@aa.ufl.edu>; Gillian Lord <glord@ufl.edu>
**Subject:** Immediate Attention Required: General Education Course Compliance for Fall 2024

Dear Sharon,

I apologize for not including this course in the previous email:

I also reviewed your course syllabus for IDS2935 – Black Horror and Social Justice, I believe the course sufficiently handles ideas of systemic racism and identity politics in ways that largely comply with the new regulations because the content focuses upon what artists and directors believed, and not an expression of advocacy for positions that may violate the law and regulations previously mentioned.  But some revisions will be necessary in the syllabus to clarify, including removal of conflation of black horror and black history in the third bullet point of the examined questions on the first page.  An uncritical reading of such statements might lead someone to believe the course is in violation of the regulations around systemic racism and identity politics.  It might also be beneficial to look at the disclaimer that Criminology developed in relation to the new regulations, and include something similar so that those reading the syllabus can easily identify that the course is not advocating particular positions and welcomes multiple perspectives.

If you wish to discuss possible revisions to keep the course in General Education,  we would need to revise the syllabus and agree on compliance issues by tomorrow, August 2nd, so that we can submit the list of all of our General Education courses by the required deadline.

Please let me know if I can provide any clarifications on these recommendations.

Best,

Toby

Tobin Shorey, Ph.D.
Assistant Provost for Curriculum and Academic Policy
Office of the Provost

238A Tigert Hall
University of Florida
Gainesville, Florida 32611-3175

Mailto: [tshorey@ufl.edu](mailto:tshorey@ufl.edu)
VOICE MAIL: 352.846.2036

NOTE: This communication may contain information that is legally protected from unauthorized disclosure.  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.

**From:** AUSTIN,SHARON D <polssdw@ufl.edu>
**Sent:** Thursday, August 1, 2024 2:26:51 PM
**To:** Shorey, Tobin J <tshorey@ufl.edu>
**Cc:** Gater,Cheryl L <cgater@aa.ufl.edu>; Gillian Lord <glord@ufl.edu>; Smith,Daniel A <dasmith@ufl.edu>; Smith, Ben <bbsmith@ufl.edu>
**Subject:** Re: Immediate Attention Required: General Education Course Compliance for Fall 2024

Hi everyone, I'm confused about the requirements of the message below. According to the language of SB266:

General education core courses may not distort significant historical events or include a curriculum that teaches identity politics, violates or is based on theories that systemic racism, sexism, oppression, and privilege are inherent in the institutions of the United States and were created to maintain social, political, and economic inequities.

My Politics of Race at UF course provide a truthful account of the allegations of racism and oppression that existed at UF in the past and present. The students discuss these issues and all opinions are welcomed. There is no evidence that any of the content in my class violates SB 266. I therefore object to the removal of the gened classification that was previously approved for this course and would like to have it included on the list of approved courses. Sharon

Dr. Sharon D. Wright Austin
Professor of Political Science

The University of Florida
Department of Political Science

234 Anderson Hall

Gainesville, FL 32611
(352) 392-0262
Polssdw@ufl.edu

https://ufl.zoom.us/j/5186400829

**Check out my most recent books:**

- ***Political Black Girl Magic: The Elections and Governance of Black Female Mayors*** **(Temple University Press, 2023) https://tupress.temple.edu/books/political-black-girl-magic**


- ***Beyond Racial Capitalism: Cooperatives in the African Diaspora*** **(Oxford University Press, 2023)  https://global.oup.com/academic/product/beyond-racial-capitalism-9780192868336?lang=de&cc=id**

Toby, et al.

I agree with Sharon and oppose the decision to delist her class as a gened course.

What, specifically, in the syllabis needs to be revised?

Best,

Dan

**From:** AUSTIN,SHARON D <polssdw@ufl.edu>
**Sent:** Thursday, August 1, 2024 9:01 PM
**To:** Smith,Daniel A <dasmith@ufl.edu>; Shorey, Tobin J <tshorey@ufl.edu>
**Cc:** Gater,Cheryl L <cgater@aa.ufl.edu>; Gillian Lord <glord@ufl.edu>; Smith, Ben <bbsmith@ufl.edu>
**Subject:** Re: Immediate Attention Required: General Education Course Compliance for Fall 2024

Hello, can you please let me know tomorrow (August 2nd) if my politics of race at UF will continue to be listed as a quest 1 class that fulfills gened requirements and my black horror and social justice class will be listed as a quest 2 class that fulfills gened requirements.

If not, please let me know what evidence you have that the classes are in violation of SB 266.  Sharon

Dr. Sharon D. Wright Austin
Professor of Political Science

The University of Florida
Department of Political Science

234 Anderson Hall

Gainesville, FL 32611
(352) 392-0262
Polssdw@ufl.edu

https://ufl.zoom.us/j/5186400829

**Check out my most recent books:**

- ***Political Black Girl Magic: The Elections and Governance of Black Female Mayors* (Temple University Press, 2023) https://tupress.temple.edu/books/political-black-girl-magic**

***Beyond Racial Capitalism: Cooperatives in the African Diaspora*** **(Oxford University Press, 2023)** [https://global.oup.com/academic/product/beyond-racial-capitalism-9780192868336?lang=de&cc=id](https://global.oup.com/academic/product/beyond-racial-capitalism-9780192868336?lang=de&cc=id)

**From:** Shorey, Tobin J <tshorey@ufl.edu>
**Sent:** Thursday, August 1, 2024 11:38 PM
**To:** AUSTIN,SHARON D <polssdw@ufl.edu>; Smith,Daniel A <dasmith@ufl.edu>
**Cc:** Gater,Cheryl L <cgater@aa.ufl.edu>; Gillian Lord <glord@ufl.edu>; Smith, Ben <bbsmith@ufl.edu>
**Subject:** RE: Immediate Attention Required: General Education Course Compliance for Fall 2024

Good Evening,


If you have time tomorrow, I am happy to set up time to meet (be it on zoom or in person).  We can discuss the concerns I raised in the emails I sent. Let me know a few times you might be available tomorrow.  As I mentioned, our understanding of what might and might not pass for compliance with the Board of Governors has shifted as the regulation begins to be implemented for Fall 2024.


Best,

Toby

Tobin Shorey, Ph.D.
Director of Curriculum Monitoring and Analysis
Office of Undergraduate Affairs

238B Tigert Hall
University of Florida
Gainesville, Florida 32611-3175
Mailto: tshorey@ufl.edu
VOICE MAIL: 352.846.2036

NOTE: This communication may contain information that is legally protected from unauthorized disclosure.  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.

**From:** AUSTIN,SHARON D <polssdw@ufl.edu>
**Sent:** Monday, August 5, 2024 9:23 PM
**To:** Shorey, Tobin J <tshorey@ufl.edu>; Smith,Daniel A <dasmith@ufl.edu>
**Cc:** Gater,Cheryl L <cgater@aa.ufl.edu>; Gillian Lord <glord@ufl.edu>; Smith, Ben <bbsmith@ufl.edu>
**Subject:** Re: Immediate Attention Required: General Education Course Compliance for Fall 2024

Hello, I want to follow up on Friday's meeting to find out the status of my quest 1 class.  Will we still be able to offer it for gened credit?  Sharon

Dr. Sharon D. Wright Austin
Professor of Political Science

The University of Florida
Department of Political Science

234 Anderson Hall

Gainesville, FL 32611
(352) 392-0262
Polssdw@ufl.edu

https://ufl.zoom.us/j/5186400829

**Check out my most recent books:**

- ***Political Black Girl Magic: The Elections and Governance of Black Female Mayors* (Temple University Press, 2023) https://tupress.temple.edu/books/political-black-girl-magic**

- ***Beyond Racial Capitalism: Cooperatives in the African Diaspora* (Oxford University Press, 2023)  https://global.oup.com/academic/product/beyond-racial-capitalism-9780192868336?lang=de&cc=id**

# Exhibit C

**From:** Shorey, Tobin J <tshorey@ufl.edu>
**Sent:** Tuesday, August 6, 2024 8:45 AM
**To:** AUSTIN,SHARON D <polssdw@ufl.edu>; Smith,Daniel A <dasmith@ufl.edu>
**Cc:** Gater,Cheryl L <cgater@aa.ufl.edu>
**Subject:** RE: Criminology Disclaimer

Dear Sharon,

I wish you a speedy recovery.

As we discussed Friday, here are my suggestions for things that still need to be modified. While these changes do not guarantee that others will find the course to be in compliance with SB266, I think they would help:

1. In the course description, this sentence needs to be changed. It seems to validate ideas of systemic discrimination and would violate SB266: "Concerning the second, we will examine the manner in which colleges and universities manage conflicts among their student body on the basis of race and ethnicity with an emphasis on the University of Florida."
2. I believe some changes are needed for the module on microaggressions as well. I believe a critical examination of the word microaggression (its origin, the theories that underpin it, and the shortcomings of the word) would contextualize it, and prevent someone reading he syllabus from outside UF from assuming that the course uses "buzzwords" for identity politics and systemic racism.

Again, I am concerned about preserving the intellectual integrity of the course. I do not think it can be General Education without careful clarification (particularly to the points mentioned above). Please let me know your thoughts.

Best,

Toby

Tobin Shorey, Ph.D.
Assistant Provost for Curriculum and Academic Policy
Office of the Provost

238A Tigert Hall
University of Florida
Gainesville, Florida 32611-3175
Mailto: tshorey@ufl.edu
VOICE MAIL: 352.846.2036

NOTE: This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender

immediately by telephone or by return email and delete this message from your computer.

**From:** AUSTIN,SHARON D <polssdw@ufl.edu>
**Sent:** Saturday, August 3, 2024 5:44 PM
**To:** Shorey, Tobin J <tshorey@ufl.edu>; Smith,Daniel A <dasmith@ufl.edu>
**Subject:** Re: Criminology Disclaimer

Hello, I included the disclaimer and made some additional changes to module 5.  Unfortunately, I have covid and didn't make very many changes, but please let me know if I need to make additional ones.  Sharon

Dr. Sharon D. Wright Austin

Professor of Political Science

The University of Florida

Department of Political Science

234 Anderson Hall

Gainesville, FL 32611

(352) 392-0262

Polssdw@ufl.edu

https://ufl.zoom.us/j/5186400829

**Check out my most recent books:**

*Political Black Girl Magic: The Elections and Governance of Black Female Mayors* (Temple University Press, 2023)
**https://tupress.temple.edu/books/political-black-girl-magic**

*Beyond Racial Capitalism: Cooperatives in the African Diaspora* (Oxford University Press, 2023) **https://global.oup.com/academic/product/beyond-racial-capitalism-9780192868336?lang=de&cc=id**

**From:** Shorey, Tobin J <tshorey@ufl.edu>
**Sent:** Friday, August 2, 2024 3:28 PM
**To:** AUSTIN,SHARON D <polssdw@ufl.edu>; Smith,Daniel A <dasmith@ufl.edu>
**Subject:** Criminology Disclaimer

Here is the wording I saw while reviewing the Criminology syllabuses. While I don't believe that this wording alone is sufficient to comply with SB 266 without demonstration in the weekly readings I think a statement such as this is helpful for framing analysis of subjects that are mentioned in SB 266 (particularly for those that will

read the syllabus who might or might not take the course):

Course compliance statement. Historical background and sociological/criminological concepts about the criminal justice system are components of this course. Multiple sources, types of evidence, and interpretations are included, and differing interpretations of historical events are discussed with an emphasis on diverse theoretical perspectives rather than privileging one over the other. The class emphasizes maintaining accuracy and objectivity and skills to evaluate evidence and claims. Discussions of history are case- or data-driven rather than rooted in ideology or advocacy, and students can draw their own conclusions. Grading of assignments and/or exams focuses on understanding of content rather than adopting a specific opinion.

Advanced Principles of Criminal Justice (CCJ 3024) may touch on topics germane to identity, but as subjects of study and not advocacy; in that spirit, we routinely teach on diverse theoretical perspectives rather than privileging one over the other. Discussion of identity are case- or data-driven rather than rooted in ideology or advocacy. Grading of assignments and/or exams focuses on understanding of content rather than adopting a specific opinion.

The course may discuss systemic theories as they relate to sociological/ criminological perspectives on the criminal justice system, but it considers them in the context of other theoretical approaches and includes critique of all theoretical perspectives. The course does not endorse concepts of systemic racism, sexism, oppression, or privilege. It also does not treat inequalities or injustice as inherent, but instead discusses theoretical perspectives that explain whether and how social structures may create and reproduce inequalities. Such processes are viewed as contingent and negotiated and often contested rather than natural or determined. The course cites relevant facts based on research demonstrating how institutions are social contexts that shape inequalities within the United States and globally. Discussions of various interpretations are case- or data-driven rather than driven by an ideology. Grading of assignments and/or exams focuses on understanding of content rather than adopting a specific opinion.

Tobin Shorey, Ph.D.
Assistant Provost for Curriculum and Academic Policy
Office of the Provost

238A Tigert Hall
University of Florida
Gainesville, Florida 32611-3175
Mailto: tshorey@ufl.edu
VOICE MAIL: 352.846.2036

NOTE: This communication may contain information that is legally protected from unauthorized disclosure.  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.

# Exhibit D

**From:** Shorey, Tobin J <tshorey@ufl.edu>
**Sent:** Friday, August 9, 2024 8:39 AM
**To:** AUSTIN,SHARON D <polssdw@ufl.edu>; Smith,Daniel A <dasmith@ufl.edu>; Gater,Cheryl L <cgater@aa.ufl.edu>
**Subject:** RE: Revised Syllabus

Thank you for making these adjustments. While we will move the course forward with our General Education courses, but as we discussed, I am uncertain it will pass state scrutiny or interpretations of the legislation. I will, of course, update you as we receive additional information.

Best,

Toby

Tobin Shorey, Ph.D.
Assistant Provost for Curriculum and Academic Policy
Office of the Provost

238A Tigert Hall
University of Florida
Gainesville, Florida 32611-3175
Mailto: tshorey@ufl.edu
VOICE MAIL: 352.846.2036

NOTE: This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return email and delete this message from your computer.

