## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

SHARON AUSTIN, *et al.*,

    Plaintiffs,

          v.

BRIAN LAMB, *et al.*,

    Defendants.

Case No.: 1:25-cv-00016-MW-MJF

## DECLARATION OF MATTHEW MARR

I, Dr. Matthew Marr, hereby declare and state as follows:

### A. Background

1. My name is Dr. Matthew Marr, and I am over 18 years of age.

2. I have personal knowledge of the following facts and if called to testify could and would competently do so.

3. I currently serve as an Associate Professor of Sociology in the Department of Global & Sociocultural Studies and the Asian Studies Program at Florida International University ("FIU"). I have been a professor at FIU since 2008.

4. My research focuses on homelessness in the United States and Japan, exploring how urban marginality is shaped by social conditions operating at multiple levels, from the global to the individual.

1

5. I received a bachelor's degree in Government and Japanese with a minor in East Asian Studies from the University of Notre Dame. I received a master's degree in Sociology from Howard University. I also received a Ph.D. in Sociology from the University of California, Los Angeles.

6. I began my position as an Assistant Professor of Sociology at FIU in 2008 and was promoted to Associate Professor in 2014. I served as the Associate Chair of the Department of Global & Sociocultural Studies from 2017 to 2021.

7. In 2015, I published a book, *Better Must Come: Existing Homeless in Two Global Cities.* Additionally, I have published sixteen peer-reviewed research articles in English; three peer-reviewed research chapters in English; twelve non-English peer-reviewed research articles and chapters; and presented numerous papers and lectures.

8. I am a member of the American Sociological Association and the American Sociological Association Community and Urban Sociology Section.

**B. Senate Bill 266's General Education Core Course Requirements**

9. It is my understanding that Senate Bill 266 ("S.B. 266") sets forth, in part, requirements that courses must meet to receive a general education designation. I also understand S.B. 266 to include a variety of restrictions about what may be taught in general education courses and that might result

in a course being stripped of its general education designation. It is my understanding that S.B. 266 includes prohibitions against teaching "identity politics" and "theories that systemic racism, sexism, oppression, and privilege are inherent in the institutions of the United States and were created to maintain social, political, and economic inequities." I am unsure, however, what the Florida Legislature meant to prohibit when including these restrictions as I have not seen, and am unaware of, any definitions or guidance that clarifies what these restrictions mean.

## C. S.B. 266's Impact on My General Education Core Course

10. Since 2009, I have taught "Introduction to Sociology" as a general education course. The course introduces students to sociology, which is the scientific study of human action and interaction. The course seeks to enable students to understand their interrelationships in critical and global perspectives. The course covers a variety of broad issues studied by sociologists, including social structure, inequality, race, gender, class, families, deviance, work, institutions, and culture.

11. As part of the course, students learn to understand the "sociological imagination" and other basic concepts/methods of sociology, including the rigorous use of empirical data and critical thinking in social sciences. They

then learn to apply these concepts and methods to: (1) identify the features of society and their interrelationships, especially those related to race, class, and gender; (2) analyze interrelationships between society and self; (3) explain the foundations of global inequalities; and (4) develop viewpoints on how to promote constructive change in societies at the local, regional, national, and global levels.

12. At FIU, there are two types of general education courses: Tier 1 courses, which are courses that students take to satisfy state-mandated requirements; and Tier 2 courses, which are courses that students take to satisfy university-mandated requirements.

13. Before the passage of S.B. 266, "Introduction to Sociology" had always been offered as a general education course that satisfies the Tier 1 Social Science credit at FIU. The course satisfied the following University Core Curriculum ("UCC"), FIU's general education curriculum, requirement for Social Science Group One:

> Students will demonstrate the ability to examine behavioral, social, and cultural issues from a variety of points of view. Students will demonstrate an understanding of basic social and behavioral science concepts and principles used in the analysis of behavioral, social, and cultural issues, past and present, local and global.

14. Typically, multiple sections of "Introduction to Sociology" are taught each semester at FIU. Some of these sections are taught by full-time faculty members like me, and others are taught by adjunct faculty.

15. FIU also uses graduate student Teaching Assistants ("TAs") to assist with teaching "Introduction to Sociology." TA positions are valuable learning opportunities for graduate students and many graduate students rely on these positions to help fund their graduate degrees. As a result, the availability of TA positions is an important recruitment tool for our graduate programs.

