# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

| | |
|---|---|
| SHARON AUSTIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN LAMB, *et al.*, <br><br> Defendants. | Case No.: 1:25-cv-00016-MW-MJF |

## DECLARATION OF JEAN MUTEBA RAHIER

I, Dr. Jean Muteba Rahier, hereby declare and state as follows:

**A. Background**

1. My name is Dr. Jean Muteba Rahier, and I am over 18 years of age.

2. I have personal knowledge of the following facts and if called to testify could and would competently do so.

3. I currently serve as a Professor of Anthropology and African and African Diaspora Studies at Florida International University ("FIU").

4. I have more than 36 years of professional experience in higher education (research, teaching, and service). My areas of expertise include Cultural Anthropology, African studies (colonialism, the Democratic Republic of Congo, and memorialization of the Transatlantic Slave Trade), African Diaspora studies, and Afro-Latin American studies.

1

5. I received a Licence en Sciences Sociales (Anthropology track) from Université Libre de Bruxelles, Belgium. I received a Ph.D. in Sociology from the Université de Paris X, France.

6. I have taught as a Professor of Anthropology and African and African Diaspora Studies in the Department of Global and Sociocultural Studies (the "GSS Department") at FIU since Fall 1998. I taught as an Associate Professor of Anthropology and African and African Diaspora Studies at FIU from August 1998 to August 2013. In August 2013, I became Full Professor of Anthropology and African and African Diaspora Studies.

7. Before working at FIU, I taught as an Assistant Professor of Anthropology in the Department of Geography and Anthropology at Louisiana State University. I also taught at the University of California at Berkeley, California.

8. Since January 2018, I have served as the Founding Director of the Observatory of Justice for Afrodescendents in Latin America ("OJALA") at FIU. I have previously served as the Director of the African and African Diaspora Studies Program at FIU, the Director of FIU's Department of Sociology and Anthropology Graduate Program in Comparative Sociology, and the Director of FIU's African-New World Studies' Graduate Program.

9. I have also held multiple visiting scholar positions. Most recently, I was a visiting scholar at the Pontificia Universidad Católica del Ecuador in Quito, Ecuador; the Universidad Andina Simón Bolivar in Quito, Ecuador; the University of Ghana in Legon, Ghana; the University of Cape Coast in Cape Coast, Ghana; and the Université Cheikh Anta Diop in Dakar, Senegal.

10. Since August 2021, I have served as the Editor-in-Chief of the *Latin American and Caribbean Ethnic Studies* journal.

11. I currently serve as the Principal Investigator for the National Science Foundation-funded research project, "A Multifaceted Examination of the Application of Ethno-Racial Law in Contemporary Multiculturalist Ecuador." I have served as the lead investigator since 2021.

12. I have published three single-authored books, as well as a Spanish-translation of one of my books. I am currently working on my fourth book entitled *Theorizing the African Diaspora in the 21st Century: From Synchronic Approaches to Diachronic Orientations, and Back*.

13. I have edited four books and am currently working on my fifth, entitled *The Cambridge Handbook on the Anthropology of Race and Ethnicity*.

14. I have authored more than 80 articles and book chapters. From January 2002 to summer 2007, I was the Editor-in-Chief of the *Journal of Latin American and Caribbean Anthropology*.

15. I have also presented numerous papers at conferences organized by scholarly organizations including the American Anthropological Association and the Latin American Studies Association ("LASA"), among others. For example, in June 2024, I presented a paper in the Second International Meeting of Researchers in Afro-Latin American Studies at the University of Cartagena, Colombia. In June 2024, I also organized, chaired, and was an active participant in the roundtable, "On the Usefulness and Limitations of the 'Settler Colonial Studies' Paradigm in Latin American Studies," during the LASA annual meeting, which took place in Bogotá, Colombia. At that same annual conference, I organized and chaired a session in which my research collaborators and I presented our findings from the National Science Foundation-funded research project mentioned above. That session was entitled "A Multifaceted Examination of the Application of Ethnoracial Law for the Benefit of Afrodescendants in Contemporary Multiculturalist Ecuador."

## B. Senate Bill 266's General Education Restrictions

16. I have historically taught two general-education courses at FIU: (1) "Black Popular Cultures: Global Dimensions" and (2) "Myth, Ritual, and Mysticism."

17. In 2008, at the beginning of my tenure as Director of the African & African Diaspora Studies Program, colleagues and I created the course "Black Popular Cultures: Global Dimensions." Students in this course examine how race is defined and discuss how race, as a concept, has been developed and applied at a global level. This course invites students to conduct an in-depth examination of key issues related to black popular cultures in global perspectives, with a focus on historical processes, race, racialization, gender, sexuality, language, religion and identifications. I have taught "Black Popular Cultures: Global Dimensions" as a general education course since it became part of the University Core Curriculum in 2009.

18. I have taught "Myth, Ritual, and Mysticism" since I joined FIU in 1998. "Myth, Ritual, and Mysticism" concerns (1) the boundaries between everyday life and another order of reality: the supernatural world; the world of spirits and gods; magical powers; religions; and mystical dangers; and (2) what happens when those barriers ease or break apart. The course is particularly concerned with countering the assumption that belief in witchcraft and spirits

is particularly associated with the non-western world. The course teaches students to comprehend beliefs and practices using approaches from anthropology, sociology, social psychology, and history. This course has historically been so popular at FIU that the GSS Department has offered multiple sections of the course (taught by multiple professors) each semester to accommodate student demand. I have taught "Myth, Ritual, and Mysticism" as a general education course since 1998.

19. In Summer 2024, I learned that "Black Popular Cultures, Global Dimensions" had been removed from FIU's general education curriculum at the recommendation of the Florida Board of Governors. At the time, I was told by the chairperson of my Department that the Board of Governors was also considering removing "Myth, Ritual, and Mysticism" from its list of general education courses because of the presence of keywords in the course title and course description that the Board of Governors identified as problematic, namely: "myth"; "mysticism"; and "supernatural."

20. Thereafter, the Chair of my Department contacted me and other professors who teach "Myth, Ritual, and Mysticism." The Chair shared with us a spreadsheet sent to him from the Board of Governors and communicated to me that the Board of Governors might consider keeping "Myth, Ritual, and Mysticism" as a general education course if these keywords were removed

from the title and course description. I and the other faculty members who regularly teach the course ultimately amended the course title and course description to remove the keywords identified in the Board of Governors' spreadsheet. Once finalized, in Summer 2024, the Chair sent the new title and course description to FIU's Provost's Office.

21. Notwithstanding our attempts to conform with S.B. 266's provisions and the Board of Governors' feedback, I was informed in September 2024 that "Myth, Ritual, and Mysticism" would not keep its general education course designation.

22. As a result, I am no longer permitted to teach "Black Popular Cultures: Global Dimensions" or "Myth, Ritual, and Mysticism" as general education courses at FIU.

23. Both "Black Popular Cultures: Global Dimensions" and "Myth, Ritual, and Mysticism" were popular general education courses for students at FIU. Because they had such high enrollment, they provided important funding for the African and African Diaspora Studies Program and the GSS Department, respectively.

24. Because both courses were stripped of their general education status, students are less likely to enroll in these courses going forward. As a result, the African and African Diaspora Studies Program and the Global and Sociocultural

7

Studies Department at FIU may are exposed to losing funding and faculty positions.

**C. Senate Bill 266's Funding Restrictions**

25. As part of developing my scholarship and research interests, I rely on university funding to participate in professional meetings and conferences to present my work and learn about the work of others (e.g., the American Anthropological Association and Latin American Studies Associations annual meetings, among others).

26. I have also used university funding and my professional development funds to expand my existing research and to obtain new research grants. For example, I used FIU funding and my professional development funds to create OJALA's website, which has functioned as an efficient "business card." I also used these funds to travel to Washington D.C., New York, and other cities to visit with program officers before submitting research grant applications to their respective program. For example, FIU provided funds for me to visit a program officer of the United States Department of Education in Washington D.C., as well as a program officer of the Ford Foundation in New York City. I was successful in getting grants from both institutions.

27. As part of my research, I have often worked with students who assist in my research. These student assistants are fully or partially paid using FIU funds

8

as either teaching or research assistants. Over my time at FIU, I have worked closely with both teaching and research assistants. Whether a teaching assistant is assigned to a course depends on the number of students enrolled in that course. Because more than 100 students often enroll in "Myth, Ritual, and Mysticism," I have always been assigned a Ph.D. student who serves as teaching assistant for that course. If fewer students enroll in "Myth, Ritual, and Mysticism" because it is no longer offered as a general education course, there will be fewer opportunities for teaching assistants. I also work closely with research assistants. For example, my National Science Foundation-funded research project funded a monthly stipend to a Ph.D. student research assistant over the period of three academic years. Over those three years, FIU funded the tuition waiver for that Ph.D. student.

28. It is my understanding that S.B. 266 prohibits FIU from funding programs and activities that "[a]dvocate for diversity, equity, and inclusion, or promote or engage in political or social activism." These terms are so broad and vague that I cannot be sure if my research runs afoul of the law. For instance, I cannot be sure if by simply studying and publishing on the African diaspora in the Americas, I am "advocating for diversity, equity, and inclusion" or "promoting or engaging in political or social activism."

29. Given the focus of my research, however, and considering the climate of suspicion introduced by SB 266, I am concerned that an enrollment decrease in courses previously included in the general education course list will lead to a decrease in the need for Ph.D. students serving as Teaching Assistants, which in turn will negatively affect the support for our Ph.D. programs. I am also concerned that FIU will deny me access to funding to assist in my research, to attend conferences, to present my scholarship, and to hire students to assist me going forward. If I am unable to conduct these activities, my ability to conduct research and present my scholarship will be severely limited.

30. Participation at conferences and presenting my research is an essential part of developing scholarship. It allows me to discuss my research with other experts, answer questions, and receive feedback. It is an established part of the academic process and is expected of scholars in any discipline.

31. S.B. 266 directly threatens my ability to engage in this part of the academic process. I am worried that S.B. 266 will result in my being denied funding and support for my research, particularly in light of the BOG stripping courses of their general education designation, and increased scrutiny of DEI policies or "political or social activism" disfavored by the State. Because S.B. 266 does not define what is understood as "political or social activism," and I have

received no guidance about whether my research areas could be seen as "advocating for diversity, equity, and inclusion" or "promoting or engaging in political or social activism," I do not know whether my research areas will be deemed violative of Florida law. As a result, I am unable to conform any requests for funding to S.B. 266's requirements.

**D. Exhibits**

32. Attached as **Exhibit A** is a true and correct copy of the aforementioned spreadsheet prepared by the BOG and distributed to FIU's Provost's Office, depicting the BOG's feedback regarding FIU's general education courses' descriptions and objectives.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed on January 23, 2025.

