# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

SHARON AUSTIN, *et al.*,

   Plaintiffs,

          v.

BRIAN LAMB, *et al.*,

   Defendants.

Case No.: 1:25-cv-00016-MW-MJF

## DECLARATION OF KIMBERLY WILLIAMS

I, Kimberly Williams, hereby declare and state as follows:

**A. Background**

1. My name is Kimberly Williams, and I am over 18 years of age.

2. I have personal knowledge of the following facts and if called to testify could and would competently do so.

3. I am a sixth-year doctoral candidate in the English Department at the University of Florida (UF). My research focus is on race, sound studies, and healing. Specifically, I examine how Black people utilized sound during quarantine to enact a sense of recovery that has a historical remembrance to the middle passage.

4. Prior to my time at UF, I graduated with a Bachelor of Science degree from Virginia Polytechnic Institute and State University (Virginia Tech), majoring

1

in Psychology and minoring in Sociology and Creative Writing, and received a Master of Fine Arts degree from Cornell University with a concentration in Creative Writing and Literature. Professionally, I served as the director of the Black Cultural Center at Virginia Tech University; I was also an overnight counselor at the Women's Resource Center of the New River Valley in Radford, Virginia and an instructor in Cornell's English Department.

5. During my time at UF, I have obtained a fellowship at the Harn Museum where I worked as a student co-curator and put together an installation on Black photography, collected research in Ghana using funding from UF's African Studies program, and served as an instructor in UF's English Department. I have also authored a number of research publications, including "The Geography of Healing at the End of the World : Black Scholar Practitioners Who Evoke Toni Morrison's The Clearing," which was most recently published in Routledge's *Global Black Feminisms: Cross Border Collaboration through an Ethics of Care* in 2024.

**B. The Impact of S.B. 266's DEI Funding Ban**

6. On March 27, 2024, I reached out to the Southern Regional Education Board (SREB) about my desire to attend the Institute on Teaching and Mentoring, which is an annual conference geared towards underrepresented scholars. The conference was scheduled for and held on October 31 to November 3, 2024.

2

7. I am on the academic job market this year, which made this conference important for me to attend. It would have allowed me to network with faculty from other institutions who might be interested in hiring me, receive feedback on application materials, access advice from scholars in my field, and potentially interview for post-graduate academic positions.

8. The Institute also had sessions I could attend where I could listen to leading scholars in my discipline and other disciplines speak and offer advice. As an audience, we are often able to ask questions and interact with panelists and presenters before, during, and after the sessions—making this conference a valuable learning experience.

9. Most importantly, this conference provided a job fair where recruiters, deans, and faculty were present with information for job applications, private sessions, and postdoctoral opportunities. This is extremely important because scholars are able to talk directly with these officials and learn about specific pipeline programs to their schools. Because the academic job market features unspoken rules and norms, the SREB conference assists first-generation, marginalized students with accessing spaces and information often unavailable to populations that are vastly underrepresented.

10. On the same day I emailed SREB, I received a response that they had added me to the list of "Guest Scholars" to invite. This email informed me that between the registration, lodging, and meals, the cost of attendance for the conference would be $1,079.

11. As a doctoral candidate, I could not afford to pay $1,079 to attend an academic conference. In past years, before S.B. 266 went into effect, UF provided grants for graduate students to attend conferences like the Institute on Teaching and Mentoring. In fact, in previous years, UF paid for graduate students specifically to attend the Institute.

12. Knowing this, I reached out to Dr. Muriel Gammons, the Director of UF's Office of Graduate Student Support and Engagement, to request funds to attend the Institute on Teaching and Mentoring. In the past, this office provided grants to graduate students to attend this conference. I attended twice in previous years using these grants.

13. In my email, I informed Dr. Gammons that I was going on the market this year and hoped to attend the Institute because it has an incredible job market. I also let her know that SREB had accepted me as a Guest Scholar.

14. On March 28, Dr. Gammons responded. She affirmed that the Institute on Teaching and Mentoring has a "reputation for offering excellent job market

4

opportunities." However, she said that her office could not provide funding this year because of "Florida's current policies." I understood this comment to be referencing Senate Bill 266's prohibition on funding diversity, equity, and inclusion, as the Institute on Teaching and Mentorship supports diversity in academia.

15. Dr. Gammons encouraged me to explore other potential funding sources and scholarship opportunities. I did that. Unfortunately, I was unable to find any alternative funding sources at UF because of S.B. 266. My mentors in my department also sought other sources of funding at UF that would enable me to attend this conference. We were unable to locate a funding source that would cover all my expenses.

16. With the assistance of mentors at UF, we were able to find some funding that would pay my way if I went as a recruiter, instead of a Guest Scholar. But this funding, unlike the grants I received in the past, did not cover meal reimbursements or my lodging expenses. Because of my financial circumstances, I was unable to afford those costs and could not attend the conference.

17. Prior to S.B. 266, UF funded doctoral candidates to attend conferences of this sort. As a Black woman who researches and writes on issues that concern race,

I am concerned that S.B. 266 will prevent me from obtaining grants to attend academic conferences moving forward because the state government disagrees with my viewpoints.

18. I have also noticed since the passage of S.B. 266 that I am unable to obtain funding from UF to put on events and bring in speakers on issues related to DEI. In the past, UF put on these sorts of events and provided grants for them. That is not happening anymore.

**C. The Harm of S.B. 266**

19. S.B. 266 is causing me direct harm by making it more difficult for me to find a post-graduate job in academia. Due to this law, I cannot attend a conference that UF has itself acknowledged offers excellent job market opportunities. And S.B. 266 mandates this purely because the conference I want to attend supports a view on diversity that the state government disagrees with.