**From:** AUSTIN,SHARON D <polssdw@ufl.edu>
**Sent:** Wednesday, August 7, 2024 12:12 PM
**To:** Shorey, Tobin J <tshorey@ufl.edu>; Smith,Daniel A <dasmith@ufl.edu>; Gater,Cheryl L <cgater@aa.ufl.edu>
**Subject:** Revised Syllabus

 Hello everyone, I included a document that explains the changes I've made to my syllabus and a revised syllabus.  I'd like to have the chance to defend my class to anyone who objects to its content. I also believe that student evaluations should be considered heavily.  During the many times that I have taught this class, students have appreciated the fact that they learned things about the past and present that they were unaware of before taking the class.  Sharon

Dr. Sharon D. Wright Austin
Professor of Political Science

The University of Florida
Department of Political Science

234 Anderson Hall

Gainesville, FL 32611
(352) 392-0262
Polssdw@ufl.edu

https://ufl.zoom.us/j/5186400829

**Check out my most recent books:**

- ***Political Black Girl Magic: The Elections and Governance of Black Female Mayors*** (Temple University Press, 2023) https://tupress.temple.edu/books/political-black-girl-magic


- ***Beyond Racial Capitalism: Cooperatives in the African Diaspora*** (Oxford University Press, 2023) https://global.oup.com/academic/product/beyond-racial-capitalism-9780192868336?lang=de&cc=id

# Attachment

## Changes to Politics of Race at UF syllabus

In the course description, the sentence, "Concerning the second, we will examine the manner in which colleges and universities manage conflicts among their student body on the basis of race and ethnicity with an emphasis on the University of Florida" has been changed to "Concerning the second, we will examine the manner in which colleges and universities manage conflicts among their student body with an emphasis on the University of Florida." I removed "on the basis of race and ethnicity."

On page 3 under the General Education Objectives: Humanities and Diversity section, I included a definition of microaggressions as requested. I included the definition to the "What microaggressions do students encounter at UF" question. It now reads "What microaggressions (subtle or unintentional forms of discrimination) do students encounter at UF?"

# Exhibit E

**From:** AUSTIN,SHARON D <polssdw@ufl.edu>
**Sent:** Monday, April 8, 2024 9:16 PM
**To:** Smith,Daniel A <dasmith@ufl.edu>
**Subject:** Re: Invitation to Submit Session Proposal for the 2024 Global Inclusion Conference

Thanks for letting me know. Sharon

Dr. Sharon D. Wright Austin
Professor of Political Science
Member, Editorial Team for *The American Political Science Review*, 2020-2024
Co-Lead Editor, *The American Political Science Review*, 2022-2023
University Term Professor, 2021-2024
The University of Florida
Department of Political Science
234 Anderson Hall
Gainesville, FL 32611
(352) 392-0262
Polssdw@ufl.edu
https://ufl.zoom.us/j/5186400829

**Check out my most recent books:**

> ***Political Black Girl Magic: The Elections and Governance of Black Female Mayors*** **(Temple University Press, 2023) https://tupress.temple.edu/books/political-black-girl-magic**

> ***Beyond Racial Capitalism: Cooperatives in the African Diaspora*** **(Oxford University Press, 2023) https://global.oup.com/academic/product/beyond-racial-capitalism-9780192868336?lang=de&cc=id**

**From:** Smith,Daniel A <dasmith@ufl.edu>
**Sent:** Monday, April 8, 2024 9:12 PM
**To:** AUSTIN,SHARON D <polssdw@ufl.edu>

Hi Sharon
I discussed this opportunity with the Dean's office. You're welcome to attend but state dollars may not be used.
Best,
Dan

--
daniel a. smith, ph.d.

professor & chair
department of political science
234 anderson hall | phone: 352-273-2346
po box 117325 | fax: 352-392-8127
university of florida | email: dasmith@ufl.edu
gainesville, fl 32611-7325 | http://people.clas.ufl.edu/dasmith/
@electionsmith

CONFIDENTIALITY NOTICE: The information contained in this electronic message is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail or any of its components is strictly prohibited. If you have received this email in error, please "reply" to the sender.

**From:** AUSTIN,SHARON D <polssdw@ufl.edu>
**Sent:** Saturday, March 30, 2024 1:11 PM
**To:** Smith,Daniel A <dasmith@ufl.edu>
**Subject:** Fw: Invitation to Submit Session Proposal for the 2024 Global Inclusion Conference

Hi Dan, I gave a presentation at the Diversity Abroad conference last year with a grant from the International Center. This year, they're not allowed to fund participants. Can you find out if I can use Polisci travel funds for this? Thank you, Sharon

Dr. Sharon D. Wright Austin
Professor of Political Science
Member, Editorial Team for *The American Political Science Review*, 2020-2024
Co-Lead Editor, *The American Political Science Review*, 2022-2023
University Term Professor, 2021-2024
The University of Florida
Department of Political Science
234 Anderson Hall
Gainesville, FL 32611
(352) 392-0262
Polssdw@ufl.edu
https://ufl.zoom.us/j/5186400829

**Check out my most recent books:**

*Political Black Girl Magic: The Elections and Governance of Black Female Mayors* (Temple University Press, 2023) https://tupress.temple.edu/books/political-black-girl-magic

*Beyond Racial Capitalism: Cooperatives in the African Diaspora* (Oxford University Press, 2023) https://global.oup.com/academic/product/beyond-racial-capitalism-9780192868336?lang=de&cc=id

# Exhibit F

**From:** Gillian Lord <glord@ufl.edu>
**Sent:** Saturday, December 7, 2024 7:41 AM
**To:** AUSTIN,SHARON D <polssdw@ufl.edu>
**Subject:** Re: IDS 2935 Courses

Hi Sharon-

Thanks for submitting the **Black Horror and Social Justice** revisions so quickly! The course is still pending at the department level, so hasn't come back to the college yet, but once Ben approves it, I can add it to the January CCC agenda. (Based on your comments in the doc it looks like everything should be fine, but I will take a closer look at let you know if anything else needs to be edited before committee review.)

I just looked and the **Politics and Race** course is also pending at the department level still, so it never made its way to me to see the revisions you made in September. Based on the document you uploaded, it looks like it would be ready to review by CCC in January, once approved to my level. As with the other, I will look more closely once it comes to the college level to confirm that and will let you know if any additional changes are still needed. I will point out that I believe TAs are expected, if not required, to have office hours, though I'm not certain. Perhaps for the review, you could put in office hours for the TAs (or TBA), just in case that is a policy?

As for the General Education stuff, yes the courses can definitely still be offered for WR words, and can still be part of the Quest program. However, neither course is on the list of Gen Ed approved courses for 2025-2026 that we received from the BOG/Chancellor. I don't know if you were forwarded or informed of the emails I sent to chairs/directors earlier this week, but I explained everything I know there. All the updates and revisions we've been working on for various courses have been to submit our courses to the Board of Governors and the Chancellor, in accordance with BOG Regulation 1.007(3) and 1.007.24, for review. Despite all our work, they approved only 150 CLAS courses to carry GE designations for the next academic year (294 across UF), and neither of your two courses was on the least (like many of our other Quest courses... very few H and S Quest courses were approved).

I do not have any information regarding the logic (or, as I told chairs, lack of logic) behind these decisions. Broadly speaking, there were two regulations the BOG used to determine

acceptability – one was compliance with SB266 and its associated BOG regulations about "divisive concepts" and "distortion" of historical facts; the other was compliance with the BOG interpretation of Gen Ed as needing to be general, not specific, and not requiring prior knowledge (thus the inability to have prereqs, the removal of all 3K and 4K courses from GE). Again, we have received no official information about any of the decisions, but it seems that courses that dealt with identity, culture, race, or gender, like yours, did not make it on the final approval list, regardless of the approach or the value of the course.

I suggest you talk with your chair about the courses and think about whether there are ways to maintain the integrity of the course while satisfying the BOG requirements, and if so, consider requesting Gen Ed in the next round (for 2026-2027). If not, like I said, the courses can still be part of the Quest program and can still offer WR words, they just won't offer S or H.

I hope this helps, although I realize too that it is also an entirely unsatisfactory outcome.

Gillian

**Gillian Lord, Ph.D. (she/*ella*)**

Professor and Associate Dean

Director, Academic Advising Center

College of Liberal Arts and Sciences

University of Florida
352.392.1521 | glord@ufl.edu

*NOTE: This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. If you*

*have received this message in error, you should notify the sender immediately and delete this message.*

**From:** AUSTIN,SHARON D <polssdw@ufl.edu>
**Date:** Friday, December 6, 2024 at 16:31
**To:** Gillian Lord <glord@ufl.edu>
**Subject:** IDS 2935 Courses

Hi Gillian, I submitted revisions for my approval request for my quest 2 class (Black horror and social justice). I was wondering why the class no longer will qualify for gened credits. I had submitted some changes about a month ago. I also am unclear as to whether my quest 1 class (politics of race at UF) has been approved. It was approved before, but I don't think it still is. I want to work on the requests during the break. Thanks, Sharon

Dr. Sharon D. Wright Austin
Professor of Political Science

The University of Florida
Department of Political Science

234 Anderson Hall

Gainesville, FL 32611
(352) 392-0262
Polssdw@ufl.edu

https://ufl.zoom.us/j/5186400829

**Check out my most recent books:**

- ***Political Black Girl Magic: The Elections and Governance of Black Female Mayors* (Temple University Press, 2023) https://tupress.temple.edu/books/political-black-girl-magic**

- ***Beyond Racial Capitalism: Cooperatives in the African Diaspora*** (Oxford University Press, 2023) https://global.oup.com/academic/product/beyond-racial-capitalism-9780192868336?lang=de&cc=id

# Exhibit G

**The Politics of Race at the University of Florida (IDS 2935)**
**Summer B 2024 (July 1-August 9, 2024)**
**Dr. Sharon Austin**
**Professor of Political Science**
**University of Florida**

**Email Address:** Polssdw@ufl.edu

**Dr. Austin's Office Hours:** You may participate in office hours with Dr. Austin via zoom at https://ufl.zoom.us/j/5186400829 on Tuesdays and Thursdays from 2pm-3:30pm. I am also available on other days and at other times by appointment.

**The Teaching Assistants:**

The teaching assistants for this class are **Rory Church (rwentworth.churc@ufl.edu), Kristen Gary (kristengary@ufl.edu), and Anna Verma (annaverma@ufl.edu).** They are doctoral students in the department of political science. Each student will be assigned to one of the teaching assistant's sections. They will grade the discussion posts according to the rubrics on canvas. If you have any questions or concerns about assignments or grades, please contact me (and not them) via email or during office hours.

**\*Very Important: You can only see my lectures if you are using Firefox. Also, refer to the information about the VPN network so that you can access the reserve articles from an off-campus location. The instructions are listed as VPN instructions in the files folder. If you have any trouble, please contact one of the Library West librarians.**

**Course Description:**

Welcome!! This asynchronous quest 1 course falls under the category of justice and power. We will examine essential questions such as "What makes society a fair one?" and "How do we manage conflict?" Concerning the first question, educational opportunities are one step toward a fairer society. Concerning the second, we will examine the manner in which colleges and universities manage conflicts among their student body with an emphasis on the University of Florida. The essential questions that we will discuss are listed for each module. We will have more fairness in society when people from all racial groups have opportunities to receive elite educations at distinguished schools like UF. How has UF addressed racial issues throughout its history? What actions need to be taken at UF to ensure that students receive equal educational opportunities and fair treatment regardless of their race? Although the course will address issues examining many students of color, the focus will largely be on Black students.

This multidisciplinary course fulfills requirements for humanities, diversity, and 4,000 word writing credits. Students will learn about race issues on campus, on college campuses generally, and will receive information about undergraduate research facilities that examine race and ethnicity. The format for the class is as follows. There are six modules that will include your assignments, readings, and videos. You must watch my lectures and the required videos that are listed in each. In addition, you must read the required readings and complete the assignments.

**Compliance Statement:**

This course uses interdisciplinary justice and power materials. Some of the readings, videos, lectures, and other scholarly information analyze race and ethnicity from the perspectives during time periods when some groups had privileges over others. When analyzing these materials, students will be expected to reach their own conclusions.

In addition, the Politics of Race at UF requires discussions of issues surrounding identity, but as subjects of study and not advocacy; in that spirit, we routinely teach diverse theoretical perspectives rather than privileging one over the other. Discussions of identity are case- or data-driven rather than rooted in ideology or advocacy.

The course may discuss systemic theoretical frameworks, but does not endorse concepts of systemic racism, sexism, oppression, or privilege. The course cites relevant facts based on research about race and politics on college campuses generally and at UF specifically. It focuses on the manner in which students, faculty, and staff fought against disparate power relationships to achieve a fair and just campus for all.

Grades on all assignments will be based on the analysis of the materials rather than on the opinions expressed.

**Student Learning Outcomes:**

- (Content) The class will examine the history of race on at the University of Florida and at other universities, but the primary emphasis will be on race relations at UF. Students will read interdisciplinary articles and book chapters that use qualitative methodologies. I also encourage you to continue to engage in undergraduate research after completing this course.

- (Critical Thinking) Each student will think critically about the essential questions raised in each module after reading the assigned materials, watching films, and participating in discussions.

- (Communication) You will complete papers, an experiential activity, and an analytical essay and also must participate on class discussion boards.

- (Connection) The main objective of the course is for students to connect the course content with critical reflection on their intellectual, personal, and professional development at UF and beyond. After completing this course, you will be more familiar with the historical and other events that have resulted in the current state of race relations on campus. You will also reflect on the ways in which these issues might impact your own intellectual, personal, and professional growth.