16. When I began teaching at FIU in 2008, it was a dream job because of the great students and the research environment. However, after the Florida legislature enacted S.B. 266 in July 2023, the field of sociology came under attack and it became clear the general education status for all sociology courses was at risk. For instance, I was concerned when, in December 2023, the Florida Commissioner of Education Manny Diaz Jr. tweeted, "Sociology has been hijacked by left-wing activists and no longer serves its intended purpose as a general knowledge course for students. Under @GovRonDeSantis, Florida's higher education system will focus on preparing students for high-demand, high-wage jobs, not woke ideology."

17. Shortly after S.B. 266 was passed, the Florida Board of Governors ("BOG") began its review of general education core courses. As part of this process, it is my understanding that the BOG appointed faculty committees in the five subject areas for general education courses (Communication, Humanities, Mathematics, Natural Sciences, and Social Sciences) to make recommendations to the BOG. The faculty committee for Social Sciences recommended adding an additional course to the list, a history course called "Introductory Survey to 1877."

18. It is my understanding from the public record that the BOG's Academic and Student Affairs Committee met to review the faculty committee's recommendations and were poised to vote on them as presented. Commissioner Diaz proposed removing sociology from the list and that last-minute amendment was ultimately passed.

19. In January 2024, the full BOG voted to amend Regulation 8.005, which removed sociology from the Tier 1, state-required general education requirements for Florida. When the BOG discussed this amendment to Regulation 8.005, more than 500 public comments were submitted defending sociology.

20. On January 22, 2024, in advance of the BOG vote, I published an op-ed in the Miami Herald encouraging the BOG to vote in favor of keeping Introduction to Sociology as part of the state-required core course options.  In my op-ed, I noted that removing Introduction to Sociology ignored the recommendation to keep the course made by the panel of state-wide expert faculty which was mandated by S.B. 266.  And I explained that the political attacks on sociology misrepresented the relationship between theory and research in sociology because the class teaches students to understand that relationship and the need for robust and valid data to support, challenge, and elaborate theories.  I indicated that removing sociology from the core curriculum served only a misguided political purpose and threatened the quality of education at Florida's universities.  Attached as **Exhibit A** is a true and correct copy of an op-ed I authored entitled Save Sociology, Save Florida's State University System – From Self-Serving Politics published in the Miami Herald on January 22, 2024, available at https://www.miamiherald.com/opinion/editorials/article284526435.html.

21. The American Sociological Association also submitted a comment to the BOG objecting to the removal of sociology from the general education core courses and explaining to the BOG the importance of sociology in modern society.  Attached as **Exhibit B** is a true and correct copy of the American

Sociological Association's Comment to the Florida Board of Governors on Proposal to Remove Sociology from the General Education Core Course Options, available at https://perma.cc/5XX3-C8JL.

22. In line with these comments, it is not clear to me why the BOG felt that S.B. 266 required sociology to be removed from the list of general education courses. For instance, while I know that S.B. 266 prohibits teaching "theories that systemic racism, sexism, oppression, and privilege are inherent in the institutions of the United States and were created to maintain social, political, and economic inequities," one of the first lessons in sociology is that nothing is inherent in our institutions because they are socially constructed and changeable. As a result, I am not sure how teaching sociology violates S.B. 266.

23. As far as I understand, the BOG never responded substantively to these comments. Instead, the BOG suggested that sociology needed to be removed from the list of approved social sciences courses because of the addition of the history course. It is not clear to me why the addition of the new course required the removal of sociology, particularly as the number of courses approved for the five subject matters listed in Regulation 8.005 varies. For instance, Regulation 8.005 lists twelve courses that would fulfill the required Natural Science credit.

24. After the BOG amended Regulation 8.005 to remove sociology, I attended a Faculty Senate Meeting in which the chair of FIU's Board of Trustees, Rogelio Tovar, spoke to the faculty. In that conversation, I raised concerns about the removal of sociology from the general education core courses; however, I was told there was a full debate about its removal, that it was divisive to suggest its removal was censorship, and that there were valid reasons for its removal. At that time, the nature of that debate and valid reasons for removal were not presented to the Faculty Senate.