_____
Dr. Jean Muteba Rahier

# Exhibit A

| Prefix | Course Number | Course Title | General Education Area | Feedback | Notes | Course Description | Updated Course Description | Learning Outcomes | Updated Learning Outcomes | Date SCNS Approved | References | Department |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AFH | 2000 | AFRICAN CIVILIZATIONS | Humanities | The course description is extremely vague and should be enhanced. | BOG staff will review again; potential timing issue of revisions reflected in SCNS | EXAMINES KEY DEVELOPMENTS OF AFRICAN CIVILIZATIONS AND INCORPORATES THE WESTERN CANON AS AN OBJECT OF STUDY AS IT PERTAINS TO THIS REGION AND THE HISTORICAL PERIODS COVERED. | | STUDENTS WILL: • ASSESS KEY EVENTS, CENTRAL THEMES, AND QUESTIONS PERTAINING TO AFRICAN HISTORY. • GAIN EXPERIENCE READING AND ANALYZING WRITTEN ARGUMENTS BY ENGAGING WITH A VARIETY OF TYPES OF SOURCES • LEARN AND APPLY THE TECHNIQUES OF WRITING AN ARGUMENTATIVE, THESIS-DRIVEN AND EVIDENCE-BASED PAPER. (GRW) • BE ABLE TO DEMONSTRATE KNOWLEDGE OF HOW MUCH LOCAL AFRICAN REALITIES HAVE BEEN INTERRELATED WITH GLOBAL, INTERNATIONAL, AND INTERCULTURAL ISSUES, MOVEMENTS, TRENDS, AND SYSTEMS. (GL - GLOBAL AWARENESS) • BE ABLE TO TAKE INTO CONSIDERATION AFRICAN, WESTERN, AND OTHER PERSPECTIVES WHEN CONDUCTING ANALYSES OF AFRICAN REALITIES AND HISTORY, AS THEY ARE INFLUENCED BY GLOBAL AND INTERNATIONAL FORCES, IN EVER GROWING INTERCULTURAL CONTEXTS. (GL - GLOBAL PERSPECTIVE) • PROPOSE SOLUTIONS TO SPECIFIC PROBLEMS TAKEN FROM LOCAL, GLOBAL AND INTERCULTURAL AFRICAN SOCIO-HISTORICAL REALITIES AND FROM AFRICAN HISTORY. (GL - GLOBAL ENGAGEMENT) • THINK CRITICALLY THROUGH THE MASTERING OF SUBJECTS CONCERNED WITH HUMAN CULTURE, ESPECIALLY LITERATURE, HISTORY, ART, MUSIC, AND PHILOSOPHY. (UCC) • INCORPORATE THE WESTERN CANON AS AN OBJECT OF STUDY AS IT PERTAINS TO THIS REGION AND PERIODS COVERED (UCC. | | 8/12/2024 | | History |
| AMH | 2020 | AMERICAN HISTORY INTRODUCTORY SURVEY SINCE 1877 | Social Science | SLOs do not align with statewide SLOs | BOG staff will review again; potential timing issue of revisions reflected in SCNS | IN THIS COURSE, STUDENTS WILL TRACE THE HISTORY OF THE UNITED STATES FROM THE END OF THE RECONSTRUCTION ERA TO THE CONTEMPORARY ERA. TOPICS WILL INCLUDE BUT ARE NOT LIMITED TO THE RISE OF INDUSTRIALIZATION, THE UNITED STATES' EMERGENCE AS AN ACTOR ON THE WORLD STAGE, CONSTITUTIONAL AMENDMENTS AND THEIR IMPACT, THE PROGRESSIVE ERA, WORLD WAR I, THE GREAT DEPRESSION AND NEW DEAL, WORLD WAR II, THE CIVIL RIGHTS ERA, THE COLD WAR, AND THE UNITED STATES SINCE 1989. | | STUDENT LEARNING OUTCOMES: • STUDENTS WILL DESCRIBE THE FACTUAL DETAILS OF THE SUBSTANTIVE HISTORICAL EPISODES UNDER STUDY. • STUDENTS WILL IDENTIFY AND ANALYZE FOUNDATIONAL DEVELOPMENTS THAT SHAPED AMERICAN HISTORY SINCE 1877 USING CRITICAL THINKING SKILLS. • STUDENTS WILL DEMONSTRATE AN UNDERSTANDING OF THE PRIMARY IDEAS, VALUES, AND PERCEPTIONS THAT HAVE SHAPED AMERICAN HISTORY. • STUDENTS WILL DEMONSTRATE COMPETENCY IN CIVIC LITERACY. | | 8/26/2024 | | History |
| ANT | 3241 | MYTH, RITUAL, AND MYSTICISM Recommend - ??? | Social Science | Confirm alignment with 1007.55 | Remove language or remove from gen ed | ANTHROPOLOGICAL APPROACHES TO THE STUDY OF RELIGIONS IN BOTH SMALL-SCALE AND LARGE-SCALE SOCIETIES ACROSS THE GLOBE. EXAMINES HOW UNDERSTANDINGS OF THE SUPERNATURAL WORLD ARE STRUCTURED, HOW THEY DRAW ON AND GIVE MEANING TO DIFFERENT DOMAINS OF PEOPLES' LIVES; AND HOW THEY ARE EXPRESSED THROUGH RITUALS. | ANTHROPOLOGICAL APPROACHES TO THE STUDY OF RELIGIONS IN BOTH SMALL-SCALE AND LARGE-SCALE SOCIETIES ACROSS THE GLOBE USING BASIC SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES IN THE ANALYSIS OF BEHAVIORAL, SOCIAL, AND CULTURAL ISSUES PAST AND PRESENT. | THIS COURSE SATISFIES THE FOLLOWING UNIVERSITY CORE CURRICULUM REQUIREMENT FOR SOCIAL SCIENCE GROUP TWO: STUDENTS WILL DEMONSTRATE THE ABILITY TO EXAMINE BEHAVIORAL, SOCIAL, AND CULTURAL ISSUES FROM A VARIETY OF POINTS OF VIEW. STUDENTS WILL DEMONSTRATE AN UNDERSTANDING OF BASIC SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES USED IN THE ANALYSIS OF BEHAVIORAL, SOCIAL, AND CULTURAL ISSUES, PAST AND PRESENT, LOCAL AND GLOBAL. IT IS SUPPORTED BY THE FOLLOWING LEARNING OUTCOMES FOR THE COURSE: AT THE END OF THE COURSE, STUDENTS WILL BE ABLE TO: • DEMONSTRATE THEIR UNDERSTANDING OF THE CULTURALLY-INFORMED AND QUITE DIVERSE HUMAN BELIEFS ABOUT SUPERNATURAL BEINGS AND FORCES. • DRAW LINKAGES BETWEEN RELIGIOUS BELIEFS AND OTHER IMPORTANT ASPECTS OF PEOPLE'S LIVES, SUCH AS IDEAS ABOUT HEALTHCARE. • CONTEXTUALIZE THEIR OWN RELIGIOUS BELIEFS, SPIRITUALITY, AND/OR LACK THEREOF THANKS TO A BETTER UNDERSTANDING OF OTHERS' BELIEFS. GLOBAL LEARNING THIS COURSE ALSO SATISFIES THE GLOBAL LEARNING REQUIREMENT, SUPPORTED BY THE FOLLOWING LEARNING OUTCOMES FOR THE COURSE: • DEMONSTRATE AN UNDERSTANDING OF THE HISTORICAL AND CONTEMPORARY INTER-RELATEDNESS OF KEY LOCAL, REGIONAL AND GLOBAL RELIGIOUS AND SPIRITUAL ISSUES AND EVENTS. (GLOBAL AWARENESS). • DEMONSTRATE THE ABILITY TO COMPOSE AN ANALYSIS OF VARIOUS PERSPECTIVES ASSOCIATED WITH DIFFERENT CULTURALLY-BASED CONCEPTUALIZATIONS OF THE SUPERNATURAL WORLD AND THEIR ATTENDANT PRACTICES AND RITUALS, WHICH CAN ALSO BE LINKED TO DIFFERENT GEOGRAPHIC LOCATIONS ON THE GLOBAL STAGE (GLOBAL PERSPECTIVE). • ENGAGE IN A NUMBER OF PROBLEM-SOLVING ACTIVITIES ASSOCIATED WITH A VARIETY OF SOCIOCULTURAL CONTEXTS AROUND THE GLOBE (GLOBAL ENGAGEMENT) | STUDENTS WILL DEMONSTRATE AN UNDERSTANDING OF BASIC SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES USED IN THE ANALYSIS OF BEHAVIORAL, SOCIAL, AND CULTURAL ISSUES, PAST AND PRESENT, LOCAL AND GLOBAL. STUDENTS WILL ANALYZE RELIGIOUS BEHAVIOR OF THE PAST AND PRESENT RELATED TO SOCIAL, POLITICAL, AND ECONOMIC ISSUES. | 8/26/2024 | Florida Statute 1007.55 ...informed citizen through participation in rigorous general education courses that promote and preserve the constitutional republic through traditional, historically accurate, and high-quality coursework. General education courses should provide broad foundational knowledge to help students develop intellectual skills and habits that enable them to become more effective and lifelong learners. Courses with a curriculum based on unproven, speculative, or exploratory content are best suited as elective or specific program prerequisite credit, not general education credit." | GSS |
| ASN | 3410 | INTRODUCTION TO EAST ASIA | Social Science | Confirm Alignment with 1007.55 - Broad Foundational Knowledge | BOG staff will review again Course was not flagged as updated by the institution NOTE: Only FIU offers course | AN OVERVIEW OF EAST ASIA FROM TRADITIONAL TO MODERN TIMES INCLUDING THE INTERACTION AMONG ASIAN CULTURES AS WELL AS BETWEEN ASIA AND THE WORLD | AN OVERVIEW OF EAST ASIA FROM TRADITIONAL TO MODERN TIMES INCLUDING THE ANALYSIS OF PAST AND PRESENT SOCIAL, POLITICAL, AND ECONOMIC ISSUES AMONG ASIAN CULTURES AS WELL AS BETWEEN ASIA AND THE WORLD | BY THE END OF THE SEMESTER, STUDENTS SHOULD DEMONSTRATE GLOBAL AWARENESS, PERSPECTIVE AND ENGAGEMENT THROUGH THEIR ABILITY TO: 1. EVALUATE THE EFFECTS OF GLOBALIZATION AND THE INTERRELATEDNESS OF THE NON-ASIAN IMPACT ON EAST ASIA AND VICE VERSA. 2. COMPOSE A MULTI-PERSPECTIVE ANALYSIS OF CONTEMPORARY SOCIAL ISSUES IN EAST ASIA. 3. ASSESS AND CRITIQUE CONTEMPORARY ISSUES IN EAST ASIA. 4. & DESIGN AND APPRAISE DIFFERENT PLANS OF ACTION TO SOLVE THEM. | STUDENTS WILL: 1. DEMONSTRATE AN UNDERSTANDING OF BASIC SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES USED IN THE ANALYSIS OF BEHAVIORAL, SOCIAL, AND CULTURAL ISSUES AND THE INTERRELATEDNESS OF THE NON-ASIAN IMPACT ON EAST ASIA AND VICE VERSA. 2. STUDENTS WILL ANALYZE BEHAVIOR OF THE PAST AND PRESENT RELATED TO SOCIAL, POLITICAL, AND ECONOMIC ISSUES FACED IN EAST ASIA, BOTH PAST AND PRESENT. | 3/21/2022 | Florida Statute 1007.55 ...informed citizen through participation in rigorous general education courses that promote and preserve the constitutional republic through traditional, historically accurate, and high-quality coursework. General education courses should provide broad foundational knowledge to help students develop intellectual skills and habits that enable them to become more effective and lifelong learners. Courses with a curriculum based on unproven, speculative, or exploratory content are best suited as elective or specific program prerequisite credit, not general education credit." | Asian Studies |