20. This law is also reducing opportunities for me to engage with the ideas of other academics. I am unsure which conferences I can attend, if any, and by denying me the opportunity to attend the Institute on Teaching and Mentoring, I am deprived of the opportunity to listen to and interact with the speakers there. Due to UF's funding on DEI topics drying up, I cannot seek to bring speakers to campus to discuss ideas that are relevant to my research.

21. If the goal of S.B. 266 was to deprive students like me of the opportunity to advocate for DEI and promote political and social activism, it is succeeding. Banning university funds from being used for these purposes is depriving students at UF of the opportunity to engage with these ideas, both on campus and at the academic conferences we are unable to attend.

22. Before the state government started passing these censorship laws, I had hoped to stay in Florida. It is a diverse state that offers a richness of Black history and culture. I adore the warm weather and Caribbean cultures; however, due to laws like S.B. 266 and the current conditions in the state, I no longer want to stay in Florida. Instead, I plan to leave the state once I finish my Ph.D.

**D. Exhibits**

23. Attached as **Ex. A** is a true and correct copy of the emails I exchanged with the SREB and UF's Office of Graduate Student Support and Engagement regarding my attempts to obtain funding to attend the Institute on Teaching and Mentoring.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed on 01/13/2025.

_____
Kimberly Williams

# Exhibit A

 Outlook

## RE: SREB Registration

**From** Gammons,Murielle <mimi87@ufl.edu>
**Date** Thu 3/28/2024 8:31 AM
**To** Williams,Kimberly <kwilliams6@ufl.edu>

Hello Kimberly,

Thank you for considering our office for funding support for the upcoming SREB conference. However, we regret to inform you that we are not able to sponsor students this year due to Florida's current policies.

We understand your proactive approach in applying for the conference, especially with its reputation for offering excellent job market opportunities. While we are unable to provide funding this time, we encourage you to explore other potential funding sources or scholarships that may be available to you as an SREB scholar.

If you have any further questions or need assistance with your application process, please do not hesitate to reach out.

Best regards,
Mimi

**Murielle Gammons, Ph.D.** | She/Her | **Director**
Office of Graduate Student Support & Engagement
Graduate Student Success Center
University of Florida
125 Grinter Hall | P.O. Box 115500
Phone: (352) 392-8364
Mimi87@ufl.edu

**From:** Williams,Kimberly <kwilliams6@ufl.edu>
**Sent:** Wednesday, March 27, 2024 6:34 PM
**To:** Gammons,Murielle <mimi87@ufl.edu>
**Subject:** Re: SREB Registration

Hi Dr. Gammons,
This is upcoming fall semester begins my last year in my doctoral program, so I'll be on the market!

I want to be proactive and apply for the SREB conference right away because they have that incredible job market.

Can you let me know if your office can provide funding as I'm a SREB scholar?

Please let me know if you have any questions.

Best,

Kimberly

**From:** Williams,Kimberly <kwilliams6@ufl.edu>
**Sent:** Wednesday, March 27, 2024 6:29 PM
**To:** Robert Puckett <Robert.Puckett@SREB.org>; Institute Coordinator <Institute.Coordinator@sreb.org>
**Cc:** Gammons,Murielle <mimi87@ufl.edu>
**Subject:** Re: SREB Registration

Dr. Puckett,
I appreciate this swift and thorough response.

Thank you and I'll follow up with you after UF logistics.

Best,
Kimberly

**From:** Robert Puckett <Robert.Puckett@SREB.org>
**Sent:** Wednesday, March 27, 2024 4:08 PM
**To:** Williams,Kimberly <kwilliams6@ufl.edu>; Institute Coordinator <institute.coordinator@sreb.org>
**Cc:** Gammons,Murielle <mimi87@ufl.edu>
**Subject:** RE: SREB Registration

**[External Email]**

Kimberly,

I have added you to our list of Guest Scholars to invite. The cost information is below:

The cost for one scholar to attend the Institute is **$1,079** before **September 13** and **$1,134** after **September 13.** This covers the following:

· Lodging in a double room (2 persons per room) for 3 nights @ **$103** per night for a total of **$309 per scholar**

· Registration fee (includes all conference materials and 7 meals from Thursday evening reception to Sunday morning brunch excluding dinner on Saturday) - **$770 per scholar** (if registered before **September 13**) or **$825 per scholar** (if registered after **September 13**).

Thanks,

**Robert N. Puckett, Ph.D.**

Event Coordinator

[SREB-State Doctoral Scholars Program](#)

Southern Regional Education Board | [SREB.org](#)

592 10th Street NW | Atlanta, GA 30318

(404) 879-5520

[robert.puckett@sreb.org](#)

---

**From:** Williams,Kimberly <kwilliams6@ufl.edu>
**Sent:** Wednesday, March 27, 2024 3:20 PM
**To:** Institute Coordinator <institute.coordinator@sreb.org>
**Cc:** Gammons,Murielle <mimi87@ufl.edu>
**Subject:** SREB Registration

You don't often get email from kwilliams6@ufl.edu. Learn why this is important

Dear SREB Coordinator:

I hope you are faring well near the end of the week.

I am emailing you to find out information and potentially register for the Institute for Mentoring.

I'm a scholar through the University of Florida, English doctoral program.

Can you let me know next steps, fees, registration etc.?

Please let me know of any questions or concerns.

Best,

Kimberly Williams