**Quest Objectives:**

UF's website states that "Quest 1 courses address the history, key themes, principles, terminologies, theories, or methodologies of various arts and humanities disciplines that enable us to ask essential questions about the human condition. Students learn to identify and analyze

the distinctive elements of different arts and humanities disciplines, along with their biases and influences on essential questions about the human condition. These courses emphasize clear and effective analysis and evaluation of essential questions about the human condition from multiple perspectives. Students reflect on the ways in which the arts and the humanities impact individuals, societies, and their own intellectual, personal, and professional development."

The Politics of Race at UF provides a history of race relations at the University of Florida. Before the admissions of the first Black, Hispanic/Latino, Asian, international, and other students of color, the university practiced an unyielding form of racism that excluded these students. After the university desegregated, these students often encountered a very hostile and unwelcoming environment.  In today's society, students are encouraged to fight discrimination and become activists as a way to make the Gator nation a better place.  This course will discuss race relations in both the past and present.

**General Education Objectives (Humanities and Diversity):**

Humanities courses identify, describe, and explain the history, underlying theory and methodologies used.  They also approach issues and problems within the discipline from multiple perspectives and require that students communicate knowledge, thoughts, and reasoning clearly and effectively.  In diversity courses, students examine the historical processes and contemporary experiences characterizing social and cultural differences within the United States. Students engage with diversity as a dynamic concept related to human differences and their intersections, such as (but not limited to) race, gender identity, class, ethnicity, religion, age, sexual orientation, and (dis)abilities.  Students critically analyze and evaluate how social inequities are constructed and affect the opportunities and constraints across the U.S. population.  Finally, students analyze and reflect on the ways in which cultures and beliefs mediate their own and other people's understandings of themselves and an increasingly diverse U.S. society.

In this course, students will approach racial issues and problems within the academy by engaging in discussions, experiential learning opportunities, readings, and documentaries.  Concerning the diversity requirement, we will discuss historical issues that have existed on university campuses. We will emphasize the manner and impact of these issues at the University of Florida on racial and ethnic groups with an emphasis on Black, Latina/o and Asian students.  By studying these historical issues, the class will gain an understanding of some of the contemporary issues that are being debated on our campus.  For example, why have some UF students requested that the Reitz Union and O'Connell Center be renamed?  What microaggressions **(subtle or unintentional forms of discrimination)** do students encounter at UF?  Why do we know so little about the experiences of students of color at UF?  What unique challenges do undocumented students (who are disproportionately people of color) encounter here?

**Writing Requirement**

This course also fulfills the 4,000 word writing requirement.  The Writing Requirement (WR) ensures that students both maintain their fluency in writing and use writing as a tool to facilitate learning.  Course grades have two components. To receive writing requirement credit, a student must receive a grade of C or higher and a satisfactory evaluation on the writing requirements of the course.  The instructor will evaluate and provide feedback, on all written assignments with respect to grammar, punctuation, clarity, coherence, and organization.

**The Textbook:**

Ross, Lawrence. *Blackballed: The Black and White Politics of Race on America's College Campuses*. (New York: St. Martin's Griffin, 2017).

**Recommended Books:**

Lester, James D. 2014. *Writing Research Papers: A Complete Guide*. (New York: Pearson).

Colburn, David R. and Jane L. Landers, Eds. *The African American Heritage of Florida.* (Gainesville: University Press of Florida, 1995).

Gordon, Jacob and Paul Ortiz, eds. 2022. *African American Studies: 50 Years at the University of Florida.* Gainesville: University Press of Florida.

Zimmerman, Johnathan. 2016. *Campus Politics: What Everyone Needs to Know.* New York: Oxford University Press.

**The Reserve Articles** can be accessed by clicking on the link on the title of the article on the module pages.  Again, please review the VPN information on the course reserves page so that you can access the readings from off-campus locations.

**Your Grade will be Based on:**

In addition to the discussions, this course requires short papers, an experiential activity, and an analytical essay.  All written assignments must have a 12-point font and use the Chicago Manual of Style citation format.  The due dates for the assignments on the class schedule.  **In order to make the highest grade possible, refer to *all* of the assigned materials.**

1) **Discussions (30%)** Refer to the assigned materials (readings and videos) when answering the discussion questions.  Also, refer to two (or more) of your classmates' posts.  Refer to the assigned materials when including your posts and responses.

2) **Short Reflection Papers (10% each for a total of 30% of the grade)** Each of these should be typed, double-spaced, and three complete pages (not including a reference page). It is also very important to include citations, but title pages aren't necessary.  You can also include more than three pages. It is probably easier to include a citation after a sentence that includes the author's last name, year of publication, and page number like (Ross, 2015, page 1).  On the reference page include the complete reference (Ross,

Lawrence. 2015. *Blackballed: The Black and White Politics of Race on America's Campuses*. New York: St. Martin's Griffin Press).

3) **Experiential Learning Activity (15%)** This paper can also should be typed, double-spaced, and three pages (not including a reference page). It is also very important to include citations, but title pages aren't necessary. Like with the reflection papers, you can include more than three pages, include a citation after a sentence that includes the author's last name, year of publication, and page number, and include the complete reference on the reference page.

4) **Analytical Essay (25%)** This paper can also should be typed, double-spaced, and three pages. Like with the other papers, you can also include more than three pages, but citations and a reference page aren't necessary. This paper requires that each student reflect on the things they have learned and their impact on their development.

**Grading Scale:**

94-100 A      90-93  A-      87-89  B+      84-86  B      80-83  B-      77-79  C+

74-76  C      70-73  C-      67-69  D+      64-66  D      60-63  D-      Below 60  E

A minimum grade of C is required for general education credit.  Information on current UF grading policies can be found at:
https://catalog.ufl.edu/ugrad/current/regulations/info/grades.aspx.

**Missed Work Policy:**

The policy for missed work in this class is consistent with the university's policy (https://catalog.ufl.edu/ugrad/current/regulations/info/attendance.aspx).  All required assignments must be uploaded on the correct date before 11:59pm.  Students will not be allowed to make up any assignments unless proper documentation is submitted to the professor before the assignment.  It is very important to upload your work on canvas on time.  Please, don't wait until the last minute to submit your work.

**Disabilities Statement:**

Students with disabilities requesting accommodations should first register with the Disability Resource Center (352-392-8565, www.dso.ufl.edu/drc/) by providing appropriate documentation. Once registered, students will receive an accommodation letter which must be presented to the instructor when requesting accommodation. Students with disabilities should follow this procedure as early as possible in the semester.

**Academic Dishonesty:**

UF students are bound by The Honor Pledge which states, "We, the members of the University of Florida community, pledge to hold ourselves and our peers to the highest standards of honor and integrity by abiding by the Honor Code. On all work submitted for credit by students at the University of Florida, the following pledge is either required or implied: "On my honor, I have neither given nor received unauthorized aid in doing this assignment." The Honor Code (http://www.dso.ufl.edu/sccr/process/student-conduct-honorcode/) specifies a number of behaviors that are in violation of this code and the possible sanctions. Furthermore, you are obligated to report any condition that facilitates academic misconduct to appropriate personnel. If you have any questions or concerns, please consult with the instructor.

**Course Evaluation:**

Students will have the opportunity to evaluate the class during the last two weeks of class and will be informed when they will be able to submit course evaluations.  Summaries of the results can be found at www.evaluations.ufl.edu/results.  You will be given specific times when evaluations can be submitted.

**Campus Resources:**

Health and Wellness U Matter, We Care: If you or a friend is in distress, please contact umatter@ufl.edu or 352 3921575 so that a team member can reach out to the student.

Counseling and Wellness Center: http://www.counseling.ufl.edu/cwc/Default.aspx, 392-1575; and the University Police Department: 392-1111 or 9-1-1 for emergencies. Sexual Assault Recovery Services (SARS) Student Health Care Center, 392-1161.

University Police Department, 392-1111 (or 9-1-1 for emergencies). http://www.police.ufl.edu/

**Academic Resources:**

E-learning technical support, 352-392-4357 (select option 2) or e-mail to Learningsupport@ufl.edu. https://lss.at.ufl.edu/help.shtml.

Career Resource Center, Reitz Union, 392-1601. Career assistance and counseling. http://www.crc.ufl.edu/

Library Support, http://cms.uflib.ufl.edu/ask. Various ways to receive assistance with respect to using the libraries or finding resources.

The writing studio is committed to helping University of Florida students meet their academic and professional goals by becoming better writers. Visit the writing studio online at http://writing.ufl.edu/writing-studio/ or in 2215 Turlington Hall for one-on-one consultations and workshops.

## Class Schedule

### Module 1: Introduction and The Latino/a and Undocumented Student Experiences at UF

**Module Description:** In this module, we will examine the experiences of Latino/a students at UF and at other colleges. After completing this module, you will be able to reflect on the experiences of Latino/a students, and undocumented students, and question whether their experiences impact the lives of everyone in society. If you would like to learn more about resources and campus offices that pertain to Hispanic/Latino culture, see the links in the files folder on canvas.

**Turn it in:**

1) Complete the discussion 1 post and responses to two classmates **by Friday, July 5th at or before 11:59pm**.

**Assignments:**

2) Discussion Post (Essential questions): What unique challenges do undocumented students encounter at UF and how should they cope with their status and the problems they face? Required Reading: Hay Que Tener Fe: The Challenge of Being a Latina DACA

College Student. Required Videos: Dr. Austin's Latino/a student and La Casita lecture; What It's Like to be Latino at a White College; and Coming Out as an Undocumented Immigrant. Recommended Videos: Latino in UF; The Making of La Casita.

## Module 2: The African American and Asian American Student Experience at UF

**Module Description:** In this module, we will read articles about the stereotypes, racial microaggressions, and/or mental health challenges experienced by African American and Asian American students. This topic is a relevant one because of the anti-black and anti-Asian environments on some college campuses, especially in recent years, that have affected their abilities to gain a fair and equitable educational experience.

**Turn it in:**

1) Upload discussion post and responses on **July 10th at or before 11:59pm**.
2) Upload first reflection paper on or before **July 14th at or before 11:59pm**.

**Assignments:**

1) Discussion Post (Essential questions): What racial micro-aggressions have Black male and female students encountered at UF and how should they have coped with them? Required readings: 'I Was One of the First to See Daylight': Black Women at Predominantly White Colleges and Universities in Florida since 1959 and Black Male Student Success in Higher Education. Required Video: Racial Microaggressions at UF lecture

2) First Reflection Paper (Essential Questions): Refer to the readings, lecture, and videos, when answering the following questions in your reflection paper. What types of racial micro-aggressions do Asian American students experience on college campuses in general and at the University of Florida? Required readings: Challenging the Model Minority Myth as a First-Generation College Student; A month later — has UF addressed its own Asian hate?; APIDA, AASU Highlight Lack of Asian American Programs at UF; Looking Back at UF's Asian American Pacific Islander History. Required Videos: Dr. Austin's The Asian American Student Experience Lecture; UF Asian American Student Union 2018-2019 Intro Video: Who We Are; An epidemic of hate: anti-Asian hate crimes amid coronavirus; and Anti-Asian Hate Touches International Students.

## Module 3: Greek Life and The Integration of UF

**Module Description:** The readings, videos, and lecture in this module will educate students about the racial climate on campus when the first black students were admitted and that today. Current students continue to encounter prejudices that resemble those experienced by the first black students, especially when it pertains to Greek life.

**Turn it in:**

1) Upload discussion post and responses by **July 17th at or before 11:59pm**.
2) Upload experiential learning activity to canvas on **July 21st at or before 11:59pm**.

**Assignments:**

1) Discussion Post (Essential Questions): Should fraternities and sororities be expelled if their members engage in bigoted or discriminatory actions?  Required Readings: "Jim Crow Greek Row", "The Machine", "Not Bitter, No Apologies" in *Blackballed: The Black and White Politics of Race on America's Campuses*.  Required Videos: Oklahoma SAE Frat: Two Students Expelled Over Racist Chants; Abolish Greek Life?;s Presumed Guilty;

2) Experiential Learning Activity: An analysis of the Gator Tales play (Essential Questions). Actors re-enact the oral histories of the first Black students at UF in the play that can be found at  https://www.youtube.com/watch?v=U6BU6Vfxw1o (1 hour and 58 minutes). Write a typed, double-spaced, three-page paper about the following.  What did I learn from the oral history experiences of the students in the play and from Dr. Austin's lecture about the experiences of the first Black students?  How can their experiences contribute to my personal and intellectual growth as a student? Required readings: None.  Required videos: Gator Tales play and Dr. Austin "The Integration of UF" lecture.

## Module 4: Free Speech and Political Correctness

**Module Description:**  In this module we will gain a greater understanding of controversies involving free speech.  On one hand, universities, like UF, want to foster a climate of diversity and inclusion that is free from bigotry.  On the other hand, members of the university community usually have a right to engage in verbal and symbolic speech that sometimes makes us uncomfortable.

**Turn it in:**

1) Upload discussion post and responses by **July 24th at or before 11:59pm**.
2) Upload second reflection paper to canvas by **July 28th at or before 11:59pm**.

**Assignments:**

1) Discussion Post (Essential Questions): Refer to the assigned materials when answering the following questions.  "Are HB7 (the stop woke act) and SB266/HB931 necessary to prevent the "indoctrination" of college students and should the Gator bait chant have been banned?"  Required readings: We're Mad as Hell. . . and We're taking Over the Building in *Blackballed*, Mixed Message: UF Seems to Endorse State's New anti-CRT Law, and DeSantis Signs Bill Banning DEI Degrees at Florida Colleges. Required Videos: Dr. Austin's lecture on free speech; Florida joins push to outlaw 'free speech zones' on campus; The History of Blackface in America; Former Player Who Coined Gator Bait Phrase Asks UF to Reconsider Cheer Ban

2) Second Reflection Paper (Essential Questions): How have Muslim students fought injustices on college campuses and what challenges have they encountered when doing so? Required readings: Cole, Darnell, and Shafiqa Ahmadi. "Reconsidering Campus Diversity: An Examination of Muslim Students' Experiences." *The Journal of Higher Education* 81, no. 2 (2010): 121–39; Mir, Shabana. "Not Too 'College-Like,' Not Too Normal: American Muslim Undergraduate Women's Gendered Discourses." *Anthropology & Education Quarterly* 40, no. 3 (2009): 237–56. Required videos: Muslim in UF https://www.youtube.com/watch?v=qqoK9VmBqVQ; What is your impression of Islam? https://www.facebook.com/watch/?v=10154049064392000.