25. After sociology was removed from the Tier 1 general education courses, FIU's Provost's Office convened faculty expert committees to review Tier 2, university-specific courses to determine if those courses complied with S.B. 266. I served on one such committee. The faculty expert committees found that all of the sociology courses under review complied with S.B. 266.

26. It is my understanding, however, that in summer 2024, the BOG contacted FIU's administration and challenged the faculty expert committee findings. As a result, it is my understanding that the BOG and FIU's Provost's Office then worked with each other to determine which courses should be removed from Tier 2 and which courses needed to be changed. Throughout this process, no clear explanation was provided to faculty regarding how (1) these

courses violated the law or (2) faculty could teach their courses in compliance with the law.

27. Last summer, the FIU Faculty Senate convened an emergency meeting, at which it voted not to remove the Tier 2 general education status of these courses. This recommendation was ignored.

28. In Fall 2024, the FIU Faculty Senate made another recommendation to the FIU BOT that the new, censored core curriculum should be rejected. Again, this recommendation was ignored.

## D. The Harms Caused by S.B. 266

29. Because the BOG stripped "Introduction to Sociology" of its Tier 1 general education designation, the department is no longer able to offer it as a Tier 1 general education course. For now, "Introduction to Sociology" retains its Tier 2 general education status at FIU.

30. Students must take courses required for graduation, including general education courses, as well as courses required for their majors, thus, they are far less likely to enroll in elective courses that do not count toward graduation requirements. As a result, students who are not majoring in sociology are less likely to enroll in "Introduction to Sociology," even if they are interested in the subject matter of the course. Because a significant number of classes have

lost their general education designation, students have fewer classes that they can take and, thus, fewer opportunities to engage with material and concepts to which they would not otherwise be exposed. Moreover, because the classes that have been stripped of their general education designation are those that cover concepts and viewpoints that are disfavored by the State and the Board of Governors (i.e., "identity politics" and "theories that systemic racism, sexism, oppression, and privilege are inherent in the institutions of the United States and were created to maintain social, political, and economic inequities"), students are siloed into receiving a one-sided, biased education. Further, students who are still seeking a major by taking a variety of foundational courses will miss out on the opportunity to explore sociology because "Introduction to Sociology" is no longer approved as a Tier 1 course.

31. It is not only students, however, that are impacted by S.B. 266. S.B. 266 affects entire departments as well as professors, like myself. As to the former, because numerous courses within a department have been stripped of their general education designation, the department will see lower enrollment and, as such, may be forced to offer fewer courses. For "Introduction to Sociology" in particular, my department is likely to offer fewer sections of the course. This will likely result in less work for our adjunct faculty. If fewer courses are offered, professors may be unable to teach courses that they have

historically taught, which may drive them to look for positions at other universities. Because fewer courses are being taught, however, FIU has less incentive to fill these vacancies, further limiting the number and variety of courses that might be offered.

32. Further, if my department has to cut the number of sections of "Introduction to Sociology" that are taught at FIU, it will have fewer TA positions to offer to graduate students. This will decrease the amount of funding available for graduate students in my department. Because we compete for graduate students with universities whose introductory courses have not been affected by S.B. 266, we will have fewer graduate students who choose our program. This limits opportunities for graduate students and causes professors to lose out on valuable opportunities to mentor graduate students in their fields.

33. As part of my mentoring for graduate students, my TAs for "Introduction to Sociology" and I sometimes conduct research together. If graduate students are not able to TA for this course, it will impede our ability to conduct this research and ultimately publish our findings. This hurts both the development of my graduate students and limits my ability to conform to post-tenure review requirements.

34. Further, if my department is required to cut the number of sociology classes it can offer overall because of declining enrollment, the department risks

losing funding as well. As a result, my department may have less funds to support research and other educational opportunities.

35. As a professor, I am also affected by S.B. 266. Throughout this process, the BOG and the BOT have repeatedly purported to ask for faculty input as to whether classes should be retained as part of the core curriculum and repeatedly ignored our advice once we provided this. For instance, I agreed to participate in a review committee for Tier 2 classes and our recommendations were completely ignored. I further attempted to participate in this process through my role as a Faculty Senator. These attempts to participate in the process felt like a waste of time and were demoralizing. Further, because the final review process was conducted with no regard for faculty input, I remain in the dark regarding the scope of S.B. 266's requirements and am not sure what standard the BOG or the BOT are using to assess compliance with S.B. 266.