| CPO | 2002 | Introduction to Comparative Politics | Social Science | Confirm alignment with 1007.55 | BOG staff will review again; potential timing issue of revisions reflected in SCNS | ANALYSIS OF MAJOR THEMES AND CONCEPTS OF COMPARATIVE POLITICS INCLUDING DEVELOPMENT, STATE BUILDING, INSTITUTIONS, AND POLITICAL BEHAVIOR. | BASIC SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES USED IN THE ANALYSIS OF MAJOR THEMES AND CONCEPTS OF COMPARATIVE POLITICS INCLUDING DEVELOPMENT, STATE BUILDING, INSTITUTIONS, AND POLITICAL BEHAVIOR. | - EXAMINE KEY CONCEPTS AND THEORIES OF COMPARATIVE POLITICS. - IDENTIFY AND COMPARE DIFFERENT TYPES OF POLITICAL SYSTEMS. - APPLY COMPARATIVE METHODS TO ANALYZE THE DEVELOPMENT AND FUNCTIONING OF VARIOUS POLITICAL SYSTEMS AROUND THE WORLD. | STUDENTS WILL: (1) EXAMINE KEY CONCEPTS AND THEORIES OF COMPARATIVE POLITICS. (2) IDENTIFY AND COMPARE DIFFERENT TYPES OF POLITICAL SYSTEMS USING SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES. (3) APPLY COMPARATIVE METHODS TO ANALYZE THE DEVELOPMENT AND FUNCTIONING OF VARIOUS POLITICAL SYSTEMS AROUND THE WORLD. | 8/26/2024 | Florida Statute 1007.55 ...informed citizen through participation in rigorous general education courses that promote and preserve the constitutional republic through traditional, historically accurate, and high-quality coursework. General education courses should provide broad foundational knowledge to help students develop intellectual skills and habits that enable them to become more effective and lifelong learners. Courses with a curriculum based on unproven, speculative, or exploratory content are best suited as elective or specific program prerequisite credit, not general education credit." | Politics & Inter Relations |
| CPO | 3103 | POLITICS OF WESTERN EUROPE | Social Science | Confirm Alignment with 1007.55 - Broad Foundational Knowledge | BOG staff will review again; potential timing issue of revisions reflected in SCNS NOTE: Only FIU and UF offer as gen ed; UF removing | STUDIES OF POLITICAL SYSTEMS OF THE MAJOR EUROPEAN COUNTRIES ON A COMPARATIVE BASIS. ATTENTION IS FOCUSED ON SUCH FACTORS AS POLITICAL PARTY SYSTEMS, PARLIAMENTARY FORMS OF GOVERNMENT, AND EU POLITICS. | BASIC SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES USED TO STUDY POLITICAL SYSTEMS OF THE MAJOR EUROPEAN COUNTRIES ON A COMPARATIVE BASIS. ATTENTION IS FOCUSED ON SUCH FACTORS AS POLITICAL PARTY SYSTEMS, PARLIAMENTARY FORMS OF GOVERNMENT, AND EU POLITICS. | COURSE OBJECTIVES - IDENTIFY AND COMPARE THE VARIOUS POLITICAL SYSTEMS IN WESTERN EUROPE. - ANALYZE THE ROLE OF THE POLITICAL PARTY SYSTEM AND THE PARLIAMENTARY FORM OF GOVERNMENT IN THE POLITICAL SYSTEMS OF WESTERN EUROPE. - TRACK CHANGES IN CONTEMPORARY WESTERN EUROPEAN POLITICS IN RELATION TO BROADER POLITICAL TRENDS. - EXAMINE THE DEVELOPMENT OF THE EUROPEAN UNION AND DISCUSS THE EUROPEAN UNION IN RELATION TO INDIVIDUAL WESTERN EUROPEAN STATES. | COURSE OBJECTIVES - IDENTIFY AND COMPARE THE VARIOUS POLITICAL SYSTEMS IN WESTERN EUROPE USING BASIC SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES. - ANALYZE THE ROLE OF THE POLITICAL PARTY SYSTEM AND THE PARLIAMENTARY FORM OF GOVERNMENT IN THE POLITICAL SYSTEMS OF WESTERN EUROPE. - TRACK CHANGES IN CONTEMPORARY WESTERN EUROPEAN POLITICS IN RELATION TO BROADER POLITICAL TRENDS. - EXAMINE THE DEVELOPMENT OF THE EUROPEAN UNION AND DISCUSS THE EUROPEAN UNION IN RELATION TO INDIVIDUAL WESTERN EUROPEAN STATES. | 8/26/2024 | Florida Statute 1007.55 ...informed citizen through participation in rigorous general education courses that promote and preserve the constitutional republic through traditional, historically accurate, and high-quality coursework. General education courses should provide broad foundational knowledge to help students develop intellectual skills and habits that enable them to become more effective and lifelong learners. Courses with a curriculum based on unproven, speculative, or exploratory content are best suited as elective or specific program prerequisite credit, not general education credit." | Politics & Inter Relations |
| CPO | 3304 | POLITICS OF LATIN AMERICA | Social Science | Confirm Alignment with 1007.55 - Broad Foundational Knowledge | BOG staff will review again; potential timing issue of revisions reflected in SCNS NOTE: Only FIU offers this course | THIS COURSE ANALYZES THE MULTIPLE STRUCTURES, PROCESSES, AND GROUPS WHICH ARE RELEVANT TO AN UNDERSTANDING OF LATIN AMERICAN POLITICS. OF SPECIAL INTEREST ARE THE POLITICAL IMPACTS OF INEQUALITY AND ECONOMIC DEPENDENCY; THE DYNAMICS OF DICTATORSHIP AND DEMOCRACY; AND THE ROLES OF THE MILITARY AND THE CHURCH. | BASIC SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES USED TO ANALYZE THE MULTIPLE STRUCTURES, PROCESSES, AND GROUPS WHICH ARE RELEVANT TO AN UNDERSTANDING OF LATIN AMERICAN POLITICS. OF SPECIAL INTEREST ARE THE POLITICAL IMPACTS OF INEQUALITY AND ECONOMIC DEPENDENCY; THE DYNAMICS OF DICTATORSHIP AND DEMOCRACY; AND THE ROLES OF THE MILITARY AND THE CHURCH. | OBJECTIVES: - IDENTIFY KEY CONCEPTS AND IMPORTANT PERIODS OF POLITICAL AND ECONOMIC DEVELOPMENT IN LATIN AMERICA. - EXAMINE CRUCIAL THEMES AND ISSUES THAT HAVE CHARACTERIZED POLITICAL, ECONOMIC, AND SOCIAL SYSTEMS IN LATIN AMERICA. - DISCUSS CURRENT CHALLENGES FACING THE REGION AND ANALYZE THESE CHALLENGES FROM VARIOUS PERSPECTIVES AND APPROACHES TO COMPARATIVE POLITICS. | OBJECTIVES: - IDENTIFY KEY CONCEPTS AND IMPORTANT PERIODS OF POLITICAL AND ECONOMIC DEVELOPMENT IN LATIN AMERICA, PAST AND PRESENT. - EXAMINE THEMES AND ISSUES THAT HAVE CHARACTERIZED POLITICAL, ECONOMIC, AND SOCIAL SYSTEMS IN LATIN AMERICA USING BASIC SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES. - DISCUSS CURRENT CHALLENGES FACING THE REGION AND ANALYZE THESE CHALLENGES IN RELATION TO COMPARATIVE POLITICS. | 8/26/2024 | Florida Statute 1007.55 ...informed citizen through participation in rigorous general education courses that promote and preserve the constitutional republic through traditional, historically accurate, and high-quality coursework. General education courses should provide broad foundational knowledge to help students develop intellectual skills and habits that enable them to become more effective and lifelong learners. Courses with a curriculum based on unproven, speculative, or exploratory content are best suited as elective or specific program prerequisite credit, not general education credit." | Politics & Inter Relations |
| ECO | 2023 | Principles of Microeconomics | Social Science | Confirm alignment with 1007.25 and 1007.55 - Revise course description and/or add SLOs | Course was not flagged as updated by the institution | INTRODUCTION TO ECONOMIC ANALYSIS OF INDIVIDUAL UNITS HOUSEHOLDS AND FIRMS. OPERATION OF MARKETS; SUPPLY AND DEMAND ANALYSIS. (F,S,SS) | INTRODUCTION TO THE THEORY OF PRICE DETERMINATION. HOW AN ECONOMY DECIDES WHAT TO PRODUCE, HOW TO PRODUCE, AND HOW TO DISTRIBUTE GOODS AND SERVICES. THIS COURSE AFFORDS STUDENTS AN UNDERSTANDING OF THE BASIC SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES USED IN THE ANALYSIS OF BEHAVIOR AND PAST AND PRESENT SOCIAL, POLITICAL, AND ECONOMIC ISSUES. | NONE | Students will: (1) Understand the supply and demand model and evaluate the behavior of consumers using basic social and behavioral principles, (2) Identify the determinants of supply by understanding the relationship between inputs used in production and the resulting outputs, (3) Discuss the concepts of marginal benefit and cost and marginal decision rule, (4) Analyze factors in production decisions and distribution of goods and services in a competitive market, and (5) Describe the market demand curve for labor and discuss the factors that cause its shift, including government intervention. | Example provided by BOG staff: INTRODUCTION TO THE THEORY OF PRICE DETERMINATION. HOW AN ECONOMY DECIDES WHAT TO PRODUCE, HOW TO PRODUCE, AND HOW TO DISTRIBUTE GOODS AND SERVICES. THIS COURSE AFFORDS STUDENTS AN UNDERSTANDING OF THE BASIC SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES USED IN THE ANALYSIS OF BEHAVIOR AND PAST AND PRESENT SOCIAL, POLITICAL, AND ECONOMIC ISSUES. | 6/22/1984 | | Economics |