## Module 5: One Florida and the Issue of Affirmative Action

Module Description: For many years, colleges and universities have tried to ensure racial, ethnic, gender, religious, and other forms of diversity. In this module, students will discuss the issue of whether affirmative action is an appropriate way for them to do so. The class will read and analyze readings and videos about the origin, evolution, and controversies associated with affirmative action as well as the inception and impact of the One Florida Initiative.

**Turn it in:**

1) Upload discussion post and responses by **July 31st at or before 11:59pm**.
2) Upload third reflection paper on **August 4th at or before 11:59pm**.

**Assignments:**

1) Discussion Post (Essential Questions): Refer to the assigned materials and answer the following questions. Did affirmative action in general, and One Florida in particular, enhance or inhibit the educational experiences of UF students? Required readings: 10 years in, 'One Florida' Posts Mixed Results for Minorities at Universities; Where are all the Black Students at UF?. Required Videos: Dr. Austin's lecture on affirmative action

2) Third Reflection Paper: Should colleges still be allowed to consider race as one of many factors in deciding whom to admit to college? In other words, did the U.S. Supreme Court reach the correct decision in the *Students for Fair Admissions, Inc. v. President and Fellows of Harvard College* decision? Why or why not? Required readings: *Students for Fair Admissions, Inc. v. President and Fellows of Harvard College* (Justia Summary); The Great American Half-Baked Sale of *Blackballed*. Required videos: Affirmative Action for College?; Affirmative Action and the Diversity Dilemma; Breaking Down the Supreme Court's Ruling Ending Affirmative Action in College Admissions.

**Module 6: The Legacy of Slavery and Segregation and Final Reflections**

**Module Description:** In this module, we will discuss factual historical accounts of UF's (and other elite colleges') ties to slavery and segregation.  On many campuses, buildings that are named after supporters of segregation are being renamed and statues are being removed.

**Turn it in:**

1. Upload discussion post and responses by **August 7th at 11:59pm.**
2. Upload analytical essay by **August 10th at 11:59pm.**


1) Discussion Post (Essential Questions): What benefits would UF and its students receive from the renaming of the O'Connell Center, J. Wayne Reitz Union, and George P. Smathers Libraries?  Required readings: Honoring the Dishonorable in *Blackballed*; UF Students Examine School Ties to Slavery; Rename UF buildings that Glorify Racists. Required videos: Black Thursday; UF's Ties to Slavery.

2) Analytical Essay (Essential Questions): What actions need to be taken at UF to ensure that students receive equal educational opportunities and fair treatment regardless of their race?  How has this learning experience impacted your understanding of the interaction between race, justice, and power in academia?  How has the information you've learned in this class contributed to your intellectual, personal, and professional growth?

# Prior Syllabus

**The Politics of Race at the University of Florida (IDS 2935)**
**Summer B 2024 (July 1-August 9, 2024)**
**Dr. Sharon Austin**
**Professor of Political Science**
**University of Florida**


**Email Address:** Polssdw@ufl.edu

**Dr. Austin's Office Hours:** You may participate in office hours with Dr. Austin via zoom at
https://ufl.zoom.us/j/5186400829 on Tuesdays and Thursdays from 2pm-3:30pm. I am also
available on other days and at other times by appointment.

**The Teaching Assistants:**

The teaching assistants for this class are **Rory Church (rwentworth.churc@ufl.edu), Kristen
Gary (kristengary@ufl.edu), and Anna Verma (annaverma@ufl.edu).** They are doctoral
students in the department of political science. Each student will be assigned to one of the
teaching assistant's sections. They will grade the discussion posts according to the rubrics on
canvas. If you have any questions or concerns about assignments or grades, please contact me
(and not them) via email or during office hours.

**\*Very Important: You can only see my lectures if you are using Firefox. Also, refer to the
information about the VPN network so that you can access the reserve articles from an off-
campus location. The instructions are listed as VPN instructions in the files folder. If you
have any trouble, please contact one of the Library West librarians.**

**Course Description:**

Welcome!! This asynchronous quest 1 course falls under the category of justice and power. We
will examine essential questions such as "What makes society a fair one?" and "How do we
manage conflict?" Concerning the first question, educational opportunities are one step toward a
fairer society. Concerning the second, we will examine the manner in which colleges and
universities manage conflicts among their student body **on the basis of race and ethnicity** with
an emphasis on the University of Florida. The essential questions that we will discuss are listed
for each module. We will have more fairness in society when people from all racial groups have
opportunities to receive elite educations at distinguished schools like UF. How has UF
addressed racial issues throughout its history? What actions need to be taken at UF to ensure
that students receive equal educational opportunities and fair treatment regardless of their race?
Although the course will address issues examining many students of color, the focus will largely
be on Black students.

This multidisciplinary course fulfills requirements for humanities, diversity, and 4,000 word
writing credits. Students will learn about race issues on campus, on college campuses generally,
and will receive information about undergraduate research facilities that examine race and
ethnicity. The format for the class is as follows. There are six modules that will include your

assignments, readings, and videos. You must watch my lectures and the required videos that are listed in each.  In addition, you must read the required readings and complete the assignments.

**Compliance Statement:**

This course uses interdisciplinary justice and power materials.  Some of the readings, videos, lectures, and other scholarly information analyze race and ethnicity from the perspectives during time periods when some groups had privileges over others. When analyzing these materials, students will be expected to reach their own conclusions.

In addition, the Politics of Race at UF requires discussions of issues surrounding identity, but as subjects of study and not advocacy; in that spirit, we routinely teach diverse theoretical perspectives rather than privileging one over the other. Discussions of identity are case- or data-driven rather than rooted in ideology or advocacy.

The course may discuss systemic theoretical frameworks, but does not endorse concepts of systemic racism, sexism, oppression, or privilege. The course cites relevant facts based on research about race and politics on college campuses generally and at UF specifically.  It focuses on the manner in which students, faculty, and staff fought against disparate power relationships to achieve a fair and just campus for all.

Grades on all assignments will be based on the analysis of the materials rather than on the opinions expressed.

**Student Learning Outcomes:**

- (Content) The class will examine the history of race on at the University of Florida and at other universities, but the primary emphasis will be on race relations at UF.  Students will read interdisciplinary articles and book chapters that use qualitative methodologies.  I also encourage you to continue to engage in undergraduate research after completing this course.

- (Critical Thinking) Each student will think critically about the essential questions raised in each module after reading the assigned materials, watching films, and participating in discussions.

- (Communication) You will complete papers, an experiential activity, and an analytical essay and also must participate on class discussion boards.

- (Connection) The main objective of the course is for students to connect the course content with critical reflection on their intellectual, personal, and professional development at UF and beyond. After completing this course, you will be more familiar with the historical and other events that have resulted in the current state of race relations on campus.  You will also reflect on the ways in which these issues might impact your own intellectual, personal, and professional growth.

**Quest Objectives:**

UF's website states that "Quest 1 courses address the history, key themes, principles, terminologies, theories, or methodologies of various arts and humanities disciplines that enable us to ask essential questions about the human condition. Students learn to identify and analyze the distinctive elements of different arts and humanities disciplines, along with their biases and influences on essential questions about the human condition. These courses emphasize clear and effective analysis and evaluation of essential questions about the human condition from multiple perspectives. Students reflect on the ways in which the arts and the humanities impact individuals, societies, and their own intellectual, personal, and professional development."

The Politics of Race at UF provides a history of race relations at the University of Florida. Before the admissions of the first Black, Hispanic/Latino, Asian, international, and other students of color, the university practiced an unyielding form of racism that excluded these students. After the university desegregated, these students often encountered a very hostile and unwelcoming environment.  In today's society, students are encouraged to fight discrimination and become activists as a way to make the Gator nation a better place.  This course will discuss race relations in both the past and present.

**General Education Objectives (Humanities and Diversity):**

Humanities courses identify, describe, and explain the history, underlying theory and methodologies used.  They also approach issues and problems within the discipline from multiple perspectives and require that students communicate knowledge, thoughts, and reasoning clearly and effectively.  In diversity courses, students examine the historical processes and contemporary experiences characterizing social and cultural differences within the United States. Students engage with diversity as a dynamic concept related to human differences and their intersections, such as (but not limited to) race, gender identity, class, ethnicity, religion, age, sexual orientation, and (dis)abilities.  Students critically analyze and evaluate how social inequities are constructed and affect the opportunities and constraints across the U.S. population.  Finally, students analyze and reflect on the ways in which cultures and beliefs mediate their own and other people's understandings of themselves and an increasingly diverse U.S. society.

In this course, students will approach racial issues and problems within the academy by engaging in discussions, experiential learning opportunities, readings, and documentaries.  Concerning the diversity requirement, we will discuss historical issues that have existed on university campuses. We will emphasize the manner and impact of these issues at the University of Florida on racial and ethnic groups with an emphasis on Black, Latina/o and Asian students.  By studying these historical issues, the class will gain an understanding of some of the contemporary issues that are being debated on our campus.  For example, why have some UF students requested that the Reitz Union and O'Connell Center be renamed?  What microaggressions do students encounter at UF? Why do we know so little about the experiences of students of color at UF?  What unique challenges do undocumented students (who are disproportionately people of color) encounter here?

**Writing Requirement**

This course also fulfills the 4,000 word writing requirement. The Writing Requirement (WR) ensures that students both maintain their fluency in writing and use writing as a tool to facilitate learning. Course grades have two components. To receive writing requirement credit, a student must receive a grade of C or higher and a satisfactory evaluation on the writing requirements of the course. The instructor will evaluate and provide feedback, on all written assignments with respect to grammar, punctuation, clarity, coherence, and organization.

**The Textbook:**

Ross, Lawrence. *Blackballed: The Black and White Politics of Race on America's College Campuses*. (New York: St. Martin's Griffin, 2017).

**Recommended Books:**

Lester, James D. 2014. *Writing Research Papers: A Complete Guide*. (New York: Pearson).

Colburn, David R. and Jane L. Landers, Eds. *The African American Heritage of Florida*. (Gainesville: University Press of Florida, 1995).

Gordon, Jacob and Paul Ortiz, eds. 2022. *African American Studies: 50 Years at the University of Florida*. Gainesville: University Press of Florida.

Zimmerman, Johnathan. 2016. *Campus Politics: What Everyone Needs to Know*. New York: Oxford University Press.

**The Reserve Articles** can be accessed by clicking on the link on the title of the article on the module pages. Again, please review the VPN information on the course reserves page so that you can access the readings from off-campus locations.

**Your Grade will be Based on:**

In addition to the discussions, this course requires short papers, an experiential activity, and an analytical essay. All written assignments must have a 12-point font and use the Chicago Manual of Style citation format. The due dates for the assignments on the class schedule. **In order to make the highest grade possible, refer to *all* of the assigned materials.**

1) **Discussions (30%)** Refer to the assigned materials (readings and videos) when answering the discussion questions. Also, refer to two (or more) of your classmates' posts. Refer to the assigned materials when including your posts and responses.

2) **Short Reflection Papers (10% each for a total of 30% of the grade)** Each of these should be typed, double-spaced, and three complete pages (not including a reference page). It is also very important to include citations, but title pages aren't necessary. You can also include more than three pages. It is probably easier to include a citation after a sentence that includes the author's last name, year of publication, and page number like (Ross, 2015, page 1). On the reference page include the complete reference (Ross,

Lawrence. 2015. *Blackballed: The Black and White Politics of Race on America's Campuses*. New York: St. Martin's Griffin Press).

3) **Experiential Learning Activity (15%)** This paper can also should be typed, double-spaced, and three pages (not including a reference page). It is also very important to include citations, but title pages aren't necessary. Like with the reflection papers, you can include more than three pages, include a citation after a sentence that includes the author's last name, year of publication, and page number, and include the complete reference on the reference page.

4) **Analytical Essay (25%)** This paper can also should be typed, double-spaced, and three pages. Like with the other papers, you can also include more than three pages, but citations and a reference page aren't necessary. This paper requires that each student reflect on the things they have learned and their impact on their development.

**Grading Scale:**

94-100 A    90-93 A-    87-89 B+    84-86 B    80-83 B-    77-79 C+

74-76 C    70-73 C-    67-69 D+    64-66 D    60-63 D-    Below 60 E

A minimum grade of C is required for general education credit. Information on current UF grading policies can be found at:
https://catalog.ufl.edu/ugrad/current/regulations/info/grades.aspx.

**Missed Work Policy:**

The policy for missed work in this class is consistent with the university's policy (https://catalog.ufl.edu/ugrad/current/regulations/info/attendance.aspx). All required assignments must be uploaded on the correct date before 11:59pm. Students will not be allowed to make up any assignments unless proper documentation is submitted to the professor before the assignment. It is very important to upload your work on canvas on time. Please, don't wait until the last minute to submit your work.

**Disabilities Statement:**

Students with disabilities requesting accommodations should first register with the Disability Resource Center (352-392-8565, www.dso.ufl.edu/drc/) by providing appropriate documentation. Once registered, students will receive an accommodation letter which must be presented to the instructor when requesting accommodation. Students with disabilities should follow this procedure as early as possible in the semester.

**Academic Dishonesty:**

UF students are bound by The Honor Pledge which states, "We, the members of the University of Florida community, pledge to hold ourselves and our peers to the highest standards of honor and integrity by abiding by the Honor Code. On all work submitted for credit by students at the University of Florida, the following pledge is either required or implied: "On my honor, I have neither given nor received unauthorized aid in doing this assignment." The Honor Code (http://www.dso.ufl.edu/sccr/process/student-conduct-honorcode/) specifies a number of behaviors that are in violation of this code and the possible sanctions. Furthermore, you are obligated to report any condition that facilitates academic misconduct to appropriate personnel. If you have any questions or concerns, please consult with the instructor.