36. Further, to the extent that I am able to teach "Introductory of Sociology" as a Tier 2 general education course, I am left guessing as to whether my course materials conform to Florida law. The law's ban on (1) teaching "identity politics" and (2) discussing theories of systemic racism, sexism, oppression, and privilege as being inherent in the United States, fail to provide me fair notice of what I can and cannot teach. Specifically, because "Introduction to

Sociology" was removed from the Tier 1 general education courses for ostensibly running afoul of the law, I am not sure how it can retain its Tier 2 status without raising these same concerns. Because the review process was conducted between the BOG and the Provost's Office while ignoring faculty input, I have been given no guidance as to how to teach "Introduction to Sociology" or any other class in a way that conforms with S.B. 266. Further, while sociology teaches that nothing is "inherent" in our institutions because they are socially constructed, the study of sociology requires students to consider how issues like race, class, and gender shape society. I am concerned that merely by asking students to consider these important issues, I will be in violation of S.B. 266's prohibitions on teaching "identity politics" and/or discussing theories of systemic racism, sexism, oppression, and privilege as being inherent in the United States.

37. Because of this lack of clarity, I am left with an impossible decision: (1) continue to teach "Introduction to Sociology" as I always have, risking that it will lose its Tier 2 general-education status (or other punishment including reporting or discipline); or (2) self-censor. I am concerned that if I continue to teach "Introduction to Sociology" as I have in the past, students will report me and I will be subject to time consuming disciplinary procedures, which will distract from my research and scholarship.

## E. The Impact of S.B. 266's Funding Ban

38. S.B. 266 has also threatened the ability of my department to invite visiting scholars to present at on-campus events. For example, my department hosts a graduate colloquium, which is a series of talks we host from visiting professors. This series is a core community building series for our department and is crucial for graduate student academic enrichment and professional development.

39. My department typically receives funding to pay for our guest speaker's travel costs. Last year, my department requested funding to host a guest speaker who planned to speak in part about "Blackness."

40. When my department initially requested funding for this speaking, this funding was denied. It is my understanding that this funding was denied based on S.B. 266.

41. Ultimately, my department was able to receive the funds and we were able to host the talk. However, this additional burden and uncertainty leaves me and my colleagues in my department concerned that funds for future talks about racial inequities and other issues may be denied due to S.B. 266.

42. I am also concerned that S.B. 266's funding ban will impact my research. I presently have a grant from a private, nonprofit organization for a two-year research project titled "Equitable Pathways from Unsheltered to Housing: A

Mixed Methods Participatory Study of Street Outreach Innovations in Miami-Dade County." Through this work, I am collaborating with the Miami-Dade County Homeless Trust and other community organizations to understand how to create pathways directly into housing that are equitable, efficient, and durable. This research is policy-driven and includes a focus on racial equity. All of my research activities to date have built up to this project.

43. I have previously relied on state and federal funding for my research. I expect to apply for state and federal funding in the future.

44. It is my understanding that S.B. 266 prohibits state or federal funding for programs and activities that "[a]dvocate for diversity, equity, and inclusion, or promote or engage in political or social activism." I do not know what it means to "promote or engage in political or social activism," and worry that this language is broad enough to ban any kind of policy-related research, including policy recommendations.

45. It is also my understanding that Regulation 9.016 prohibits state or federal funding for activities that involve student participation where those activities also advocate for diversity, equity, and inclusion, or promote or engage in political or social activism. I have previously worked with student assistants

to further my research. I currently have students assisting me with the Equitable Pathways from Unsheltered to Housing project.

46. Because much of my research is policy-focused and often includes a focus on racial equity as part of those policies, I am concerned that S.B. 266 will restrict my ability to apply for and receive funding for research in the future. This would limit my future research and community service opportunities. I am also worried that S.B. 266 will limit my ability to work with student research assistants, limiting both my ability to mentor them and their ability to further their professional goals. I am particularly concerned because one of my goals in my research is to make specific policy recommendations, and I do not know if S.B. 266 prohibits such research.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed on January 23, 2025.