| Code | Num | Title | Area | Notes | Review | Description (old) | Description (new) | SLOs (old) | SLOs (new) | Date | Statute | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EUH | 2011 | WESTERN CIVILIZATION: EARLY EUROPEAN CIVILIZATION | Humanities | The course seems more closely aligned with social science than humanities. | BOG staff will review again. History = social science whereas Humanities = art, music, philosophy | EXAMINES KEY DEVELOPMENTS OF EARLY EUROPEAN CIVILIZATIONS, FROM THE EARLIEST HISTORY THROUGH THE CLASSICAL PERIOD AND INCORPORATES THE WESTERN CANON AS AN OBJECT OF STUDY AS IT PERTAINS TO THIS REGION AND THE HISTORICAL PERIODS COVERED. | THIS COURSE CRITICALLY EXAMINES KEY DEVELOPMENTS OF EARLY EUROPEAN CULTURE, INCLUDING LITERATURE, ART, MUSIC, AND PHILOSOPHY, FROM THE EARLIEST HISTORY THROUGH THE CLASSICAL PERIOD. THIS COURSE INCORPORATES THE WESTERN CANON AS AN OBJECT OF STUDY AS IT PERTAINS TO THIS REGION AND THE HISTORICAL PERIODS COVERED. | GLOBAL ENGAGEMENT: 1.STUDENTS WILL BE ABLE TO DEMONSTRATE KNOWLEDGE OF THE INTERRELATEDNESS OF LOCAL, GLOBAL, INTERNATIONAL, AND INTERCULTURAL ISSUES, TRENDS, AND SYSTEMS. 2. STUDENTS WILL BE ABLE TO CONDUCT A MULTI-PERSPECTIVE ANALYSIS OF LOCAL, GLOBAL, INTERNATIONAL AND INTERCULTURAL PROBLEMS. 3. STUDENT WILL BE ABLE TO DEMONSTRATE WILLINGNESS TO ENGAGE IN LOCAL, GLOBAL, INTERNATIONAL, AND INTERCULTURAL PROBLEM SOLVING. COURSE LEARNING OUTCOMES: 1. ASSESS KEY EVENTS, CENTRAL THEMES, AND QUESTIONS PERTAINING TO THE ANCIENT MEDITERRANEAN WORLD. 2. GAIN EXPERIENCE READING AND ANALYZING WRITTEN ARGUMENTS BY ENGAGING WITH A VARIETY OF TYPES OF SOURCES. 3. LEARN AND APPLY THE TECHNIQUES OF WRITING AN ARGUMENTATIVE, THESIS-DRIVEN AND EVIDENCE-BASED PAPER (GRW). 4. CONSTRUCT AN EVIDENCE-BASED ARGUMENT DEMONSTRATING HOW LOCAL, REGIONAL, AND INTER-REGIONAL EVENTS SHAPED THE INTERACTIONS OF TWO OR MORE GROUPS IN THE ANCIENT WORLD, AND THE DEVELOPMENT OF THE ANCIENT WORLD. (GL – GLOBAL AWARENESS). 5. CONSTRUCT AN EVIDENCE-BASED ARGUMENT THAT INTEGRATES MULTIPLE PERSPECTIVES ON ISSUES RELATED TO THE ANCIENT WORLD. (GL - GLOBAL PERSPECTIVE). 6. CONSIDER DIFFERENT PERSPECTIVES ON A PROBLEM OR CONTROVERSY RELATED TO THE ANCIENT WORLD AND ATTEMPT TO REACH A RESOLUTION TO THIS PROBLEM (GL - GLOBAL ENGAGEMENT). 7. THINK CRITICALLY THROUGH THE MASTERING OF SUBJECTS CONCERNED WITH HUMAN CULTURE, ESPECIALLY LITERATURE, HISTORY, ART, MUSIC, AND PHILOSOPHY, (UCC) 8. INCORPORATE THE WESTERN CANON AS AN OBJECT OF STUDY AS IT PERTAINS TO THIS REGION AND THE HISTORICAL PERIODS COVERED. (UCC) | STUDENTS WILL: (1) DEMONSTRATE THE ABILITY TO THINK CRITICALLY THROUGH THE MASTERING OF SUBJECTS CONCERNED WITH HUMAN CULTURE IN EARLY EUROPE, (2) DEMONSTRATE KNOWLEDGE OF THE INTERRELATEDNESS OF LOCAL, GLOBAL, INTERNATIONAL, AND INTERCULTURAL ISSUES, TRENDS, AND SYSTEMS, (3) INCORPORATE SELECTIONS FROM THE WESTERN CANON INCLUDING LITERATURE, ART, MUSIC, AND/OR PHILOSOPHY AS AN OBJECT OF STUDY AS IT PERTAINS TO THIS REGION AND THE HISTORICAL PERIODS COVERED, AND (4) CONSTRUCT AN EVIDENCE-BASED ARGUMENT DEMONSTRATING HOW LOCAL, REGIONAL, AND INTER-REGIONAL EVENTS SHAPED THE CULTURE AND INTERACTIONS OF TWO OR MORE GROUPS IN THE PREMODERN ANCIENT WORLD AND THE DEVELOPMENT OF THE ANCIET WORLD. | 8/16/2024 | Florida Statute 1007.25 Humanities courses must afford students the ability to think critically through the mastering of subjects concerned with human culture, especially literature, history, art, music, and philosophy, and must include selections from the Western canon. Social science courses must afford students an understanding of the basic social and behavioral science concepts and principles used in the analysis of behavior and past and present social, political, and economic issues. | History |
| EUH | 2021 | WESTERN CIVILIZATION: MEDIEVAL TO MODERN EUROPE | Humanities | The course seems more closely aligned with social science than humanities. | BOG staff will review again. History = social science whereas Humanities = art, music, philosophy | EXAMINES KEY DEVELOPMENTS OF EUROPEAN CIVILIZATION, FROM THE MEDIEVAL THROUGH THE EARLY MODERN PERIODS AND INCORPORATES THE WESTERN CANON AS AN OBJECT OF STUDY AS IT PERTAINS TO THIS REGION AND PERIODS COVERED. | THIS COURSE CRITICALLY EXAMINES KEY DEVELOPMENTS OF EUROPEAN CULTURE, INCLUDING LITERATURE, ART, MUSIC, AND PHILOSOPHY, FROM THE MEDIEVAL THROUGH THE EARLY MODERN PERIODS. THIS COURSE INCORPORATES THE WESTERN CANON AS AN OBJECT OF STUDY AS IT PERTAINS TO THIS REGION AND PERIODS COVERED. | DURING THE SEMESTER WE STUDENTS WILL: 1. ASSESS KEY EVENTS, CENTRAL THEMES, AND QUESTIONS PERTAINING TO MEDIEVAL AND EARLY MODERN EUROPEAN HISTORY. 2. GAIN EXPERIENCE READING AND ANALYZING WRITTEN ARGUMENTS BY ENGAGING WITH A VARIETY OF TYPES OF SOURCES. 3. LEARN AND APPLY THE TECHNIQUES OF WRITING AN ARGUMENTATIVE, THESIS-DRIVEN AND EVIDENCE-BASED PAPER (GRW). 4. CONSTRUCT AN EVIDENCE-BASED ARGUMENT DEMONSTRATING HOW LOCAL, REGIONAL, AND INTER-REGIONAL EVENTS SHAPED THE INTERACTIONS OF TWO OR MORE GROUPS IN THE PREMODERN WORLD, AND THE DEVELOPMENT OF PREMODERN EUROPE. (GL – GLOBAL AWARENESS) 5. CONSTRUCT AN EVIDENCE-BASED ARGUMENT THAT INTEGRATES MULTIPLE PERSPECTIVES ON ISSUES RELATED TO PREMODERN EUROPE. (GL - GLOBAL PERSPECTIVE) 6. CONSIDER DIFFERENT PERSPECTIVES ON A PROBLEM OR CONTROVERSY RELATED TO PREMODERN EUROPE AND ATTEMPT TO REACH A RESOLUTION ABOUT IT. (GL - GLOBAL ENGAGEMENT) 7.THINK CRITICALLY THROUGH THE MASTERING OF SUBJECTS CONCERNED WITH HUMAN CULTURE, ESPECIALLY LITERATURE, HISTORY, ART, MUSIC, AND PHILOSOPHY. (UCC) 8. INCORPORATE THE WESTERN CANON AS AN OBJECT OF STUDY AS IT PERTAINS TO THIS REGION AND THE HISTORICAL PERIODS COVERED (UCC). MAJOR TOPICS: 1.ROME AND ITS RELICS 2. RELIGION AND COHESION 3. EMPERORS AND HEATHENS 4. VIKINGS! 5. MONKS, FRIARS, AND PEACE 6.LIFE IN A MEDIEVAL VILLAGE 7.CASTLES, KINGS, AND POPES 8.CRUSADE! 9. GOD AND GOODS 10. MEDIEVAL LAW AND LIFE 11.PLAGUE AND OTHER FUN THINGS 12.REBIRTH!? 13.THE WORLD IN THE LATE MEDIEVAL IMAGINATION 14.DID COLUMBUS DISCOVER AMERICA? 15. NEW DESIRES, NEW ORDER 16. RELIGIOUS AGITATION AND THE REFORMATION 17. CHANGING TIDES 18. RELIGIOUS CHANGE 19.RELIGIOUS VIOLENCE 20. DISCUSSION: FASHIONING KINGS HP 21.THE NATION'S ROLE IN THE STATE 22. BUILDING AN ABSOLUTIST MONARCHY 23. DISCUSSION: PAINTING NATION 24.SCIENTIFIC REVOLUTION 25. THINKING AND DRINKING (COFFEE, THAT IS!) 26.DISCUSSION: ENLIGHTENMENT, RIGHTS, AND … DADIES? 27.LISBON SHAKES 28. VIVE LA REVOLUTION 29. REVOLUTIONARY IDEAS 30. SINGING REVOLUTION 31. THE REVOLUTION STOPS SINGING 32. NAPOLEON'S LEGACY? 33.OVERVIEW OF 1400 YEARS | STUDENTS WILL: (1) DEMONSTRATE THE ABILITY TO THINK CRITICALLY THROUGH THE MASTERING OF SUBJECTS CONCERNED WITH HUMAN CULTURE FROM THE MEDIEVAL THROUGH EARLY MODERN EUROPE, (2) DEMONSTRATE KNOWLEDGE OF THE INTERRELATEDNESS OF LOCAL, GLOBAL, INTERNATIONAL, AND INTERCULTURAL ISSUES, TRENDS, AND SYSTEMS, (3) INCORPORATE SELECTIONS FROM THE WESTERN CANON INCLUDING LITERATURE, ART, MUSIC, AND/OR PHILOSOPHY AS AN OBJECT OF STUDY AS IT PERTAINS TO THIS REGION AND THE HISTORICAL PERIODS COVERED, AND (4) CONSTRUCT AN EVIDENCE-BASED ARGUMENT DEMONSTRATING HOW LOCAL, REGIONAL, AND INTER-REGIONAL EVENTS SHAPED THE CULTURE AND INTERACTIONS OF TWO OR MORE GROUPS IN THE PREMODERN WORLD AND THE DEVELOPMENT OF THE PREMODERN EUROPE. | 8/16/2024 | Florida Statute 1007.25 Humanities courses must afford students the ability to think critically through the mastering of subjects concerned with human culture, especially literature, history, art, music, and philosophy, and must include selections from the Western canon. Social science courses must afford students an understanding of the basic social and behavioral science concepts and principles used in the analysis of behavior and past and present social, political, and economic issues. | History |
| EUH | 2030 | WESTERN CIVILIZATION: EUROPE IN THE MODERN ERA | Humanities | The course seems more closely aligned with social science than humanities. | BOG staff will review again. History = social science whereas Humanities = art, music, philosophy | EXAMINES KEY DEVELOPMENTS OF EUROPEAN CIVILIZATIONS IN THE MODERN PERIOD AND INCORPORATES THE WESTERN CANON AS AN OBJECT OF STUDY AS IT PERTAINS TO THIS REGION AND THE HISTORICAL PERIOD. | THIS COURSE CRITICALLY EXAMINES KEY DEVELOPMENTS OF EUROPEAN CULTURE, INCLUDING LITERATURE, ART, MUSIC, AND PHILOSOPHY, IN THE MODERN PERIOD. THIS COURSE INCORPORATES THE WESTERN CANON AS AN OBJECT OF STUDY AS IT PERTAINS TO THIS REGION AND THE HISTORICAL PERIOD. | COURSE OBJECTIVES: 1. ASSESS KEY EVENTS, CENTRAL THEMES, AND QUESTIONS PERTAINING TO MODERN EUROPEAN HISTORY. 2. GAIN EXPERIENCE READING AND ANALYZING WRITTEN ARGUMENTS BY ENGAGING WITH A VARIETY OF TYPES OF SOURCES. 3. LEARN AND APPLY THE TECHNIQUES OF WRITING AN ARGUMENTATIVE, THESIS-DRIVEN AND EVIDENCE-BASED PAPER. (GRW). 4. STUDENTS WILL BE ABLE TO CONSTRUCT AN EVIDENCE-BASED ARGUMENT DEMONSTRATING HOW LOCAL, REGIONAL, AND INTER-REGIONAL EVENTS SHAPED THE INTERACTIONS OF TWO OR MORE GROUPS IN THE MODERN WORLD, AND THE DEVELOPMENT OF MODERN EUROPE SINCE 1648 TO THE PRESENT (GL – GLOBAL AWARENESS). 5. STUDENTS WILL BE ABLE TO CONSTRUCT AN EVIDENCE -BASED ARGUMENT THAT INTEGRATES MULTIPLE PERSPECTIVES ON ISSUES RELATED TO MODERN EUROPE. (GL - GLOBAL PERSPECTIVE). 6. STUDENTS WILL BE ABLE TO CONSIDER DIFFERENT PERSPECTIVES ON A PROBLEM OR CONTROVERSY RELATED TO MODERN EUROPE AND ATTEMPT TO REACH A RESOLUTION ABOUT IT. (GL - GLOBAL ENGAGEMENT). 7. THINK CRITICALLY THROUGH THE MASTERING OF SUBJECTS CONCERNED WITH HUMAN CULTURE, ESPECIALLY LITERATURE, HISTORY, ART, MUSIC, AND PHILOSOPHY. (UCC). 