**Course Evaluation:**

Students will have the opportunity to evaluate the class during the last two weeks of class and will be informed when they will be able to submit course evaluations. Summaries of the results can be found at www.evaluations.ufl.edu/results. You will be given specific times when evaluations can be submitted.

**Campus Resources:**

Health and Wellness U Matter, We Care: If you or a friend is in distress, please contact umatter@ufl.edu or 352 3921575 so that a team member can reach out to the student.

Counseling and Wellness Center: http://www.counseling.ufl.edu/cwc/Default.aspx, 392-1575; and the University Police Department: 392-1111 or 9-1-1 for emergencies. Sexual Assault Recovery Services (SARS) Student Health Care Center, 392-1161.

University Police Department, 392-1111 (or 9-1-1 for emergencies). http://www.police.ufl.edu/

**Academic Resources:**

E-learning technical support, 352-392-4357 (select option 2) or e-mail to Learningsupport@ufl.edu. https://lss.at.ufl.edu/help.shtml.

Career Resource Center, Reitz Union, 392-1601. Career assistance and counseling. http://www.crc.ufl.edu/

Library Support, http://cms.uflib.ufl.edu/ask. Various ways to receive assistance with respect to using the libraries or finding resources.

The writing studio is committed to helping University of Florida students meet their academic and professional goals by becoming better writers. Visit the writing studio online at http://writing.ufl.edu/writing-studio/ or in 2215 Turlington Hall for one-on-one consultations and workshops.

## Class Schedule

### Module 1: Introduction and The Latino/a and Undocumented Student Experiences at UF

**Module Description:** In this module, we will examine the experiences of Latino/a students at UF and at other colleges. After completing this module, you will be able to reflect on the experiences of Latino/a students, and undocumented students, and question whether their experiences impact the lives of everyone in society. If you would like to learn more about resources and campus offices that pertain to Hispanic/Latino culture, see the links in the files folder on canvas.

**Turn it in:**

1) Complete the discussion 1 post and responses to two classmates **by Friday, July 5th at or before 11:59pm**.

**Assignments:**

2) Discussion Post (Essential questions): What unique challenges do undocumented students encounter at UF and how should they cope with their status and the problems they face? Required Reading: Hay Que Tener Fe: The Challenge of Being a Latina DACA

College Student. Required Videos: Dr. Austin's Latino/a student and La Casita lecture; What It's Like to be Latino at a White College; and Coming Out as an Undocumented Immigrant. Recommended Videos: Latino in UF; The Making of La Casita.

## Module 2: The African American and Asian American Student Experience at UF

**Module Description:** In this module, we will read articles about the stereotypes, racial microaggressions, and/or mental health challenges experienced by African American and Asian American students. This topic is a relevant one because of the anti-black and anti-Asian environments on some college campuses, especially in recent years, that have affected their abilities to gain a fair and equitable educational experience.

**Turn it in:**

1) Upload discussion post and responses on **July 10th at or before 11:59pm**.
2) Upload first reflection paper on or before **July 14th at or before 11:59pm**.

**Assignments:**

1) Discussion Post (Essential questions): What racial micro-aggressions have Black male and female students encountered at UF and how should they have coped with them? Required readings: 'I Was One of the First to See Daylight': Black Women at Predominantly White Colleges and Universities in Florida since 1959 and Black Male Student Success in Higher Education. Required Video: Racial Microaggressions at UF lecture

2) First Reflection Paper (Essential Questions): Refer to the readings, lecture, and videos, when answering the following questions in your reflection paper. What types of racial micro-aggressions do Asian American students experience on college campuses in general and at the University of Florida? Required readings: Challenging the Model Minority Myth as a First-Generation College Student; A month later — has UF addressed its own Asian hate?; APIDA, AASU Highlight Lack of Asian American Programs at UF; Looking Back at UF's Asian American Pacific Islander History. Required Videos: Dr. Austin's The Asian American Student Experience Lecture; UF Asian American Student Union 2018-2019 Intro Video: Who We Are; An epidemic of hate: anti-Asian hate crimes amid coronavirus; and Anti-Asian Hate Touches International Students.

## Module 3: Greek Life and The Integration of UF

**Module Description:** The readings, videos, and lecture in this module will educate students about the racial climate on campus when the first black students were admitted and that today. Current students continue to encounter prejudices that resemble those experienced by the first black students, especially when it pertains to Greek life.

**Turn it in:**

1) Upload discussion post and responses by **July 17th at or before 11:59pm**.
2) Upload experiential learning activity to canvas on **July 21st at or before 11:59pm**.

**Assignments:**

1) Discussion Post (Essential Questions): Should fraternities and sororities be expelled if their members engage in bigoted or discriminatory actions?  Required Readings: "Jim Crow Greek Row", "The Machine", "Not Bitter, No Apologies" in *Blackballed: The Black and White Politics of Race on America's Campuses*.  Required Videos: Oklahoma SAE Frat: Two Students Expelled Over Racist Chants; Abolish Greek Life?;s Presumed Guilty;

2) Experiential Learning Activity: An analysis of the Gator Tales play (Essential Questions). Actors re-enact the oral histories of the first Black students at UF in the play that can be found at  https://www.youtube.com/watch?v=U6BU6Vfxw1o (1 hour and 58 minutes). Write a typed, double-spaced, three-page paper about the following.  What did I learn from the oral history experiences of the students in the play and from Dr. Austin's lecture about the experiences of the first Black students?  How can their experiences contribute to my personal and intellectual growth as a student? Required readings: None.  Required videos: Gator Tales play and Dr. Austin "The Integration of UF" lecture.

## Module 4: Free Speech and Political Correctness

**Module Description:**  In this module we will gain a greater understanding of controversies involving free speech.  On one hand, universities, like UF, want to foster a climate of diversity and inclusion that is free from bigotry.  On the other hand, members of the university community usually have a right to engage in verbal and symbolic speech that sometimes makes us uncomfortable.

**Turn it in:**

1) Upload discussion post and responses by **July 24th at or before 11:59pm**.
2) Upload second reflection paper to canvas by **July 28th at or before 11:59pm**.

**Assignments:**

1) Discussion Post (Essential Questions): Refer to the assigned materials when answering the following questions.  "Are HB7 (the stop woke act) and SB266/HB931 necessary to prevent the "indoctrination" of college students and should the Gator bait chant have been banned?"  Required readings: We're Mad as Hell. . . and We're taking Over the Building in *Blackballed*, Mixed Message: UF Seems to Endorse State's New anti-CRT Law, and DeSantis Signs Bill Banning DEI Degrees at Florida Colleges. Required Videos: Dr. Austin's lecture on free speech; Florida joins push to outlaw 'free speech zones' on campus; The History of Blackface in America; Former Player Who Coined Gator Bait Phrase Asks UF to Reconsider Cheer Ban

2) Second Reflection Paper (Essential Questions): How have Muslim students fought injustices on college campuses and what challenges have they encountered when doing so? Required readings: Cole, Darnell, and Shafiqa Ahmadi. "Reconsidering Campus Diversity: An Examination of Muslim Students' Experiences." *The Journal of Higher Education* 81, no. 2 (2010): 121–39; Mir, Shabana. "Not Too 'College-Like,' Not Too Normal: American Muslim Undergraduate Women's Gendered Discourses." *Anthropology & Education Quarterly* 40, no. 3 (2009): 237–56. Required videos: Muslim in UF https://www.youtube.com/watch?v=qqoK9VmBqVQ; What is your impression of Islam? https://www.facebook.com/watch/?v=10154049064392000.

## Module 5: One Florida and the Issue of Affirmative Action

Module Description: For many years, colleges and universities have tried to ensure racial, ethnic, gender, religious, and other forms of diversity. In this module, students will discuss the issue of whether affirmative action is an appropriate way for them to do so. The class will read and analyze readings and videos about the origin, evolution, and controversies associated with affirmative action as well as the inception and impact of the One Florida Initiative.

**Turn it in:**

1) Upload discussion post and responses by **July 31st at or before 11:59pm**.
2) Upload third reflection paper on **August 4th at or before 11:59pm**.

**Assignments:**

1) Discussion Post (Essential Questions): Refer to the assigned materials and answer the following questions. Did affirmative action in general, and One Florida in particular, enhance or inhibit the educational experiences of UF students? Required readings: 10 years in, 'One Florida' Posts Mixed Results for Minorities at Universities; Where are all the Black Students at UF?. Required Videos: Dr. Austin's lecture on affirmative action

2) Third Reflection Paper: Should colleges still be allowed to consider race as one of many factors in deciding whom to admit to college? In other words, did the U.S. Supreme Court reach the correct decision in the *Students for Fair Admissions, Inc. v. President and Fellows of Harvard College* decision? Why or why not? Required readings: *Students for Fair Admissions, Inc. v. President and Fellows of Harvard College* (Justia Summary); The Great American Half-Baked Sale of *Blackballed*. Required videos: Affirmative Action for College?; Affirmative Action and the Diversity Dilemma; Breaking Down the Supreme Court's Ruling Ending Affirmative Action in College Admissions.

**Module 6: The Legacy of Slavery and Segregation and Final Reflections**

**Module Description:** In this module, we will discuss factual historical accounts of UF's (and other elite colleges') ties to slavery and segregation.  On many campuses, buildings that are named after supporters of segregation are being renamed and statues are being removed.

**Turn it in:**

1. Upload discussion post and responses by **August 7th at 11:59pm.**
2. Upload analytical essay by **August 10th at 11:59pm.**

1) Discussion Post (Essential Questions): What benefits would UF and its students receive from the renaming of the O'Connell Center, J. Wayne Reitz Union, and George P. Smathers Libraries?  Required readings: Honoring the Dishonorable in *Blackballed*; UF Students Examine School Ties to Slavery; Rename UF buildings that Glorify Racists.  Required videos: Black Thursday; UF's Ties to Slavery.

2) Analytical Essay (Essential Questions): What actions need to be taken at UF to ensure that students receive equal educational opportunities and fair treatment regardless of their race?  How has this learning experience impacted your understanding of the interaction between race, justice, and power in academia?  How has the information you've learned in this class contributed to your intellectual, personal, and professional growth?

# Exhibit H

**Black Horror and Social Justice (IDS 2935)**
**Fall 2024**
**Dr. Sharon Austin**
**Professor of Political Science**
**University of Florida**

**Office Information:** 203 Anderson Hall, (352) 870-1352, polssdw@ufl.edu

**Office Hours:** You may participate in office hours with Dr. Austin in her office or via zoom at https://ufl.zoom.us/j/5186400829 on Tuesdays (10:40am-11:40am; 12:40-1:40pm) and Thursdays (11:40am-1:40pm) or by appointment.

**Teaching Assistant: Marcelline Amouzou is a doctoral student in the political science department.  She can be reached at mamouzou@ufl.edu.**

Please direct all inquiries about course assignments, missed work, and grades to Professor Austin.

**Welcome to the Course/Course Description:**

In the Horror Noire: A History of Black Horror documentary, Author, Filmmaker and Professor Tananarive Due says, "Black history is Black horror." This asynchronous Quest 2 course examines the way in which filmmakers and scholar activists have advocated for social justice in horror movies.  Quest 2 courses ask "what we can do" to address societal issues. Educators and filmmakers have created popular films over the years to discuss societal issues. In particular, they have described the racism that was occurring in America during various time periods in horror movies. In this class, students will examine real-world issues that cut across disciplines. We will examine questions such as the following:

- Did the Blaxploitation era of filmmaking end because of institutional racism or a lack of profits?
- How have filmmakers and educators used the horror genre of filmmaking to protest racism and promote social justice ideals?
- How have these films affected the way in which you understand social justice issues?

In addition, students will examine the ways that data, methods, and tools from diverse fields have been used to address pressing questions facing human societies today.  We will examine qualitative scholarly articles, historiographies, oral histories, documentaries, and films.  We focus on two questions: "What are the unintended consequences of racism?" and "How have individuals publicized racism and the fight for social justice in popular films?"  In essence, these "movies" are about more than entertainment, but have the goals of educating individuals about the issues African Americans confront in their lives and how they address them.  There are eight modules.  Each includes two weeks of assignments.  **This course welcomes all opinions and perspectives.**

**Student Learning Objectives:**

- Identify, describe, and explain the historical, journalistic, political, and sociological dimensions of racist stereotypes/images in horror films. Identify, describe, and explain the manner in which recent horror films have challenged these stereotypes/images and addressed social justice issues through innovative filmmaking. Students will read interdisciplinary articles and book chapters that use qualitative methodologies. I also encourage you to continue to engage in undergraduate research after completing this course. [Content]
- Critically analyze qualitative readings and films that address societal issues such as gentrification, police brutality, racism and discrimination, black-on-black crime, and others in discussion boards, response papers, and other assignments. [Critical Thinking]
- Develop and present effective responses to address societal issues such as gentrification, police brutality, racism and discrimination, black-on-black crime, and others. You will complete papers, an experiential activity, and an analytical essay and also must participate in class discussions that I will facilitate. [Communication]
- One main objective of the course is for you to connect the course content with critical reflection on their intellectual, personal, and professional development at UF and beyond. After completing this course, you will be more familiar with the social justice issues and be able to reflect on the ways in which these issues might impact your own intellectual, personal, and professional growth. [Connection]

**Quest 2 Objectives:**

UF's website states that, "Grounded in the Biological (B), Physical (P), or Social & Behavioral Sciences (S) subject areas of the General Education program (Gen Ed), Quest 2 courses provide second-year students thought-provoking courses that build on and expand the Quest 1 experience. Where Quest 1 asks what it means, Quest 2 asks what we can do. Rather than serve as surveys of or introductions to specific fields, Quest 2 courses reflect the instructor's expertise and challenge students as co-creators of knowledge in multi-disciplinary inquiry that uses scientific data to address pressing questions. In Quest 2 courses, students explore the ways that various scientific lenses can be turned on pressing questions facing human societies and/or the planet today, such as: What are the unintended consequences of technological progress? How do we address climate change? How do we create a just and fair society? Quest 2 courses approach these questions through active learning. They invite students to create arguments, mobilize evidence, and articulate ideas across relevant disciplines."