_____
Dr. Matthew Marr

# Exhibit A

# Save sociology, save Florida's State University System — from self-serving politics | Opinion

🌐 miamiherald.com/opinion/editorials/article284526435.html

Matthew D. Marr                                                    January 22, 2024

## 💬 OPINION AND COMMENTARY

Editorials and other Opinion content offer perspectives on issues important to our community and are independent from the work of our newsroom reporters.

Editorials
By Matthew D. Marr

Updated January 22, 2024 12:16 PM| 💬



Florida Education Commissioner Manny Diaz with Gov. Ron DeSantis at a press conference in Miami on May 9, 2023. Pedro Portal pportal@miamiherald.com

On Jan. 24, the Board of Governors of the State University System of Florida will meet at Florida State University to vote on whether to remove Introduction to Sociology from the social sciences section of the General Education Core Course options. The core course options are divided into five subject areas, with students required to pass one course in each area to ensure that they graduate with a broad, interdisciplinary education.

Last week, Florida's education commissioner, Manny Díaz, Jr., pushed the removal of sociology from the Florida Colleges System through the State Board of Education, along with a ban on Diversity, Equity and Inclusion (DEI) programming. Díaz has celebrated his attack on sociology as a victory in Ron DeSantis's counterproductive culture war, which has been fueled by unsubstantiated claims of "woke indoctrination" in state higher education.

TOP VIDEOS

Unfortunately, the commissioner's crude misrepresentations of the sociology course and the core itself reveal that he and other unelected government bureaucrats are more concerned with scoring points with a conservative base than they are with the well-being of the university system.

As a proud professor of sociology who has taught the course to thousands of students in 15 years at Florida International University, I plead to members of the board to vote to keep the sociology course as part of core course options.In my personal opinion, removing the course is unnecessary and misguided top-down authoritarian censorship.

It completely ignores a recommendation to keep sociology in the core made by panel of state-wide expert faculty mandated by Senate Bill 266. It also goes against over 500 public comments, many by students, to keep sociology in the core. Removal of the course is a disservice to and is disrespectful of tuition-paying state university students. It denies students the freedom to choose the course from among seven options and assumes that they are incapable of critically assessing what they study.

In the course, students learn about the complex interactions between social institutions, groups and individuals. Díaz and colleagues have also misrepresented the role of theory in sociology, neglecting that a main objective of the course is to understand the relationship between theory and research. All foundational courses explore theories. One cannot pass Introduction to Sociology without critically understanding how robust and valid data is needed to support, challenge, and elaborate theories. This is a crucial skill for civic literacy in the current age of misinformation.

Sociology, as the foundation for other social sciences, focuses not only on how social life is shaped by race, class, and gender, but also examines a wide variety of social phenomena and dynamics like urbanism, aging, economic development, education, health, crime, immigration, environmental change and the like. Understanding how social institutions impact groups and individuals in varied ways is key to working effectively in a variety of professions such as business, social work, medicine, law, public administration and education. A sharp sociological imagination, grounded in data, is fundamental in tackling so many pressing real world problems in our state, such as how to ensure that all communities are prepared and safe in the face of natural disasters or how businesses can overcome organizational inefficiencies.

I request that the board vote to retain Introduction to Sociology for the benefit of students, the university system and the state. Removal of the course will serve a misguided political purpose and threaten to devolve the university system into a set of glorified trade schools.

These top-down threats to public higher education in Florida are already making it difficult to attract and retain talented students and faculty. Keeping sociology in the core will serve the broader purpose of continuing the growth of the SUS as nationally ranked institutions preparing students for a variety of professions with a well-rounded education. The university system should be a place where all Floridians can thrive, not be pawns for the ambitions of narrow-minded and self-serving bureaucrats and politicians.

*Matthew D. Marr is associate professor of sociology in the department of global and sociocultural studies and the Asian studies program at Florida International University.*

This story was originally published January 22, 2024 at 11:42 AM.

## 5-Minute Herald

The best of the morning's Miami Herald.

By submitting, I agree to the Privacy Policy and Terms of Service.

**Thank you for signing up!**
You'll receive the next newsletter in your inbox.

Explore more of our newsletters and subscribe to your favorites.

## Join the conversation

Anyone can read the comments, but you must be a subscriber or logged in with a registered account to contribute. If you do not have a registered account, you can sign up for one below (it's free).

Conversations are opinions of our readers and are subject to the Community Guidelines.