8. INCORPORATE THE WESTERN CANON AS AN OBJECT OF STUDY AS IT PERTAINS TO THIS REGION AND THE PERIOD (UCC). MAJOR TOPICS: 1. THE AGE OF ABSOLUTISM 2. THE ATLANTIC SYSTEM 3. THE AGE OF ENLIGHTENMENT 4. THE FRENCH REVOLUTION 5. THE NAPOLEONIC ERA 6. THE INDUSTRIAL REVOLUTION 7. ITALY AND GERMANY UNIFICATIONS 8. ORIGINS OF WW1 9. THE RUSSIAN REVOLUTION 10. FASCISM 11. NUCLEAR AGE 12. THE END OF THE COLD WAR 13.EUROPEAN INTEGRATION | STUDENTS WILL: (1) DEMONSTRATE THE ABILITY TO THINK CRITICALLY THROUGH THE MASTERING OF SUBJECTS CONCERNED WITH HUMAN CULTURE IN MODERN EUROPE, (2) DEMONSTRATE KNOWLEDGE OF THE INTERRELATEDNESS OF LOCAL, GLOBAL, INTERNATIONAL, AND INTERCULTURAL ISSUES, TRENDS, AND SYSTEMS, (3) INCORPORATE SELECTIONS FROM THE WESTERN CANON INCLUDING LITERATURE, ART, MUSIC, AND/OR PHILOSOPHY AS AN OBJECT OF STUDY AS IT PERTAINS TO THIS REGION AND THE HISTORICAL PERIODS COVERED, AND (4) CONSTRUCT AN EVIDENCE-BASED ARGUMENT DEMONSTRATING HOW LOCAL, REGIONAL, AND INTER-REGIONAL EVENTS SHAPED THE CULTURE AND INTERACTIONS OF TWO OR MORE GROUPS IN THE MODERN WORLD AND THE DEVELOPMENT OF MODERN EUROPE SINCE 1648 TO THE PRESENT. | 8/16/2024 | Florida Statute 1007.25 Humanities courses must afford students the ability to think critically through the mastering of subjects concerned with human culture, especially literature, history, art, music, and philosophy, and must include selections from the Western canon. Social science courses must afford students an understanding of the basic social and behavioral science concepts and principles used in the analysis of behavior and past and present social, political, and economic issues. | History |
| GEA | 2000 | WORLD REGIONAL GEOGRAPHY | Social Science | Missing SLOs but otherwise No Concerns | BOG staff will review again; potential timing issue of revisions reflected in SCNS | THIS IS AN INTRODUCTORY GEOGRAPHY COURSE THAT STUDIES PEOPLE AND THEIR RELATIONSHIPS WITH THE ENVIRONMENT, WITH SPECIAL EMPHASIS ON HISTORICAL AND CURRENT GLOBALIZATION PROCESSES. THE COURSE SURVEYS MAJOR REGIONS OF THE WORLD, STUDIES HISTORICAL AND CONTEMPORARY ISSUES THAT PERTAIN TO EACH REGION AND INVESTIGATES CONCEPTUAL THEMES THAT TRANSCEND REGIONAL BOUNDARIES. | | AT THE END OF THIS COURSE STUDENTS WILL BE ABLE TO: 1. DEMONSTRATE A FOUNDATIONAL KNOWLEDGE OF THE WORLD'S HUMAN AND PHYSICAL GEOGRAPHIC FEATURES, ORGANIZATIONS, AND PROCESSES (SUCH AS TRADE, ECONOMICS, ENVIRONMENT, AND MIGRATION). 2. IDENTIFY, DIFFERENTIATE BETWEEN, AND APPLY MULTIPLE PERSPECTIVES (INCLUDING PHYSICAL SCIENCE, SOCIAL SCIENCE, AND POPULAR PERSPECTIVES) TO CRITICALLY EXAMINE KEY GEOGRAPHIC ISSUES. 3. ENGAGE IN ACTIONS THAT IMPACT LOCAL AND GLOBAL PROCESSES, BY COMING TO UNDERSTAND THEIR CONNECTIONS TO THESE PROCESSES (ESPECIALLY VIA THEIR LOCATION IN MIAMI). 4. DEVELOP AND IMPROVE STUDENTS' MAP-BASED KNOWLEDGE OF KEY LOCATIONS IN WORLD REGIONS; ABILITY TO COMMUNICATE THROUGH ACADEMIC WRITING; AND, THINK CRITICALLY ABOUT THE WORLD. | AT THE END OF THIS COURSE STUDENTS WILL BE ABLE TO: 1. DEMONSTRATE A FOUNDATIONAL KNOWLEDGE OF THE WORLD'S HUMAN AND PHYSICAL GEOGRAPHIC FEATURES, ORGANIZATIONS, AND PROCESSES (SUCH AS TRADE, ECONOMICS, ENVIRONMENT, AND MIGRATION). 2. IDENTIFY, DIFFERENTIATE BETWEEN, AND APPLY SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS TO CRITICALLY EXAMINE KEY GEOGRAPHIC ISSUES. 3. ENGAGE IN ACTIONS THAT IMPACT LOCAL AND GLOBAL PROCESSES, BY COMING TO UNDERSTAND THEIR CONNECTIONS TO THESE PROCESSES. 4. DEVELOP AND IMPROVE STUDENTS' MAP-BASED KNOWLEDGE OF KEY LOCATIONS IN WORLD REGIONS; ABILITY TO COMMUNICATE THROUGH ACADEMIC WRITING; AND, THINK CRITICALLY ABOUT THE WORLD. | 8/26/2024 | | GSS |
| IDS | 3214 | OUR COASTAL ENVIRONMENT FROM THE BAY TO THE WORLD | Natural Science | Based on the student learning outcomes provided, it does not meet the definition of a natural science. | Revise to tie to scientific method, etc. Course was not flagged as updated by the institution NOTE: FIU only institution offering this course - last offered Fall 2017 No syllabus in Simple Syllabus | NATURAL SCIENCE PRINCIPLES APPLIED TO THE WORLD'S COASTAL AND MARINE ENVIRONMENTS, WITH EMPHASIS ON HUMAN USE OF AND INTERACTION WITH THOSE ENVIRONMENTS, USING CASES FROM FLORIDA AND AROUND THE GLOBE. | THIS COURSE EXAMINS NATURAL SCIENCE PRINCIPLES APPLIED TO THE WORLD'S COASTAL AND MARINE ENVIRONMENTS, WITH EMPHASIS ON USING THE SCIENTIFIC METHOD AND MODEL CONSTRUCTION TO EXPLAIN HUMAN USE OF, AND INTERACTION WITH, THOSE ENVIRONMENTS. | GLOBAL INITIATIVES LEARNING COURSE GOALS & OUTCOMES GLOBAL AWARENESS STUDENTS WILL BE ABLE TO INTERPRET CURRENT GLOBAL PHYSICAL AND HUMAN DYNAMICS OF THE OCEANS AND COASTS IN THE CONTEXT OF INTERRELATED SOCIOLOGICAL, BIOLOGICAL, AND ENVIRONMENTAL CHANGES. GLOBAL PERSPECTIVE STUDENTS WILL BE ABLE TO ASSEMBLE A CROSS DISCIPLINARY AND MULTI-PERSPECTIVE ANALYSIS OF IDEAS ABOUT THE INTERRELATIONSHIP BETWEEN HUMANS, OCEANS, AND COASTS. GLOBAL ENGAGEMENT STUDENTS WILL BE ABLE TO ANALYZE AND CRITIQUE THE RELATIONSHIP BETWEEN THE ENVIRONMENT AND DIFFERENT CULTURES AND SOCIETIES WITH PARTICULAR REFERENCE TO THE COASTAL AND MARINE ENVIRONMENT. | Upon completing this course, students will be able to: (1) Identify the composition and structure of coastal and marine environments, (2) Use the scientific method to explain the natural experiences and phenomena of coastal and marine environments, and (3) Critically evaluate the dependence and impact of humans on coastal and marine environments. | 3/17/2022 | Florida Statute 1007.25 Natural science courses must afford students the ability to critically examine and evaluate the principles of the scientific method, model construction, and use the scientific method to explain natural experiences and phenomena. | GSS |
| IDS | 3315 | GAINING GLOBAL PERSPECTIVES | Social Science | Confirm alignment with 1007.25 and 1007.55 | Revise description to include langague about social and behavioral principles (use langague from statute) NOTE: Only FIU offers this in gen ed | PROJECT-BASED INTRODUCTION TO THE INTERDISCIPLINARY FIELD OF GLOBAL STUDIES, EMPHASIZING HOW SOCIAL RESEARCH AND CAREERS CONTRIBUTE TO GREATER UNDERSTANDING OF GLOBAL PROCESSES. | INTRODUCTION TO THE INTERDISCIPLINARY FIELD OF GLOBAL STUDIES, EMPHASIZING SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES TO GAIN A GREATER UNDERSTANDING OF GLOBAL SOCIAL, POLITICAL, AND ECONOMIC PROCESSES. | GAINING GLOBAL PERSPECTIVES IS A COURSE THAT SERVES AS BOTH 1) AN INTRODUCTION TO THE FIELD OF GLOBAL STUDIES AND 2) A CHANCE FOR STUDENTS TO UTILIZE THE METHODS, TOOLS AND STRATEGIES GLOBAL STUDIES RESEARCHERS USE TO GAIN PERSPECTIVE ON THE GLOBAL PROCESSES THAT ARE SHAPING OUR CITY, COUNTRY, AND WORLD. NOT ONLY DOES THIS COURSE PREPARE STUDENTS TO BECOME CIVICALLY MINDED, INFORMED CITIZENS CAPABLE OF UNDERSTANDING THAT MOST GLOBAL ISSUES CAN BE APPROACHED FROM A VARIETY OF PERSPECTIVES, BUT IT HELPS THEM EXPLORE THE POSSIBILITY OF MEANINGFUL CAREERS THAT IMPACT THOSE PROCESSES. THE COURSE SATISFIES THE FOLLOWING UNIVERSITY CORE CURRICULUM REQUIREMENT FOR SOCIAL SCIENCE GROUP TWO. • STUDENTS WILL DEMONSTRATE THE ABILITY TO EXAMINE BEHAVIORAL, SOCIAL, AND CULTURAL ISSUES FROM A VARIETY OF POINTS OF VIEW. • STUDENTS WILL DEMONSTRATE AN UNDERSTANDING OF BASIC SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES USED IN THE ANALYSIS OF BEHAVIORAL, SOCIAL, AND CULTURAL ISSUES, PAST AND PRESENT, LOCAL, AND GLOBAL. • ACHIEVEMENT OF THESE GOALS IS SUPPORTED BY THE FOLLOWING LEARNING OUTCOMES FOR THE COURSE: • UNDERSTAND THE HISTORY, RATIONALS FOR THE CREATION, AND RESEARCH PRIORITIES OF THE FIELD OF GLOBAL STUDIES • EXPLAIN THE IMPORTANCE OF APPLYING MULTIPLE PERSPECTIVES FOR UNDERSTANDING LOCAL AND GLOBAL CONNECTIONS, ESPECIALLY THOSE CONNECTIONS THAT MOST DIRECTLY INVOLVE THE STUDENTS THEMSELVES AND THOSE AROUND THEM. • DEMONSTRATE THE ABILITY TO ARTICULATE HOW THE SAME GLOBAL PROCESS CAN HAVE DIFFERENT IMPACTS IN DIFFERENT PLACES, BECAUSE OF THE PRESENCE OF DISTINCT LOCAL CONTEXTUAL FACTORS. • ARTICULATE HOW THOSE WHO PURSUE GLOBAL STUDIES CONTRIBUTE TO RESEARCH, POLICY DEVELOPMENT, AND EDUCATION. • DEMONSTRATE A BASIC APTITUDE IN GLOBAL STUDIES RESEARCH METHODS, INTERPRETATIONS, AND ETHICAL IMPLICATIONS. • APPRAISE VARIOUS GLOBAL STUDIES CAREERS | STUDENTS WILL: (1) DEMONSTRATE AN UNDERSTANDING OF BASIC SOCIAL AND BEHAVIORAL CONCEPTS AND PRINCIPLES USED IN THE ANALYSIS OF BEHAVIORAL, SOCIAL, AND CULTURAL ISSUES, PAST PRESENT, LOCAL AND GLOBAL. (2) EXPLAIN THE RESEARCH PRIORITIES AND METHODOLOGIES USED TO EXAMEN AND UNDERSTAND LOCAL AND GLOBAL CONNECTIONS. (3) ARTICULATE HOW THOSE ENGAGED IN GLOBAL STUDIES CONTRIBUTE TO RESEARCH, POLICY DEVELOPMENT, AND EDUCATION RELATED TO SOCIAL, POLITICAL, AND ECONOMIC ISSUES. | 8/27/2024 | Florida Statute 1007.55 …informed citizen through participation in rigorous general education courses that promote and preserve the constitutional republic through traditional, historically accurate, and high-quality coursework. General education courses should provide broad foundational knowledge to help students develop intellectual skills and habits that allow them to become more effective and lifelong learners. Courses with a curriculum based on unproven, speculative, or exploratory content are best suited as elective or specific program prerequisite credit, not general education credit." Florida Statute 1007.55 Social science courses must afford students an understanding of the basic social and behavioral science concepts and principles used in the analysis of behavior and past and present social, political, and economic issues. | GSS |