**General Education Objectives (Social and Behavioral Sciences and Diversity):**

Social and behavioral science courses provide instruction in the history, key themes, principles, terminology, and underlying theory or methodologies used in the social and behavioral sciences. Students will learn to identify, describe and explain social institutions, structures or processes. These courses emphasize the effective application of accepted problem-solving techniques. Students will apply formal and informal qualitative or quantitative analysis to examine the processes and means by which individuals make personal and group decisions, as

well as the evaluation of opinions, outcomes or human behavior. Students are expected to assess and analyze ethical perspectives in individual and societal decisions.

In this course, students will approach the history of key themes relating to negative African American images in films according to underlying theories or methodologies used in the social and behavioral sciences. They will also examine the manner in which filmmakers and others have challenged these images by engaging in the problem-solving technique of producing horror films and documentaries and by calling attention to social justice issues in these films. The class will utilize multiple interdisciplinary qualitative methods (engaging in discussions, experiential learning opportunities, readings, and documentaries). Concerning the diversity requirement, we will discuss analyze and evaluate unethical and immoral depictions of African Americans in horror films during the early 1900s as well as the manner in which social inequities have affected, and continue to affect Black communities. In addition, the class will analyze and reflect on the ways in which a new generation of filmmakers have challenged other people's understandings and stereotypes of African Americans and the issues they face in their communities.

## Writing Requirement

This course also fulfills the 4,000-word writing requirement. The Writing Requirement (WR) ensures students both maintain their fluency in writing and use writing as a tool to facilitate learning. Course grades have two components. To receive writing requirement credit, a student must receive a grade of C or higher and a satisfactory evaluation on the writing requirements of the course. The instructor will evaluate and provide feedback, on all written assignments with respect to grammar, punctuation, clarity, coherence, and organization.

- The Writing Requirement (WR) ensures students both maintain their fluency in writing and use writing as a tool to facilitate learning.
- The instructor will evaluate and provide feedback before the end of the course on all of the student's written assignments with respect to grammar, punctuation, clarity, coherence, and organization.
- WR course grades have two components. To receive writing requirement credit, a student must receive a grade of C or higher and a satisfactory completion of the writing component of the course.

## Required Textbook:

Robin R. Means Coleman. 2023. *Horror Noire: Blacks in American Horror Films from the 1890s to Present. Second Edition.*

## Recommended Books:

Ed Guerrero. *Framing Blackness: The African American Image in Film.*

James D. Lester. 2014. *Writing Research Papers: A Complete Guide*. (New York: Pearson).

**The Reserve Articles:**

These readings can be accessed by clicking on the title's name on canvas.

**The Films and Documentaries:**

A description of each is listed under the weekly schedule. They can be accessed through canvas.

**Your Grade will be Based on:**

- *Discussion Posts* (40% of your grade)
  In these minimum one-page posts, please cite the readings to support your opinions when answering the questions. Also, respond to two of your classmates' posts. In order to earn higher grades, cite all of the assignments when both posting and responding. The teaching assistant will grade the discussion posts according to the rubric on canvas. Consistent informed, thoughtful, and considerate participation is expected. During the discussions, students will provide comprehensive answers to the questions listed in the modules by referring to the assigned information.

- *Reflection Papers* (30% of your grade)
  Each of these papers requires an analysis of the materials that are listed on canvas. Each reflection paper must be three pages (not including the reference page). In each paper, you will examine events that were happening in African American history, politics, civil rights, and film.

- *Experiential Learning Activity* (15% of your grade)
  This activity allows you to select a film of your choice and reflect on the theme of Black women's monstrousness in a three-page paper. Black horror has mostly been a male-dominated industry, but Black women have excelled both in front of and behind the camera in recent decades.

- *Reflection Essay* (15% of your grade)
  In this essay, you will reflect on the things you've learned in class by answering the following questions: How were filmmakers and scholars addressed social issues in recent years and how did they benefit from the films of earlier filmmakers and scholars? If you were making a film, what social justice issue would you address and why? How has the information you've learned in this class contributed to your intellectual, personal, and professional growth?

**Grading Scale:**

| 94-100 A | 90-93 A- | 87-89 B+ | 84-86 B | 80-83 B- | 77-79 C+ |
| 74-76 C | 70-73 C- | 67-69 D+ | 64-66 D | 60-63 D- | Below 60 E |

A minimum grade of C is required for general education credit. Information on current UF grading policies can be found at: https://catalog.ufl.edu/ugrad/current/regulations/info/grades.aspx.

**Missed Work Policy:**

The policy for missed work in this class is consistent with the university's policy (https://catalog.ufl.edu/ugrad/current/regulations/info/attendance.aspx). All required assignments must be uploaded on the correct date before 11:59pm. Students will not be allowed to make up any assignments unless proper documentation is submitted to the professor before the assignment is missed.

**Disabilities Statement:**

Students with disabilities requesting accommodations should first register with the Disability Resource Center (352-392-8565, www.dso.ufl.edu/drc/) by providing appropriate documentation. Once registered, students will receive an accommodation letter which must be presented to the instructor when requesting accommodation. Students with disabilities should follow this procedure as early as possible in the semester.

**Academic Dishonesty:**

UF students are bound by The Honor Pledge which states, "We, the members of the University of Florida community, pledge to hold ourselves and our peers to the highest standards of honor

University Police Department, 392-1111 (or 9-1-1 for emergencies). http://www.police.ufl.edu/

**Academic Resources:**

E-learning technical support, 352-392-4357 (select option 2) or e-mail to Learningsupport@ufl.edu. https://lss.at.ufl.edu/help.shtml.

Career Resource Center, Reitz Union, 392-1601. Career assistance and counseling. http://www.crc.ufl.edu/

Library Support, http://cms.uflib.ufl.edu/ask. Various ways to receive assistance with respect to using the libraries or finding resources.

The writing studio is committed to helping University of Florida students meet their academic and professional goals by becoming better writers. Visit the writing studio online at http://writing.ufl.edu/writing-studio/ or in 2215 Turlington Hall for one-on-one consultations and workshops.

**Netiquette and Communication Courtesy:** It is important to recognize that the online classroom is in fact a classroom, and certain behaviors are expected when you communicate with both your peers and your instructors. These guidelines for online behavior and interaction are known as netiquette.

**Security:** Remember that your password is the only thing protecting you from pranks or more serious harm.
- Don't share your password with anyone.
- Change your password if you think someone else might know it.
- Always log out when you are finished using the system.

**General Guidelines:** When communicating online, you should always:
- Treat the instructor with respect, even via email or in any other online communication.
- Always use your professors' proper title: Dr. or Prof., or if you are unsure use Mr. or Ms.
- Unless specifically invited, don't refer to a professor by their first name.
- Use clear and concise language.
- Remember that all college-level communication should have correct spelling and grammar.
- Avoid slang terms such as "wassup?" and texting abbreviations such as "u" instead of "you."
- Use standard fonts such as Times New Roman and use a size 12 or 14 point font.
- Avoid using the caps lock feature AS IT CAN BE INTERPRETED AS YELLING.
- Limit and possibly avoid the use of emoticons like :) .
- Be cautious when using humor or sarcasm as tone is sometimes lost in an email or discussion post and your message might be taken seriously or be construed as being offensive.

- Be careful with personal information (both yours and others).
- Do not send confidential information via email.

**Email:** When you send an email to your instructor, teaching assistant, or classmates, you should:
- Use a descriptive subject line.
- Be brief.
- Avoid attachments unless you are sure your recipients can open them.
- Avoid HTML in favor of plain text.
- Sign your message with your name and return email address.
- Think before you send the email to more than one person. Does everyone really need to see your message?
- Be sure you REALLY want everyone to receive your response when you click, "Reply All."
- Be sure that the message author intended for the information to be passed along before you click the "Forward" button.
- FERPA guidelines prohibit the discussion of grades by email. The professor will discuss grades in in-person or online meetings.

**Discussion Boards:** When posting on the discussion board in your online class, you should:
- Check to see if anyone already asked your question and received a reply before posting to the discussion board.
- Remember your manners and say please and thank you when asking something of your classmates or instructor.
- Be open-minded.
- If you ask a question and many people respond, summarize all posts for the benefit of the class.
- Make posts that are on-topic and within the scope of the course material.
- Be sure to read all messages in a thread before replying.
- Be as brief as possible while still making a thorough comment.
- Don't repeat someone else's post without adding something of your own to it.
- Take your posts seriously. Review and edit your posts before sending.
- Avoid short, generic replies such as, "I agree." You should include why you agree or add to the previous point.
- If you refer to something that was said in an earlier post, quote a few key lines so readers do not have to go back and figure out which post you are referring to.
- Always give proper credit when referencing or quoting another source.
- If you reply to a classmate's question make sure your answer is correct, don't guess.
- Always be respectful of others' opinions even when they differ from your own.
- When you disagree with someone, you should express your differing opinion in a respectful, non-critical way.
- Do not make personal or insulting remarks.
- Do not write anything sarcastic or angry, it always backfires.
- Do not type in ALL CAPS, if you do IT WILL LOOK LIKE YOU ARE YELLING.

**Zoom:** When attending a Zoom class or meeting, you should:

- Do not share your Zoom classroom link or password with others.
- Even though you may be alone at home, your professor and classmates can see you! While attending class in your pajamas is tempting, remember that wearing clothing is not optional. Dress appropriately.
- Your professor and classmates can also see what is behind you, so be aware of your surroundings.
- Make sure the background is not distracting or something you would not want your classmates to see.
  - When in doubt use a virtual background. If you choose to use one, you

- Microsoft
  - [Microsoft Privacy Policy](#)
  - [Microsoft Accessibility](#)
- Sonic Foundry (Mediasite Streaming Video Player)
  - [Sonic Foundry Privacy Policy](#)
  - [Sonic Foundry Accessibility](#) (PDF)
- YouTube (Google)
  - [YouTube (Google) Privacy Policy](#)
  - [YouTube (Google) Accessibility](#)
- Zoom
  - [Zoom Privacy Policy](#)
  - [Zoom Accessibility](#)

**Assignments and Instructions:** Descriptions of (and instructions for) each assignment can be found on canvas. Each discussion post should be one page and should cite the assigned materials

films for social justice movements.  This film can be streamed for free for amazon prime members. It can also be purchased from amazon, Walmart, and Target for less than $15.

**Films/Videos for the January 20th Reflection Paper:**

-

over a million dollars by playing the "Stepin Fetchit" character in several movies. But, Perry wrote a weekly column in the Chicago Defender newspaper despite playing the "laziest man in the world" in horror and other films. [https://www.youtube.com/watch?v=8dbBaRDBUEE]

**Amos n' Andy: Hospitalization (1952) (25 minutes):** Amos n' Andy began as a radio show in

which a Black actor was case in a role that didn't explicitly call for one, wasn't a criminal, and wasn't a gangster.  This successful horror movie was made during the height of the civil rights and black power movements.  Ben was killed by a white mob during a time when racial hate groups rebelled against desegregation and when Dr. King was murdered.  It also gave birth to the blaxploitation period of the 1970s because African Americans wanted to see themselves on screen after seeing this film and the Shaft films of the early 1970s.

**Reading Assignments:**

1. *Horror Noire*

Watch the "Black Women as Monstrousness" video and a horror film with an African American actress in a leading role. You can choose one from the list or watch another that you're familiar with http://www.blackhorrormovies.com/scary-sistas-a-brief-history-of-black-women-in-horror-films/.   After defining the term "Black women as monstrousness," refer to the specific scenes in the film when answering the first question, "How well did the filmmaker examine the theme of the Black woman as "monstrousness"? In other words, what was your overall opinion of it (such as whether it was entertaining, funny, or good quality, stereotypical, or of poor quality). Second, what did the film teach us about Black female empowerment? Finally, what can we, as audience members, do to ensure that more horror f

# Prior Syllabus

**Black Horror and Social Justice (IDS 2935)**
**Fall 2024**
**Dr. Sharon Austin**
**Professor of Political Science**
**University of Florida**

**Office Information:** 203 Anderson Hall, (352) 870-1352, polssdw@ufl.edu

**Office Hours:** You may participate in office hours with Dr. Austin in her office or via zoom at https://ufl.zoom.us/j/5186400829 on Tuesdays (10:40am-11:40am; 12:40-1:40pm) and Thursdays (11:40am-1:40pm) or by appointment.

**Teaching Assistant: Marcelline Amouzou is a doctoral student in the political science department.  She can be reached at mamouzou@ufl.edu.**

Please direct all inquiries about course assignments, missed work, and grades to Professor Austin.

**Welcome to the Course/Course Description:**

In the Horror Noire: A History of Black Horror documentary, Author, Filmmaker and Professor Tananarive Due says, "Black history is Black horror." This asynchronous Quest 2 course examines the way in which filmmakers and scholar activists have advocated for social justice in horror movies.  Quest 2 courses ask "what we can do" to address societal issues. Educators and filmmakers have created popular films over the years to discuss societal issues. In particular, they have described the racism that was occurring in America during various time periods in horror movies. In this class, students will examine real-world issues that cut across disciplines. We will examine questions such as the following:

- Did the Blaxploitation era of filmmaking end because of institutional racism or a lack of profits?
- How have filmmakers and educators used the horror genre of filmmaking to protest racism and promote social justice ideals?
- **Is what ways are Black Americans continuing to experience "Black Horror" and how are they responding to it?**
- How have these films affected the way in which you understand social justice issues?

In addition, students will examine the ways that data, methods, and tools from diverse fields have been used to address pressing questions facing human societies today.  We will examine qualitative scholarly articles, historiographies, oral histories, documentaries, and films.  We focus on two questions: "What are the unintended consequences of racism?" and "How have individuals publicized racism and the fight for social justice in popular films?"  In essence, these "movies" are about more than entertainment, but have the goals of educating individuals about the issues African Americans confront in their lives and how they address them.  There are eight modules.  Each includes two weeks of assignments.