## All Comments

▢ Start the conversation

# Exhibit B

**Comment to the Florida Board of Governors on Proposal to Remove Sociology from the General Education Core Course Options**

November 2023

Several months ago, the Florida Board of Governors started requiring a review of the state college and university systems' general education core courses in five subject areas every four years. That review is currently underway. Faculty committees were appointed in the various subject areas to make recommendations to the Board. Principles of Sociology is one of six current courses offered under the social sciences designation. The faculty committee for social sciences recommended adding a seventh course to the list, a history course called Introductory Survey to 1877.

This week the Board's Academic and Student Affairs Committee met to review the faculty committees' recommendations. They were poised to vote on them as presented when, at the last minute, the state education commissioner, Manny Diaz, proposed removing sociology from the list. While there was some pushback to this last-minute amendment, it ultimately passed through the Board's committee. The next step is for the full Florida Board of Governors to vote on the changes to the general education core course options in January.

Public comment was invited in advance of the January vote, and ASA has submitted the following comment.

*Comment submitted on November 13, 2023*

This comment is being submitted to the Florida Board of Governors regarding BOG 8.005 General Education Core Course Options by the American Sociological Association, the national professional society representing approximately 10,000 sociologists around the world, including 245 in Florida. Our mission is to serve sociologists in their work, advance sociology as a science and profession, and promote the contributions and use of sociology to society.

**We strongly object to the removal of the Principles of Sociology course from the social sciences list of general education core course options.**

As you know, the removal of Principles of Sociology was the result of a last-minute amendment put on the floor by Manny Diaz which did not follow the recommendation of the faculty committee you appointed to provide advice based on subject matter expertise. That group recommended adding one course to the social sciences list and did not recommend removing any existing courses. Presumably the Board would expect a compelling reason to ignore the expert advice of a group you appointed to advise you. But no such compelling reason was provided. Upon making his proposal, Diaz said: "The reason I'm suggesting to reduce the number of social science courses to six [is] with three of those potentially being options to meet the requirement for civic literacy."

There is no reason the list has to be limited to six courses. In fact, the proposed list for the natural sciences has 14 options.

There is also no reason every course on the list has to be tied to the requirement for civic literacy, as recognized by the fact that Diaz proposed retaining three other courses he does not consider as improving civic literacy.

But Diaz is also uninformed in his belief that Principles of Sociology does not contribute to meeting the requirement for civic literacy. The website for Florida's Department of Education says that "Florida is committed to preparing students to become civically engaged and knowledgeable adults who make positive contributions to their communities. Florida students will graduate with sufficient knowledge of America's civics, particularly the principles reflected in the United States Constitution, so as to be capable of discharging their responsibilities as American citizens."

While we do not contest the fact that studying the Constitution and other foundational governmental documents is of critical importance, we argue that such knowledge is insufficient for someone to be fully civically engaged. Sociological knowledge and understanding is a crucial component of civic literacy.

What is sociology? It is the scientific study of social life, social change, and the social causes and consequences of human behavior. Sociologists investigate the structure of groups, organizations, and societies and how people interact within these contexts. Since all human behavior is social, the subject matter of sociology ranges broadly. Our association has 53 interest groups for sociologists studying topics including, for example, aging and the lifecycle; communication and information technologies; consumers and consumption; crime; international migration; organizations, occupations and work; politics; science, knowledge and technology; social dimensions of the law; and social dimensions of medicine.

Clearly the topics sociologists study are among those of current public debate. Failure to expose students to the scientific study of the range of issues faced by American citizens would be a failure of civics education. How can we expect students to make positive contributions to their communities if they do not have scientific understanding of the issues facing those communities? As your requirements indicate, we want to ensure that Florida's students have "broad foundational knowledge." Principles of Sociology provides such knowledge.

Principles of Sociology contributes substantially to improving the civic literacy of Florida's college students and provides broad foundational knowledge. Your expert faculty advisory committee recommends that Principles of Sociology be included on the list of general education core course options for social science. And the proposed additional history course can be added without removing Principles of Sociology; this is not a zero-sum game. **When you vote on the final list of general education core course options, please reinstate Principles of Sociology on the social science list.**

If we can be of any assistance as you contemplate this issue, please do not hesitate to reach out to our executive director whose contact information has been provided on the comment submission form.