| Code | Number | Title | Area | Status/Notes | Revision Notes | Current Description | Proposed Description | Learning Outcomes | Proposed Outcomes | Date | Statute Reference | Category | Links | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IDS | 3214L | OUR COASTAL ENVIRONMENT FROM THE BAY TO THE WORLD LAB | Natural Science | Based on the student learning outcomes provided, it does not meet the definition of a natural science. | Revise to reflect scientific method, model construction, etc. in course description. Course was not flagged as updated by the institution. NOTE: FIU only institution offering this course - last offered Fall 2017. No syllabus in Simple Syllabus | NATURAL SCIENCE PRINCIPLES APPLIED TO THE WORLD'S COASTAL AND MARINE ENVIRONMENTS, WITH EMPHASIS ON HUMAN USE OF AND INTERACTION WITH THOSE ENVIRONMENTS, USING CASES FROM FLORIDA AND AROUND THE GLOBE. | THIS LABORATORY COURSE USES SCIENTIFIC METHODS OF BIOLOGY, CHEMISTRY, EARTH SCIENCES, AND SOCIAL SCIENCES TO EXAMEN AND EXPLAIN CHANGES IN COASTAL AND MARINE ENVIRONMENTS. | THE OBJECTIVES OF THIS LAB ARE THE SAME AS THE LECTURE COURSE, BUT IT ALSO OFFERS STUDENTS HANDS-ON EXPERIENCE WITH MANY OF THE TOPICS THAT ARE COVERED IN THE LECTURE AND THE OPPORTUNITY TO SEE SOME OF THE DYNAMICS OF THE OCEANS AND COASTS AND HUMAN INTERACTIONS WITH THEM IN THE FIELD. STUDENTS WILL BE ABLE TO ANALYZE AND CRITIQUE CASE STUDIES USING THE SCIENTIFIC METHODS OF BIOLOGY, CHEMISTRY, EARTH SCIENCE, AND THE SOCIAL SCIENCES, FOCUSED ON COASTAL AND MARINE ENVIRONMENTS. THIS COURSE WILL ALSO PROVIDE STUDENTS THE KNOWLEDGE AND QUANTITATIVE/ANALYTICAL SKILLS TO INTERPRET GLOBAL DYNAMICS OF BIOLOGICAL AND ENVIRONMENTAL CHANGES IN COASTAL AND MARINE SETTINGS. THESE COMPETENCIES WILL BE ASSESSED BY EMBEDDED QUESTIONS IN THE LAB FINAL EXAM. MAJOR TOPICS: 1. MAPPING AND REMOTE SENSING OF THE OCEANS AND COASTS 2. COMPOSITION OF SEAWATER AND OCEAN ACIDIFICATION 3. OCEAN CIRCULATION, UPWELLING, AND ENVIRONMENTAL CHANGE 4. OCEAN PRODUCTIVITY AND FISHERIES 5. COASTAL GEOMORPHOLOGY 6. FIELD TRIP: BISCAYNE BAY 7. FISHERIES MANAGEMENT 8. HURRICANES AND COASTAL DEVELOPMENT 9. FIELD TRIP: NATIONAL HURRICANE CENTER 10. FIELD TRIP: COASTAL ECOSYSTEM RESTORATION 11. SEA LEVEL RISE AND SOUTH FLORIDA 12. CLIMATE CHANGE MODELS | STUDENTS WILL BE ABLE TO: 1. EXPLAIN METHODS THAT SCIENTISTS USE TO INVESTIGATE COASTAL AND MARINE ENVIRONMENTS. 2. APPLY PRINCIPLES OF THE SCIENTIFIC METHOD AND MODEL CONSTRUCTION TO CLASSIFY, MODEL, AND PREDICT PROCESSES AND PHENOMENA IN THE COASTAL AND MARINE ENVIRONMENTS. 3. ANALYZE AND INTERPRET SCIENTIFIC GRAPHICS (SUCH AS GRAPHS, MAPS) TO DESCRIBE GLOBAL DYNAMICS OF BIOLOGICAL AND ENVIRONMENTAL CHANGES IN COASTAL AND MARINE SETTINGS. | 3/17/2022 | Florida Statute 1007.25 Natural science courses must afford students the ability to critically examine and evaluate the principles of the scientific method, model construction, and use the scientific method to explain natural experiences and phenomena. | GSS | | | |
| INR | 2001 | Introduction to International Relations | Social Science | Confirm Alignment with 1007.25 - Social Science Course description vague | Revise course description to include language from statute | INTRODUCTION TO THE INTERACTIONS AMONG INTERNATIONAL ACTORS: STATES, INTERNATIONAL ORGANIZATIONS, AND TRANSNATIONAL GROUPS. CONCEPTS SUCH AS POWER AND NATIONAL INTEREST WILL BE INTRODUCED. | CONCEPTS AND ANALYTICAL TOOLS APPLIED TO INTERACTIONS AMONG INTERNATIONAL ACTORS: STATES, INTERNATIONAL ORGANIZATIONS, AND TRANSNATIONAL GROUPS. SOCIAL AND BEHAVIORAL SCIENCE PRINCIPLES ARE USED TO ANALYZE CONCEPTS SUCH AS POWER AND NATIONAL INTEREST IN RELATION TO SOCIAL, POLITICAL, AND ECONOMIC ISSUES. | IDENTIFY THE ACTORS OF THE INTERNATIONAL SYSTEM INCLUDING STATES, INTERNATIONAL ORGANIZATIONS, AND TRANSNATIONAL GROUPS. - EXAMINE IMPORTANT THEMES, CONCEPTS, AND THEORIES OF INTERNATIONAL RELATIONS. - ANALYZE THE ROLE KEY HISTORICAL EVENTS PLAYED IN THE DEVELOPMENT OF THE INTERNATIONAL SYSTEM. - DISCUSS THE INTERACTION AMONG INTERNATIONAL ACTORS IN RELATION TO THEORIES OF FOREIGN POLICY AND INTERNATIONAL RELATIONS. | STUDENTS WILL BE ABLE TO: (1) IDENTIFY THE ACTORS OF THE INTERNATIONAL SYSTEM INCLUDING STATES, INTERNATIONAL ORGANIZATIONS, AND TRANSNATIONAL GROUPS. (2) USE BASIC SOCIAL AND BEHAVIORAL SCIENCE PRINICIPLES TO EXAMINE IMPORTANT THEMES, CONCEPTS, AND THEORIES OF INTERNATIONAL RELATIONS. (3) ANALYZE THE ROLE KEY HISTORICAL EVENTS PLAYED IN THE DEVELOPMENT OF THE INTERNATIONAL SYSTEM. (4) DISCUSS THE INTERACTION AMONG INTERNATIONAL ACTORS IN RELATION TO THEORIES OF FOREIGN POLICY AND INTERNATIONAL RELATIONS RELATED TO SOCIAL, POLITICAL, AND ECONOMIC ISSUES. | 8/27/2024 | Example from BOG staff: CONCEPTS AND ANALYTICAL TOOLS APPLIED TO EVENTS SUCH AS POLITICS AMONG NATIONS, CONTROL OF FOREIGN POLICIES, TYPES OF ACTORS, WAR AND PEACE. THIS COURSE AFFORDS STUDENTS AN UNDERSTANDING OF THE BASIC SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES USED IN THE ANALYSIS OF BEHAVIOR AND PAST AND PRESENT SOCIAL, POLITICAL, AND ECONOMIC ISSUES. | Politics & Inter Relations | | | |
| INR | 3081 | CONTEMPORARY INTERNATIONAL PROBLEMS | Social Science | Enhance course description | Revise course description - topics can not vary by instructor; vague course description - need to include topics that align with statute (look at social science social, economic…). NOTE: Only FIU offers this course as gen ed | EXAMINES SELECTED WORLD AND REGIONAL ISSUES AND PROBLEMS. TOPICS VARY ACCORDING TO THE INSTRUCTOR. | THIS COURSE EXAMENS CONTEMPORARY INTERNATIONAL AND NATIONAL SECURITY ISSUES USING SOCIAL AND BEHAVIORAL SCIENCES PRINCIPLES TO ANALYZE BEHAVIOR, PAST AND PRESENT. | EXAMINE A CURRENT ISSUE OR PROBLEM THAT IS IMPACTING THE INTERNATIONAL SYSTEM OR A PARTICULAR REGION OF THE WORLD. - ANALYZE THE ISSUE OR PROBLEM FROM A VARIETY OF PERSPECTIVES AND APPROACHES TO INTERNATIONAL RELATIONS. - DISCUSS THE ROLE INTERNATIONAL ACTORS HAVE PLAYED BOTH HISTORICALLY AND CURRENTLY WITH REGARDS TO THIS ISSUE OR PROBLEM. | STUDENTS WILL: (1) DEMONSTRATE AN UNDERSTANDING OF BASIC SOCIAL AND BEHAVIORAL CONCEPTS AND PRINCIPLES USED IN THE ANALYSIS OF INTERNATIONAL AND NATIONAL SECURITY ISSUES, PAST AND PRESENT. (2) CRITICALLY APPLY THEORIES IN THE EXAMINATION AND EVALUATION OF INTERNATIONAL SOCIAL, POLITICAL, AND ECONOMIC ISSUES. (3) ANALYZE THE ROLE KEY HISTORICAL EVENTS PLAYED IN THE DEVELOPMENT OF OF CONTEMPORARY INTERNATIONAL ISSUES. | 8/27/2024 | Florida Statute 1007.25 Social science courses must afford students an understanding of the basic social and behavioral science concepts and principles used in the analysis of behavior and past and present social, political, and economic issues. | Politics & Inter Relations | https://fiu.simplesyllabus.com/en-US/doc/b6lf9zfyp/Fall-Term-2024-INR-3081-RVAA-?mode=view | https://fiu.simplesyllabus.com/en-US/doc/be40l74xf/Fall-Term-2024-INR-3081-RVBB-?mode=view | |
| LBS | 3001 | Labor and Globalization | Social Science | Confirm alignment with 1007.25 and 1007.55 | Too focused on struggles/challenges of those in low wage jobs; revise using language in statute. NOTE: Only FIU offers this course | STUDENTS WILL EXAMINE THE CHALLENGES AND STRUGGLES WORKING PEOPLE FACE IN THE UNITED STATES, SUCH AS THE PREVALENCE OF LOW-WAGE JOBS, THE PIVOTAL ROLE OF UNIONS, AND THE PROFOUND IMPACT OF IMMIGRATION AND GLOBALIZATION ON LABOR MARKETS. | THIS COURSE EXAMENES THE CHALLENGES OF WORKING PEOPLE USING SOCIAL AND BEHAVIORAL SCIENCES CONCEPTS AND PRINCIPLES AND THE IMPACT OF SOCIAL, POLITICAL, AND ECONOMIC ISSUES ON LOCAL AND GLOBAL LABOR MARKETS. | BY THE END OF THE COURSE, STUDENTS WILL BE ABLE TO: 1. ANALYZE CONTEMPORARY SOCIAL JUSTICE ISSUES IN THE U.S. AND ABROAD AND SUGGEST SOLUTIONS. 2. EXAMINE THE IMPACT OF LARGE RETAILERS AND OTHER CONSUMER-ORIENTED INDUSTRIES IN DETERMINING HISTORICAL AND CURRENT CONDITIONS IN THE WORKPLACE. 3. DISCUSS THE IMPACT AND IMPLICATIONS OF GLOBALIZATION IN THE U.S. AND ABROAD. 4. RECOGNIZE AND ANALYZE THE DIFFERENT TYPES AND ROLES OF UNIONS IN THE WORKPLACE. MAJOR TOPICS: 1. AMERICAN WORKING LIFE: THE OLD ECONOMY AND INDUSTRIALISM 2. INCOME AND SOCIAL MOBILITY 3. POWER DYNAMICS, THE NEW ECONOMY AND THE FUTURE OF WORK 4. THE ROLE AND FUNCTION OF UNIONS 5. WORK AND FAMILY 6. UNIONS AND COLLECTIVE BARGAINING TODAY 7. IMMIGRATION OLD AND NEW 8. GLOBAL LABOR MARKETS. 9. WHAT MAKES A JOB GOOD OR BAD? 10. THE FUTURE OF AMERICAN LABOR | BY THE END OF THE COURSE, STUDENTS WILL BE ABLE TO: 1. ANALYZE CONTEMPORARY LABOR MARKET ISSUES IN THE U.S. AND ABROAD USING SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS. 2. EXAMINE THE IMPACT OF LARGE RETAILERS AND OTHER CONSUMER-ORIENTED INDUSTRIES IN DETERMINING HISTORICAL AND CURRENT CONDITIONS IN THE WORKPLACE. 3. ANALYZE THE IMPACT AND IMPLICATIONS OF GLOBALIZATION ON WORKING PEOPLE IN THE U.S. AND ABROAD. 4. RECOGNIZE AND ANALYZE THE DIFFERENT TYPES AND ROLES OF UNIONS IN THE WORKPLACE. | 8/27/2024 | Florida Statute 1007.55 …informed citizen through participation in rigorous general education courses that promote and preserve the constitutional republic through traditional, historically accurate, and high-quality coursework. General education courses should provide broad foundational knowledge to help students develop intellectual skills and habits that enable them to become more effective and lifelong learners. Courses with a curriculum based on unproven, speculative, or exploratory content are best suited as elective or specific program prerequisite credit, not general education credit." Florida Statute 1007.25 Social science courses must afford students an understanding of the basic social and behavioral science concepts and principles used in the analysis of behavior and past and present social, political, and economic issues. | Labor Studies - Judith Bern Interdisciplinary SIPA- Carleen Vincent | | | |