**Student Learning Objectives:**

- Identify, describe, and explain the historical, journalistic, political, and sociological dimensions of racist stereotypes/images in horror films. Identify, describe, and explain the manner in which recent horror films have challenged these stereotypes/images and addressed social justice issues through innovative filmmaking. Students will read interdisciplinary articles and book chapters that use qualitative methodologies. I also encourage you to continue to engage in undergraduate research after completing this course. [Content]
- Critically analyze qualitative readings and films that address societal issues such as gentrification, police brutality, racism and discrimination, black-on-black crime, and others in discussion boards, response papers, and other assignments. [Critical Thinking]
- Develop and present effective responses to address societal issues such as gentrification, police brutality, racism and discrimination, black-on-black crime, and others. You will complete papers, an experiential activity, and an analytical essay and also must participate in class discussions that I will facilitate. [Communication]
- One main objective of the course is for you to connect the course content with critical reflection on their intellectual, personal, and professional development at UF and beyond. After completing this course, you will be more familiar with the social justice issues and be able to reflect on the ways in which these issues might impact your own intellectual, personal, and professional growth. [Connection]

**Quest 2 Objectives:**

UF's website states that, "Grounded in the Biological (B), Physical (P), or Social & Behavioral Sciences (S) subject areas of the General Education program (Gen Ed), Quest 2 courses provide second-year students thought-provoking courses that build on and expand the Quest 1 experience. Where Quest 1 asks what it means, Quest 2 asks what we can do. Rather than serve as surveys of or introductions to specific fields, Quest 2 courses reflect the instructor's expertise and challenge students as co-creators of knowledge in multi-disciplinary inquiry that uses scientific data to address pressing questions. In Quest 2 courses, students explore the ways that various scientific lenses can be turned on pressing questions facing human societies and/or the planet today, such as: What are the unintended consequences of technological progress? How do we address climate change? How do we create a just and fair society? Quest 2 courses approach these questions through active learning. They invite students to create arguments, mobilize evidence, and articulate ideas across relevant disciplines."

**General Education Objectives (Social and Behavioral Sciences and Diversity):**

Social and behavioral science courses provide instruction in the history, key themes, principles, terminology, and underlying theory or methodologies used in the social and behavioral sciences. Students will learn to identify, describe and explain social institutions, structures or processes. These courses emphasize the effective application of accepted problem-solving techniques. Students will apply formal and informal qualitative or quantitative analysis to examine the processes and means by which individuals make personal and group decisions, as

well as the evaluation of opinions, outcomes or human behavior. Students are expected to assess and analyze ethical perspectives in individual and societal decisions.

In this course, students will approach the history of key themes relating to negative African American images in films according to underlying theories or methodologies used in the social and behavioral sciences. They will also examine the manner in which filmmakers and others have challenged these images by engaging in the problem-solving technique of producing horror films and documentaries and by calling attention to social justice issues in these films. The class will utilize multiple interdisciplinary qualitative methods (engaging in discussions, experiential learning opportunities, readings, and documentaries). Concerning the diversity requirement, we will discuss analyze and evaluate unethical and immoral depictions of African Americans in horror films during the early 1900s as well as the manner in which social inequities have affected, and continue to affect Black communities. In addition, the class will analyze and reflect on the ways in which a new generation of filmmakers have challenged other people's understandings and stereotypes of African Americans and the issues they face in their communities.

## Writing Requirement

This course also fulfills the 4,000-word writing requirement. The Writing Requirement (WR) ensures students both maintain their fluency in writing and use writing as a tool to facilitate learning. Course grades have two components. To receive writing requirement credit, a student must receive a grade of C or higher and a satisfactory evaluation on the writing requirements of the course. The instructor will evaluate and provide feedback, on all written assignments with respect to grammar, punctuation, clarity, coherence, and organization.

- The Writing Requirement (WR) ensures students both maintain their fluency in writing and use writing as a tool to facilitate learning.
- The instructor will evaluate and provide feedback before the end of the course on all of the student's written assignments with respect to grammar, punctuation, clarity, coherence, and organization.
- WR course grades have two components. To receive writing requirement credit, a student must receive a grade of C or higher and a satisfactory completion of the writing component of the course.

## Required Textbook:

Robin R. Means Coleman. 2023. *Horror Noire: Blacks in American Horror Films from the 1890s to Present. Second Edition*.

## Recommended Books:

Ed Guerrero. *Framing Blackness: The African American Image in Film*.

James D. Lester. 2014. *Writing Research Papers: A Complete Guide*. (New York: Pearson).

**The Reserve Articles:**

These readings can be accessed by clicking on the title's name on canvas.

**The Films and Documentaries:**

A description of each is listed under the weekly schedule. They can be accessed through canvas.

**Your Grade will be Based on:**

- *Discussion Posts* (40% of your grade)
  In these minimum one-page posts, please cite the readings to support your opinions when answering the questions. Also, respond to two of your classmates' posts. In order to earn higher grades, cite all of the assignments when both posting and responding. The teaching assistant will grade the discussion posts according to the rubric on canvas. Consistent informed, thoughtful, and considerate participation is expected. During the discussions, students will provide comprehensive answers to the questions listed in the modules by referring to the assigned information.

- *Reflection Papers* (30% of your grade)
  Each of these papers requires an analysis of the materials that are listed on canvas. Each reflection paper must be three pages (not including the reference page). In each paper, you will examine events that were happening in African American history, politics, civil rights, and film.

- *Experiential Learning Activity* (15% of your grade)
  This activity allows you to select a film of your choice and reflect on the theme of Black women's monstrousness in a three-page paper. Black horror has mostly been a male-dominated industry, but Black women have excelled both in front of and behind the camera in recent decades.

- *Reflection Essay* (15% of your grade)
  In this essay, you will reflect on the things you've learned in class by answering the following questions: How were filmmakers and scholars addressed social issues in recent years and how did they benefit from the films of earlier filmmakers and scholars? If you were making a film, what social justice issue would you address and why? How has the information you've learned in this class contributed to your intellectual, personal, and professional growth?

**Grading Scale:**

| 94-100 A | 90-93 A- | 87-89 B+ | 84-86 B | 80-83 B- | 77-79 C+ |
|----------|----------|----------|---------|----------|----------|
| 74-76 C  | 70-73 C- | 67-69 D+ | 64-66 D | 60-63 D- | Below 60 E |

A minimum grade of C is required for general education credit. Information on current UF grading policies can be found at:
https://catalog.ufl.edu/ugrad/current/regulations/info/grades.aspx.

**Missed Work Policy:**

The policy for missed work in this class is consistent with the university's policy (https://catalog.ufl.edu/ugrad/current/regulations/info/attendance.aspx). All required assignments must be uploaded on the correct date before 11:59pm. Students will not be allowed to make up any assignments unless proper documentation is submitted to the professor before the assignment is missed.

**Disabilities Statement:**

Students with disabilities requesting accommodations should first register with the Disability Resource Center (352-392-8565, www.dso.ufl.edu/drc/) by providing appropriate documentation. Once registered, students will receive an accommodation letter which must be presented to the instructor when requesting accommodation. Students with disabilities should follow this procedure as early as possible in the semester.

**Academic Dishonesty:**

UF students are bound by The Honor Pledge which states, "We, the members of the University of Florida community, pledge to hold ourselves and our peers to the highest standards of honor and integrity by abiding by the Honor Code. On all work submitted for credit by students at the University of Florida, the following pledge is either required or implied: "On my honor, I have neither given nor received unauthorized aid in doing this assignment." The Honor Code (http://www.dso.ufl.edu/sccr/process/student-conduct-honorcode/) specifies a number of behaviors that are in violation of this code and the possible sanctions. Furthermore, you are obligated to report any condition that facilitates academic misconduct to appropriate personnel. If you have any questions or concerns, please consult with the instructor.

**Course Evaluation:**

Students will have the opportunity to evaluate the class and will be informed when they will be able to submit course evaluations. Summaries of the results can be found at www.evaluations.ufl.edu/results. Students will be given specific times when evaluations can be submitted.

**Campus Resources:**

Health and Wellness U Matter, We Care: If you or a friend is in distress, please contact umatter@ufl.edu or 352 3921575 so that a team member can reach out to the student.

Counseling and Wellness Center: http://www.counseling.ufl.edu/cwc/Default.aspx, 392-1575; and the University Police Department: 392-1111 or 9-1-1 for emergencies. Sexual Assault Recovery Services (SARS) Student Health Care Center, 392-1161.

University Police Department, 392-1111 (or 9-1-1 for emergencies). http://www.police.ufl.edu/

**Academic Resources:**

E-learning technical support, 352-392-4357 (select option 2) or e-mail to Learningsupport@ufl.edu. https://lss.at.ufl.edu/help.shtml.

Career Resource Center, Reitz Union, 392-1601. Career assistance and counseling. http://www.crc.ufl.edu/

Library Support, http://cms.uflib.ufl.edu/ask. Various ways to receive assistance with respect to using the libraries or finding resources.

The writing studio is committed to helping University of Florida students meet their academic and professional goals by becoming better writers. Visit the writing studio online at http://writing.ufl.edu/writing-studio/ or in 2215 Turlington Hall for one-on-one consultations and workshops.

**Netiquette and Communication Courtesy:** It is important to recognize that the online classroom is in fact a classroom, and certain behaviors are expected when you communicate with both your peers and your instructors. These guidelines for online behavior and interaction are known as netiquette.

**Security:** Remember that your password is the only thing protecting you from pranks or more serious harm.
- Don't share your password with anyone.
- Change your password if you think someone else might know it.
- Always log out when you are finished using the system.

**General Guidelines:** When communicating online, you should always:
- Treat the instructor with respect, even via email or in any other online communication.
- Always use your professors' proper title: Dr. or Prof., or if you are unsure use Mr. or Ms.
- Unless specifically invited, don't refer to a professor by their first name.
- Use clear and concise language.
- Remember that all college-level communication should have correct spelling and grammar.
- Avoid slang terms such as "wassup?" and texting abbreviations such as "u" instead of "you."
- Use standard fonts such as Times New Roman and use a size 12 or 14 point font.
- Avoid using the caps lock feature AS IT CAN BE INTERPRETED AS YELLING.
- Limit and possibly avoid the use of emoticons like :) .
- Be cautious when using humor or sarcasm as tone is sometimes lost in an email or discussion post and your message might be taken seriously or be construed as being offensive.

- Be careful with personal information (both yours and others).
- Do not send confidential information via email.

**Email:** When you send an email to your instructor, teaching assistant, or classmates, you should:
- Use a descriptive subject line.
- Be brief.
- Avoid attachments unless you are sure your recipients can open them.
- Avoid HTML in favor of plain text.
- Sign your message with your name and return email address.
- Think before you send the email to more than one person. Does everyone really need to see your message?
- Be sure you REALLY want everyone to receive your response when you click, "Reply All."
- Be sure that the message author intended for the information to be passed along before you click the "Forward" button.
- FERPA guidelines prohibit the discussion of grades by email. The professor will discuss grades in in-person or online meetings.

**Discussion Boards:** When posting on the discussion board in your online class, you should:
- Check to see if anyone already asked your question and received a reply before posting to the discussion board.
- Remember your manners and say please and thank you when asking something of your classmates or instructor.
- Be open-minded.
- If you ask a question and many people respond, summarize all posts for the benefit of the class.
- Make posts that are on-topic and within the scope of the course material.
- Be sure to read all messages in a thread before replying.
- Be as brief as possible while still making a thorough comment.
- Don't repeat someone else's post without adding something of your own to it.
- Take your posts seriously. Review and edit your posts before sending.
- Avoid short, generic replies such as, "I agree." You should include why you agree or add to the previous point.
- If you refer to something that was said in an earlier post, quote a few key lines so readers do not have to go back and figure out which post you are referring to.
- Always give proper credit when referencing or quoting another source.
- If you reply to a classmate's question make sure your answer is correct, don't guess.
- Always be respectful of others' opinions even when they differ from your own.
- When you disagree with someone, you should express your differing opinion in a respectful, non-critical way.
- Do not make personal or insulting remarks.
- Do not write anything sarcastic or angry, it always backfires.
- Do not type in ALL CAPS, if you do IT WILL LOOK LIKE YOU ARE YELLING.

**Zoom:** When attending a Zoom class or meeting, you should:

- Do not share your Zoom classroom link or password with others.
- Even though you may be alone at home, your professor and classmates can see you! While attending class in your pajamas is tempting, remember that wearing clothing is not optional. Dress appropriately.
- Your professor and classmates can also see what is behind you, so be aware of your surroundings.
- Make sure the background is not distracting or something you would not want your classmates to see.
  - When in doubt use a virtual background. If you choose to use one, you should test the background out first to make sure your device can support it.
  - Your background can express your personality, but be sure to avoid using backgrounds that may contain offensive images and language.
- Mute is your friend, especially when you are in a location that can be noisy. Don't leave your microphone open if you don't have to.
- If you want to speak, you can raise your hand (click the "raise hand" button at the center bottom of your screen) and wait to be called upon.

**Minimum Technology Requirements:** The University of Florida expects students entering an online program to acquire computer hardware and software appropriate to their degree program. Most computers are capable of meeting the following general requirements. A student's computer configuration should include:

- Webcam
- Microphone
- Broadband connection to the internet and related equipment (cable/DSL modem)
- Microsoft Office Suite installed (provided by the university)

Individual colleges may have additional requirements or recommendations, which students should review before starting their program.

**Minimum Technical Skills:** To complete your tasks in this course, you will need a basic understanding of operating a computer and using word processing software.