| POT | 3013 | ANCIENT AND MEDIEVAL POLITICAL THEORY | Humanities | Confirm Alignment with 1007.55 - Broad Foundational Knowledge | BOG staff will review again; potential timing issue of revisions reflected in SCNS. Consider removing? NOTE: UF removing it from gen ed; others offer but NOT as gen ed (FAU, USF, UWF) | A STUDY OF THE MAJOR POLITICAL PHILOSOPHERS OF THE ANCIENT AND MEDIEVAL PERIODS. PRIMARY EMPHASIS IS GIVEN TO THE ANCIENT GREEK PHILOSOPHERS. THE DEVELOPMENT OF POLITICAL THEORY AS A TRADITION IS EXAMINED. MATERIALS WILL INCLUDE SELECTIONS FROM THE WESTERN CANON. WRITTEN WORK MEETS STATE COMPOSITION REQUIREMENT. | A STUDY OF THE MAJOR POLITICAL PHILOSOPHERS OF THE ANCIENT AND MEDIEVAL PERIODS. PRIMARY EMPHASIS IS GIVEN TO THE ANCIENT GREEK PHILOSOPHERS. THE DEVELOPMENT OF POLITICAL THEORY AS A TRADITION IS EXAMINED. MATERIALS WILL INCLUDE SELECTIONS FROM THE WESTERN CANON. | LEARNING OUTCOMES: - EXAMINE THE TEXTS OF POLITICAL PHILOSOPHERS OF THE ANCIENT AND MEDIEVAL PERIODS. - IDENTIFY KEY FIGURES, DEBATES, AND THEMES IN ANCIENT AND MEDIEVAL POLITICAL THOUGHT. - ASSESS THE IMPACTS OF THESE CLASSIC TEXTS ON THE DEVELOPMENT OF CONTEMPORARY POLITICAL SYSTEMS AND POLITICAL PHILOSOPHIES. | STUDENTS WILL: (1). DEMONSTRATE THE ABILITY TO EXAMINE THE TEXTS OF POLITICAL PHILOSOPHERS OF THE ANCIENT AND MEDIEVAL PERIODS RELATIVE TO POLITICAL THEORY. (2). IDENTIFY KEY FIGURES, DEBATES, AND THEMES IN ANCIENT AND MEDIEVAL POLITICAL THOUGHT AND ITS IMPACT ON HUMAN CULTURE. (3). ASSESS THE IMPACTS OF THESE CLASSIC TEXTS ON THE DEVELOPMENT OF CONTEMPORARY POLITICAL SYSTEMS AND POLITICAL PHILOSOPHIES. | 8/20/2024 | Florida Statute 1007.55 …informed citizen through participation in rigorous general education courses that promote and preserve the constitutional republic through traditional, historically accurate, and high-quality coursework. General education courses should provide broad foundational knowledge to help students develop intellectual skills and habits that enable them to become more effective and lifelong learners. Courses with a curriculum based on unproven, speculative, or exploratory content are best suited as elective or specific program prerequisite credit, not general education credit." | Politics & Inter Relations | | | |
| POT | 3302 | POLITICAL IDEOLOGIES | Social Science | Confirm Alignment with 1007.55 - Broad Foundational Knowledge | Revise to reflect proven theory, etc. and ideologies examined using basic social and behavioral concepts and principles (s. 1007.25); Remove reference to variety of viewpoints. NOTE: FIU only one offering as gen ed | AN ANALYSIS OF THE DEVELOPMENT OF MODERN POLITICAL IDEOLOGIES SINCE THE EIGHTEENTH CENTURY. | ANALYSIS OF POLITICAL IDEOLOGIES SINCE THE EIGHTEENTH CENTURY USING BASIC SOCIAL AND BEHAVIORAL CONCEPTS AND PRINICPLES | - ANALYZE AND DISCUSS THE DEVELOPMENT OF INFLUENTIAL TRADITIONS OF POLITICAL THOUGHT SINCE THE EIGHTEENTH CENTURY. - IDENTIFY AND DISTINGUISH KEY CONCEPTS FOUND IN MAJOR TRADITIONS OF POLITICAL THOUGHT OVER THE PAST THREE CENTURIES. - EXAMINE POLITICAL, SOCIAL, AND CULTURAL ISSUES FROM A VARIETY OF IDEOLOGICAL VIEWPOINTS. | STUDENTS WILL: (1). DISTINGUISH AMONG POLITICAL IDEOLOGIES USING BASIC SOCIAL AND BEHAVIORAL CONCEPTS AND PRINCIPLES, INCLUDING ASPECTS THAT LEAD TO CONFLICT AND COOPERATION. (2). IDENTIFY HISTORICAL SOURCES CONTRIBUTING TO THE EVOLUTION OF DIFFERENT IDEA SYSTEMS, INCLUDING DIFFERENCES AND SIMILARITIES BETWEEN THEM. (3) EXAMINE SOCIAL, POLITICAL, AND ECONOMIC ISSUES, PAST AND PRESENT. | 8/27/2024 | Florida Statute 1007.55 …informed citizen through participation in rigorous general education courses that promote and preserve the constitutional republic through traditional, historically accurate, and high-quality coursework. General education courses should provide broad foundational knowledge to help students develop intellectual skills and habits that enable them to become more effective and lifelong learners. Courses with a curriculum based on unproven, speculative, or exploratory content are best suited as elective or specific program prerequisite credit, not general education credit." | Politics & Inter Relations | https://fiu.simplesyllabus.com/en-US/doc/zthwrg737g/Fall-Term-2024-POT-3302-RVBB-?mode=view | https://fiu.simplesyllabus.com/en-US/doc/sm0hik6ig/Fall-Term-2024-POT-3302-RVC-?mode=view | |
| REL | 3308 | STUDIES IN WORLD RELIGIONS | Social Science | Confirm Alignment with 1007.55 - Broad Foundational Knowledge | Review USF course. NOTE: FIU only one offering as gen ed | EXAMINES THE ORIGINS, TEACHINGS, AND PRACTICES OF SELECTED WORLD RELIGIONS, INCLUDING THE EASTERN AND WESTERN TRADITIONS. | THIS COURSE IS AN INTRODUCTION TO THE WORLD'S MAJOR RELIGIONS. STUDENTS ARE EXPOSED TO HISTORY, PRIMARY BELIEFS, LEADERS, AND OTHER INFORMATION GERMANE TO UNDERSTANDING EACH RELIGION. THIS COURSE AFFORDS STUDENTS AN UNDERSTANDING OF THE BASIC SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES USED IN THE ANALYSIS OF BEHAVIOR AND PAST AND PRESENT SOCIAL, POLITICAL, AND ECONOMIC ISSUES. | INSTRUCTIONAL OBJECTIVES: STUDENTS WILL BE ABLE TO: 1. IDENTIFY THE ROLE THAT RELIGION PLAYS IN CULTURES AND SOCIETIES AROUND THE WORLD. 2. DESCRIBE THE BELIEF SYSTEMS AND WORLDVIEWS OF THE FAITH TRADITIONS STUDIED. 3. EXPLAIN THE HISTORICAL AND GEOGRAPHICAL DIMENSIONS OF THE DEVELOPMENT OF RELIGIONS FROM ANCIENT TO CONTEMPORARY TIMES. 4. CRITICALLY ENGAGE THE ISSUE OF RELIGIOUS DIVERSITY AND DIALOGUE IN BOTH NATIONAL AND INTERNATIONAL CONTEXTS. 5. EVALUATE THE ROLE OF RELIGION AS A TRANSFORMATIONAL FORCE FOR THE INDIVIDUAL AS WELL AS FOR SOCIETY AND AS A PLATFORM THAT CAN INCREASE CIVIC ENGAGEMENT AND GLOBAL AWARENESS. GLOBAL LEARNING OBJECTIVES: AS A GLOBAL LEARNING COURSE, STUDENTS WILL BE EXPECTED TO MEET THE FOLLOWING OBJECTIVES THROUGH TEXT READINGS, ASSIGNMENTS, AND CLASS DISCUSSIONS: 1. STUDENTS WILL BE ABLE TO ANALYZE TOPICS IN THE FIELD OF RELIGIOUS STUDIES FROM MULTIPLE PERSPECTIVES. 2. STUDENTS WILL BE ABLE TO ASSESS HOW GLOBAL ISSUES AND TRENDS ARE INTERRELATED WITH THE DEVELOPMENT AND PRACTICE OF RELIGIONS. 3. STUDENTS WILL BE ABLE TO DEMONSTRATE WILLINGNESS TO ANALYZE AND DISCUSS RELIGIOUS ISSUES IN THE CONTEMPORARY WORLD. | INSTRUCTIONAL OBJECTIVES: STUDENTS WILL BE ABLE TO: 1. IDENTIFY THE ROLE THAT RELIGION PLAYS IN CULTURES AND SOCIETIES AROUND THE WORLD, INCLUDING SOCIAL, POLITICAL, AND ECONOMIC ISSUES. 2. DESCRIBE THE BELIEF SYSTEMS AND WORLDVIEWS OF THE FAITH TRADITIONS STUDIED. 3. EXPLAIN THE HISTORICAL AND GEOGRAPHICAL DIMENSIONS OF THE DEVELOPMENT OF RELIGIONS FROM ANCIENT TO CONTEMPORARY TIMES USING BASIC SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES. | 8/20/2024 | Example from BOG staff: THIS COURSE IS AN INTRODUCTION TO THE WORLD'S MAJOR RELIGIONS. STUDENTS ARE EXPOSED TO HISTORY, PRIMARY BELIEFS, LEADERS, AND OTHER INFORMATION GERMANE TO UNDERSTANDING EACH RELIGION. OPEN TO MAJORS AND NON-MAJORS. THIS COURSE AFFORDS STUDENTS AN UNDERSTANDING OF THE BASIC SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES USED IN THE ANALYSIS OF BEHAVIOR AND PAST AND PRESENT SOCIAL, POLITICAL, AND ECONOMIC ISSUES. Florida Statute 1007.55 …informed citizen through participation in rigorous general education courses that promote and preserve the constitutional republic through traditional, historically accurate, and high-quality coursework. General education courses should provide broad foundational knowledge to help students develop intellectual skills and habits that enable them to become more effective and lifelong learners. Courses with a curriculum based on unproven, speculative, or exploratory content are best suited as elective or specific program prerequisite credit, not general education credit." | Religious Studies | https://fiu.simplesyllabus.com/en-US/doc/trd1dkirg/Fall-Term-2024-REL-3308-RVC-?mode=view | https://fiu.simplesyllabus.com/en-US/doc/jrognpknd/Fall-Term-2024-REL-3308-BHA-?mode=view | |
| SYG | 2010 | Social Problems | Social Science | Confirm alignment with 1007.25 and 1007.55 | No institution has found a way to keep this course in gen ed; Remove | EXAMINES SOCIAL PROBLEMS IN CRITICAL AND GLOBAL PERSPECTIVES. CONSIDERS SOCIAL PROBLEMS IN TERMS OF GLOBAL ISSUES SUCH AS INEQUALITY, POVERTY, POLITICS, CRIME/JUSTICE, VIOLENCE, GENOCIDE, AND WAR. | | THIS COURSE SATISFIES THE FOLLOWING UNIVERSITY CORE CURRICULUM REQUIREMENT FOR SOCIAL SCIENCE GROUP TWO: "STUDENTS WILL DEMONSTRATE THE ABILITY TO EXAMINE BEHAVIORAL, SOCIAL, AND CULTURAL ISSUES FROM A VARIETY OF POINTS OF VIEW. STUDENTS WILL DEMONSTRATE AN UNDERSTANDING OF BASIC SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES USED IN THE ANALYSIS OF BEHAVIORAL, SOCIAL, AND CULTURAL ISSUES, PAST AND PRESENT, LOCAL AND GLOBAL." IT IS SUPPORTED BY THE FOLLOWING LEARNING OUTCOMES FOR THE COURSE: 1. IDENTIFY A VARIETY OF SOCIAL PROBLEMS, GLOBALLY AND LOCALLY, AND IDENTIFY AND DISCUSS VARIABLES RELATED TO EACH. 2. DEFINE, SUMMARIZE, AND APPLY SOCIOLOGICAL CONCEPTS AND THEORIES TO SPECIFIC SOCIAL PROBLEMS. 3. SUMMARIZE HISTORICAL, POLITICAL, AND SOCIAL VARIABLES UNDERPINNING CONTEMPORARY SOCIAL PROBLEMS. 4. COMPARE AND CONTRAST CROSS-DISCIPLINARY PERSPECTIVES RELATED TO SOCIAL PROBLEMS. 5. DEMONSTRATE GROWING KNOWLEDGE ABOUT SOCIAL PROBLEMS THROUGH A VARIETY OF APPLICATIVE ASSIGNMENTS. | | 8/1/2024 | Florida Statute 1007.55 …informed citizen through participation in rigorous general education courses that promote and preserve the constitutional republic through traditional, historically accurate, and high-quality coursework. General education courses should provide broad foundational knowledge to help students develop intellectual skills and habits that enable them to become more effective and lifelong learners. Courses with a curriculum based on unproven, speculative, or exploratory content are best suited as elective or specific program prerequisite credit, not general education credit." Florida Statute 1007.25 Social science courses must afford students an understanding of the basic social and behavioral science concepts and principles used in the analysis of behavior and past and present social, political, and economic issues. | GSS | | | |