**Privacy and Accessibility Policies:** For information about the privacy policies of the tools used in this course, see the links below:

- Adobe
  - Adobe Privacy Policy
  - Adobe Accessibility
- Instructure (Canvas)
  - Instructure Privacy Policy
  - Instructure Accessibility

- Microsoft
  - [Microsoft Privacy Policy](#)
  - [Microsoft Accessibility](#)
- Sonic Foundry (Mediasite Streaming Video Player)
  - [Sonic Foundry Privacy Policy](#)
  - [Sonic Foundry Accessibility](#) (PDF)
- YouTube (Google)
  - [YouTube (Google) Privacy Policy](#)
  - [YouTube (Google) Accessibility](#)
- Zoom
  - [Zoom Privacy Policy](#)
  - [Zoom Accessibility](#)

**Assignments and Instructions:** Descriptions of (and instructions for) each assignment can be found on canvas. Each discussion post should be one page and should cite the assigned materials that are listed for the assignment on canvas. The reflections papers, experiential activity, and reflection essay should each be 3 complete pages and a reference page. Include citations and a reference page for each assignment. The reference page does not count toward the page requirement. Do not include a title page. Please use a 12-point Times New Roman Font. The easiest way to cite the paper is to include the author's last name, year of publication, and page number in parentheses (when referring to something from the readings). For example, you can include a citation that looks like (Austin, 2023, page 1). You can include the title of the film when referring to the films in parentheses. Also, list the readings, videos, lectures, and films you've cited in your papers on a reference page. You can also include more than three pages for the papers and more than one page for the posts. As explained on canvas, don't forget to respond to two of your classmates' posts for each discussion post.

- *Module 1: January 13th Discussion Post and January 20th Reflection Paper*
- *Module 2: January 27th Discussion Post and February 3rd Reflection Paper*
- *Module 3: February 10th Discussion Post and February 17th Reflection Paper*
- *Module 4: February 24th Discussion Post and March 3rd Reflection Paper*
- *Module 5: March 10th Experiential Learning Activity, No Assignment on March 17th because of spring break and March 24th Reflection Paper*
- *Module 6: March 31st Reflection Paper, No Assignment on April 7th because of Good Friday*
- *Module 7: April 14th Reflection Paper*
- *Module 8: April 20th Reflection Essay*

## CLASS SCHEDULE

### Module 1 Black History is Black Horror: An Overview of the Class

**Film for the January 13th Discussion Post:**

- **Horror Noire documentary (1 hour 30 minutes)** examines the images of African Americans in horror films from the 1890s to the present and the significance of these

films for social justice movements. This film can be streamed for free for amazon prime members. It can also be purchased from amazon, Walmart, and Target for less than $15.

**Films/Videos for the January 20th Reflection Paper:**

- **Module One Lecture**: Dr. Austin defines the difference between race films and horror films and the manner in which the Birth of a Nation film exacerbated "horrifying" images of Black men and in which Oscar Mischeaux presented films that rebelled against these images.

- Within Our Gates by Oscar Micheaux (1 hour)
  [https://www.youtube.com/watch?v=h1E0NrcnwAE]

- Oscar Micheaux: The First Black Indie Filmmaker (2 minutes)
  [https://www.youtube.com/watch?v=LHRBK3Q23Ek]

- Watch How the Birth of a Nation Caused a Century of Racism (8 minutes)
  [https://www.youtube.com/watch?v=qaOHiO0Iai0]

**Reading Assignments for the January 20th Paper:**

- *Horror Noire*: Introduction and Chapter 2

- Read "The Birth of a Nation and the Making of the NAACP" Reserve Reading

**Things To Do:**

- January 13th Discussion Post
- January 20th Reflection Paper

**Module 2 Horrifying Goons**

**Module 2 Lecture**: Dr. Austin discusses the Black horror movies of the 1940s and the civil rights and social justice efforts that occurred during the World War II era. While social justice organizations and activists fought for political and economic rights, comedians such as Stepin; Fetchit and Mantan Moreland played offensive roles in horror and other films. Many wondered whether these actors were making it harder for organizations to seek civil rights (because they promoted negative images of Black men).

**The Blood of Jesus (1 hour):** This 1941 film has been referred to as "the most popular race movie every produced." In his directorial debut, Spencer Williams Jr.'s horror film discusses the choices men and women make to either do good or evil. Although many civil rights activists criticized Williams for playing Andy in the Amos and Andy television show, his films had several positive messages about Black culture and life.
[https://www.youtube.com/watch?v=N0QZZ2r3e7s]

**The Comedian Who Lost His Fortune, Stepin Fetchit - Story You Should Know (5 minutes)**: Lincoln Theodore Monroe Andrew Perry was born in Key West, Florida and earned

over a million dollars by playing the "Stepin Fetchit" character in several movies. But, Perry wrote a weekly column in the Chicago Defender newspaper despite playing the "laziest man in the world" in horror and other films. [https://www.youtube.com/watch?v=8dbBaRDBUEE]

**Amos n' Andy: Hospitalization (1952) (25 minutes):** Amos n' Andy began as a radio show in 1929 and later became a popular television show - the first with an all-Black cast.  On the radio show, White actors (Freeman Gosden and Charles Correll) used "Negro dialects" in attempts to sound like the Black characters that were later featured on television. Because of the popularity of the radio show, the television show was developed, but was met with criticism by many civil rights groups. The actors were instructed to sound like Gosden and Correll when performing. It aired on television from 1951 until it was canceled in 1953 (in part because of NAACP opposition).  This is a typical episode that displays the comedic talents of the actors, but also reinforces the "crooked shyster" stereotype of the Kingfish character. Despite the stereotypical roles portrayed in the show, it also showed African American educated professionals as well as their stable families and nice neighborhoods.
[https://www.youtube.com/watch?v=ScSPGqLY6DM]

**Lucky Ghost (1942 (1 hour)):** Like Lincoln Perry, Mantan Moreland was a successful comedian and actor who played stereotypical roles in horror and other films, but was a civil rights advocate in his private life. In Lucky Ghost, he plays a man who is of so little worth that he is ordered to leave town permanently and ends up in a haunted house. [Lucky Ghost (1942) | Mantan Moreland All Black Cast - YouTube]

**Reading Assignments:**

- *Horror Noire*: Chapter 3 Horrifying Goons and Minstrel Coons: 1940s
- *Reserve Reading:* Civil Rights Consciousness in the 1940s

**Things To Do:**

- *January 27th Discussion Post*
- *February 3rd Reflection Paper*

## Module 3 Black Horror and the Quest for Civil Rights

**Module 3 Lecture:** In this module, Dr. Austin discusses the absence of Black actors from 1950s films that mostly focused on science fiction issues and discuss the significance of the night of the living dead film for events of the mid and late 1960s.

**BaadAsssss Cinema: A Bold Look at 70's Blaxploitation Films (2002) (56 minutes):** This Blaxploitation documentary discusses the 1970s films developed by American International Pictures.  These low-budget, relatively low-quality films had all-Black casts and most made little money at the Box Office.  However, they introduced audiences to Black actors and to issues in Black communities.

**Night of the Living Dead (1968) (1 hour 30 minutes):** African American Actor Duane Jones was the first Black actor to be cast as the star and hero of a horror film.  His character, Ben, wasn't a victim, but was the smartest person in the film.  This was also one of the few times in

which a Black actor was case in a role that didn't explicitly call for one, wasn't a criminal, and wasn't a gangster. This successful horror movie was made during the height of the civil rights and black power movements. Ben was killed by a white mob during a time when racial hate groups rebelled against desegregation and when Dr. King was murdered. It also gave birth to the blaxploitation period of the 1970s because African Americans wanted to see themselves on screen after seeing this film and the Shaft films of the early 1970s.

**Reading Assignments:**

1. *Horror Noire*: Chapter 4 Black Invisibility, White Science, and a Night with Ben: 1950s-1960s

**Things to Do:**

1. *February 10th Discussion Post*
2. *February 17th Reflection Paper*

## Module 4 The Height of the Blaxploitation Era

**Module 4 Lecture:** In this presentation, Dr. Austin provides a definition of Blaxploitation and talks about the positive and negative aspects of these films (with an emphasis on their images of Black power and the portrayals of Black men and women). In addition, she will discuss some of the major achievements of the civil rights and black power movements during the time period that these films were in their heyday.

**Blacula (1972)** starred Shakespearean actor William Marshall and was the mostly successful Blaxploitation of its era. The film begins with a discussion of slavery in the 1700s. In the plot, Marshall, an erudite free Black man during slavery, was transformed into Blacula by a racist white man (portrayed by legendary actor Vincent Price). This film explained the way in which free Black men and women rebelled against the institution of slavery. The movie also showed scenes of Blacks and Whites as friends during the early 1970s. This was a sign of the changing times as increasing numbers of Whites and Blacks attended integrated colleges and universities.

**Reading Assignments:**

- *Horror Noire*: Chapter 5 Scream, Whitey, Scream-Retribution, Enduring Women, and Carnality: 1970s
- *Reserve Article*: Tuskegee Experiment: The Infamous Syphilis Study

**Things to Do:**

1) *February 24th Discussion Post*
2) *March 3rd Reflection Paper*

## Module 5 Black Horror and Social Justice During the 1980s and 1990s

**Module 5 Lecture:** In the presentation, Dr. Austin discusses the absence of Black actors and actresses from the most successful 1980s horror films, but a resurgence of Black horror during the 1990s. Also during the 1980s, Michael Jackson's short film, Thriller, made it possible for

Black entertainers to have their videos shown on MTV and Director Spike Lee's films resulted in an increase in films featuring predominantly Black casts. Also during the 1980s and 1990s, racial tensions continued in many American cities. Many of these tensions were reflected in 1990s horror films.

**Tales from the Hood 1 hour 30 minutes (1995)** is an anthology of four short stories directed by Rusty Cundieff and executive produced by Spike Lee. It deals with domestic violence, gang violence, a racist politician, and police brutality. The politician's campaign slogan is "An original American. Isn't it about time?" that was similar to political ads used at the time such as the "quota ad" of the U.S. Senator Jesse Helms when competing against African American candidate Harvey Gantt and the Willie Horton ad used by the George H.W. Bush presidential campaign. The 1990s was also the time period of the Rodney King beating, the OJ Simpson trial, and rampant gang violence in urban cities that were called "murder capitals."

**Thriller Video (14 minutes)** https://www.youtube.com/watch?v=sOnqjkJTMaA]
This 1983 short film made it possible for more videos from African American artists to be shown on the Music Television (MTV) channel and has been cited as the best video of all time by many persons.

**The Life of Spike Lee (8 minutes)** https://www.youtube.com/watch?v=4OzFqIkRxh4
This is a brief biography of famed director Spike Lee.

**What was Life Like for Black Americans During the 1980s (1 hour 30 minutes)**
https://www.youtube.com/watch?v=HTFW7rwpEx0 This video discusses the music, television, politics, and social justice issues for Black Americans during the decade of the 1980s.

**Reading Assignments:**

- *Horror Noire*: Chapter 6 We Always Die First-Invisibility, Racial Red-Lining, and Self-Sacrifice and Chapter 7 Black is Back! Retribution and the Urban Terrain
- *Reserve Reading*: 'Tales From the Hood' Director Rusty Cundieff: Why It Took 20 Years to Make a Sequel to His Black Horror Anthology

**Things to Do:**

3) *March 10th Discussion Post*
4) *March 17th No Assignment: Enjoy your spring break!*
5) *March 24th Reflection Paper*

### Module 6 Black Women as Monstrousness Experiential Learning Activity

**Module 6 Lecture:** Dr. Austin provides additional information about the experiential learning assignment and discusses horror films that have featured Black actresses.

**Black Femininity as the Monstrousness** is a brief black womanhood, sexuality, and working class culture were presented as "abnormalities" in horror films.
https://www.youtube.com/watch?v=2_BofpqqCTA (13.52 minutes)

Watch the "Black Women as Monstrousness" video and a horror film with an African American actress in a leading role. You can choose one from the list or watch another that you're familiar with http://www.blackhorrormovies.com/scary-sistas-a-brief-history-of-black-women-in-horror-films/.   After defining the term "Black women as monstrousness," refer to the specific scenes in the film when answering the first question, "How well did the filmmaker examine the theme of the Black woman as "monstrousness"? In other words, what was your overall opinion of it (such as whether it was entertaining, funny, or good quality, stereotypical, or of poor quality). Second, what did the film teach us about Black female empowerment? Finally, what can we, as audience members, do to ensure that more horror films with Black female leads are made?

**Reading Assignment:**

- *Horror Noire*: Chapter 9 Growing Painz: 2000s

**Things to Do:**

- *March 31st Experiential Learning Activity Due*
- *April 7th Enjoy your Good Friday. No Assignment Due*

## Module 7 The Artistry of Nia DaCosta and Jordan Peele

**Module 7 Lecture:** In this presentation, Dr. Austin discusses the context behind the Get Out and Candyman: Day of the Dead films. By discussing the overall themes of each film and specific scenes, she discusses the question that many individuals have debated about each film [ i.e., what messages were these young African American filmmakers trying to convey in these films?]

**Get Out (2017)** was released during the transition from the Obama to the Trump administration. Director and screenwriter Jordan Peele was the first African American to win an Academy Award for writing an original screenplay.  After President Obama's elections, many questioned whether we lived in a post-racial society. The film examines contemporary race relations in America.

**Candyman (2021)** was written by Jordan Peele and directed by African American female director Nia DaCosta (the first African American woman to have a film debut at number one on opening weekend).  It is the third installment of the Candyman series.  An artist explores the urban legend of the Candyman who terrorized the Cabrini Green housing development for many years.  This film discusses the negative consequences of racial stereotyping and gentrification.

**Reading Assignments:**

- *Horror Noire*: Chapter 10 Representation, Recognition, and Renaissance: 2010s to Present.

**Things to Do:**

- *April 14th Reflection Paper*. Because you have to watch two films for this assignment, the deadline is later than the other weekly deadlines you have had this semester.

## Module 8 Reflections on Black Horror and Social Justice

**Module 8 Lecture:** In this presentation, Dr. Austin provides additional information about the best way to address the questions in the reflection essay.

**Things to Do:** *April 20th Reflection Essay*