| Code | Number | Title | Area | Status | Notes | Course Description (proposed) | Course Description (current) | Learning Objectives | SLOs | Date | Statute Text | Area2 | Link |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SYG | 3002 | THE BASIC IDEAS OF SOCIOLOGY | Social Science | Confirm alignment with 1007.25 and 1007.55 | Suggest removing (3000-level = concern) If want to revise, review SYG 2000 approved course description and align it NOTE: FIU only one offering as gen ed | SOCIOLOGY AS A SCIENCE SEEKS TO UNDERSTAND HOW HUMAN BELIEFS, PERCEPTIONS, AND ACTIONS ARE SHAPED BY THE SOCIAL CONTEXTS IN WHICH WE LIVE, AND HOW IN TURN THOSE CONTEXTS ENDURE OR CHANGE AS THE RESULT OF SOCIAL BEHAVIOR. THIS COURSE WILL INTRODUCE YOU TO SOME OF THE KEY CONCEPTS UNDERLYING THIS SOCIOLOGICAL PERSPECTIVE ON OUR WORLD, SUCH AS COMMUNITY, POWER, AUTHORITY, STATUS, SOCIALIZATION, STRATIFICATION, AND SOCIAL MOBILITY. IT INTRODUCES THE MOST IMPORTANT THEORISTS WHO DEVELOPED THESE IDEAS. IT ALSO OFFERS A COMPARATIVE GLOBAL PERSPECTIVE ON HOW THESE IDEAS ILLUMINATE AND CAN HELP TO EXPLAIN VARIATIONS ACROSS SOCIETIES. | *SYG 2000 course description: IN THIS COURSE, STUDENTS WILL GAIN AN UNDERSTANDING OF THE BASIC SOCIOLOGICAL CONCEPTS AND VOCABULARY, INCLUDING THE METHODOLOGICAL TOOLS, SOCIOLOGICAL PERSPECTIVES, AND SCIENTIFIC PROCEDURES USED BY SOCIAL SCIENTISTS TO COLLECT DATA AND CONDUCT RESEARCH. TOPICS GENERALLY INCLUDE: SOCIETY AND CULTURE, INSTITUTIONS, SOCIALIZATION, SOCIAL CONTROL, CRIME, SOCIAL CHANGE, SOCIAL GROUPS, SEX AND GENDER, RACE AND ETHNICITY, FAMILY, SOCIAL CLASS AND SOCIAL MOBILITY, AND POPULATION.* | LEARNING OBJECTIVES THIS COURSE SATISFIES THE FOLLOWING UNIVERSITY CORE CURRICULUM REQUIREMENT FOR SOCIAL SCIENCE GROUP TWO: "STUDENTS WILL DEMONSTRATE THE ABILITY TO EXAMINE BEHAVIORAL, SOCIAL, AND CULTURAL ISSUES FROM A VARIETY OF POINTS OF VIEW. STUDENTS WILL DEMONSTRATE AN UNDERSTANDING OF BASIC SOCIAL AND BEHAVIORAL SCIENCE CONCEPTS AND PRINCIPLES USED IN THE ANALYSIS OF BEHAVIORAL, SOCIAL, AND CULTURAL ISSUES, PAST AND PRESENT, LOCAL, AND GLOBAL." IT IS SUPPORTED BY THE FOLLOWING LEARNING OUTCOMES FOR THE COURSE: AT THE END OF THE COURSE, STUDENTS WILL BE ABLE TO: 1. DEFINE AND DESCRIBE KEY SOCIOLOGICAL CONCEPTS SUCH AS COMMUNITY, POWER, AUTHORITY, STATUS, SOCIALIZATION, STRATIFICATION, AND SOCIAL MOBILITY. 2. APPLY THE BASIC SOCIOLOGICAL CONCEPTS AND IDEAS INTRODUCED IN THE COURSE TO CONSTRUCT EXPLANATIONS OF REAL-WORLD PATTERNS OF SOCIAL BEHAVIOR, SOCIAL STRUCTURE, AND SOCIAL CHANGE. 3. COMPARE AND CONTRAST THE WAYS IN WHICH THESE IDEAS CAN BE USEFULLY APPLIED ACROSS DIFFERENT SOCIETIES. | *SYG 2000 SLOs: STUDENT LEARNING OUTCOMES: • STUDENTS WILL APPLY MULTIPLE SOCIOLOGICAL PERSPECTIVES. • STUDENTS WILL IDENTIFY METHODOLOGICAL TOOLS USED TO EVALUATE SOCIOLOGICAL RESEARCH QUESTIONS. • STUDENTS WILL IDENTIFY PATTERNED DIFFERENCES ACROSS SOCIAL GROUPS AND CHANGES OVER TIME. • STUDENTS WILL UNDERSTAND DYNAMICS BETWEEN INDIVIDUAL AGENCIES AND SOCIAL STRUCTURAL FORCES.* | 8/28/2024 | **Florida Statute 1007.55** …informed citizen through participation in rigorous general education courses that promote and preserve the constitutional republic through traditional, historically accurate, and high-quality coursework. General education courses should provide broad foundational knowledge to help students develop intellectual skills and habits that enable them to become more effective and lifelong learners. Courses with a curriculum based on unproven, speculative, or exploratory content are best suited as elective or specific program prerequisite credit, not general education credit." **Florida Statute 1007.25** Social science courses must afford students an understanding of the basic social and behavioral science concepts and principles used in the analysis of behavior and past and present social, political, and economic issues. | SSS | |
| WOH_ | 2001 | WORLD CIVILIZATION | Humanities | Vague course description - Confirm alignment with 1007.25 and 1007.55 | BOG staff will review again; potential timing issue of revisions reflected in SCNS History = social science; revise and move to social science? NOTE: FIU only SUS institution offering as gen ed | EXAMINES KEY DEVELOPMENTS OF MAJOR WORLD CIVILIZATIONS IN A COMPARATIVE PERSPECTIVE AND INCORPORATES THE WESTERN CANON AS AN OBJECT OF STUDY AS IT PERTAINS TO ~~THESE REGIONS AND THE HISTORICAL PERIODS COVERED.~~ | EXAMINES KEY DEVELOPMENTS OF MAJOR WORLD CIVILIZATIONS IN A COMPARATIVE PERSPECTIVE AND INCORPORATES THE WESTERN CANON AS AN OBJECT OF STUDY AS IT PERTAINS TO HUMAN CULTURE. | STUDENTS WILL: • ASSESS KEY EVENTS, CENTRAL THEMES, AND QUESTIONS PERTAINING TO WORLD ~~HISTORY~~. • GAIN EXPERIENCE READING AND ANALYZING WRITTEN ARGUMENTS BY ENGAGING WITH A VARIETY OF TYPES OF SOURCES. ~~• LEARN AND APPLY THE TECHNIQUES OF WRITING AN ARGUMENTATIVE, THESIS-DRIVEN AND EVIDENCE-BASED PAPER. (GRW) • CONSTRUCT AN EVIDENCE-BASED ARGUMENT DEMONSTRATING HOW LOCAL, REGIONAL, AND INTER-REGIONAL EVENTS WILL HAVE FAR REACHING IMPACTS. (GLOBAL AWARENESS) • CONSTRUCT AN EVIDENCE-BASED ARGUMENT THAT INTEGRATES MULTIPLE PERSPECTIVES (GL – GLOBAL PERSPECTIVE) • CONSIDER DIFFERENT PERSPECTIVES ON A PROBLEM OR CONTROVERSY THAT IS DEEPLY TROUBLING OUR WORLD. (GL – GLOBAL ENGAGEMENT)~~ • THINK CRITICALLY THROUGH THE MASTERING OF SUBJECTS CONCERNED WITH HUMAN CULTURE, ESPECIALLY LITERATURE, HISTORY, ART, MUSIC, AND PHILOSOPHY. ~~(UCC) • INCORPORATE THE WESTERN CANON AS AN OBJECT OF STUDY AS IT PERTAINS TO THESE REGIONS AND THE HISTORICAL PERIODS COVERED (UCC).~~ | STUDENTS WILL: (1) ASSESS KEY EVENTS, CENTRAL THEMES, AND QUESTIONS PERTAINING TO HUMAN CULTURE AND WORLD CIVILIZATIONS. (2) GAIN EXPERIENCE READING AND ANALYZING WRITTEN ARGUMENTS ON DEVELOPMENTS OF MAJOR WORLD CIVILIZATIONS, INCLUDING SELECTIONS FROM THE WESTERN CANON. (3) THINK CRITICALLY THROUGH THE MASTERING OF SUBJECTS CONCERNED WITH HUMAN CULTURE, ESPECIALLY LITERATURE, HISTORY, ART, MUSIC, AND PHILOSOPHY. | 8/21/2024 | **Florida Statute 1007.55** …informed citizen through participation in rigorous general education courses that promote and preserve the constitutional republic through traditional, historically accurate, and high-quality coursework. General education courses should provide broad foundational knowledge to help students develop intellectual skills and habits that enable them to become more effective and lifelong learners. Courses with a curriculum based on unproven, speculative, or exploratory content are best suited as elective or specific program prerequisite credit, not general education credit." **Florida Statute 1007.25** Social science courses must afford students an understanding of the basic social and behavioral science concepts and principles used in the analysis of behavior and past and present social, political, and economic issues. | History | https://fiu.simplesyllabus.com/en-US/doc/4jw526bq5/Fall-Term-2024-WOH-2001-RVC-?mode=view |