## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

SHARON AUSTIN, *et al.*

    Plaintiff,

              v.

BRIAN LAMB, *et al.*,

    Defendants.

Case No.: 1:25-cv-

## DECLARATION OF VINCENT ADEJUMO

I, Dr. Vincent Adejumo, hereby declare and state as follows:

**A. Background**

1. My name is Dr. Vincent Edward Oluwole Adejumo, and I am over 18 years of age.

2. I have personal knowledge of the following facts and if called to testify could and would competently do so.

3. I am currently a Senior Lecturer of African American Studies, affiliate faculty of the Department of Political Science, at the University of Florida ("UF"). I have taught as a lecturer at UF since 2015.

4. I have ten years of professional experience in higher education. At UF, my scholarship has examined the African American experience in the U.S. and, more specifically, in the South. Through my courses, I have encouraged

students to think critically about the intersection between race, masculinity, and politics in the U.S., including through representations in media, entertainment, and popular culture.

5. I received a bachelor's degree in Business Administration and Management from Florida State University. I received a master's degree in Public Administration from Strayer University. I then received a Ph.D. in Political Science and Government from the University of Florida.

6. Since 2015, I have been teaching full-time as a lecturer at U.F. in our African American Studies program. I have taught a range of courses for students of all backgrounds and experience levels, including both courses offered online and in-person. In the past, I have taught classes including "Introduction to African American Studies", "The Wire", "Mentoring At-Risk Youth", "Black Wall Street", and "Black Masculinity". My classes have integrated interdisciplinary exploration of the African American experience in U.S. history and the present moment, asking students to examine the stories of black entrepreneurs in Tulsa, Oklahoma before the 1921 Tulsa race riots (in a business district sometimes referred to as "Black Wall Street") and contemporary minority-owned businesses alike.

7. At UF, I was selected as the Professor of the Year by the UF Black Student Union for the 2015-2016 school year. I was also recognized as Professor and

Advisor of the Year by the UF College of Liberal Arts and Sciences for the 2017-2018 school year.

8. I am currently writing a new book entitled *The Return of Black Nationalism and the Death of White Supremacy*, which is set to be published in May 2025. This book examines the rich history of Black Nationalism and its role as a steadfast defense against white supremacy in the United States from the 1700s to the present.

9. In addition to my published scholarship, I have participated in several conferences on African American Studies and American politics both nationally and internationally, including as part of the Florida Humanities Council Speaker's Bureau.

10. I have also participated actively in the academic and cultural life of our university. I currently serve as an Advisor for the UF student chapter of The National Association for the Advancement of Colored People, a student organization I have advised since 2017. In addition, from 2018 to 2021, I served on the University of Florida General Education Committee for Curriculum Approval. I currently serve as the Experiential Learning Coordinator for the African American Studies program at the University of Florida.

**C. S.B. 266's Impact on My General Education Core Courses**

11. Since 2015, I have taught "Introduction to African American Studies," a course that invites students to consider political, cultural, economic, artistic and social perspectives on the African-American experience in North America. The course provides students with a broad foundation for future advanced course work in the field, covering topics including the paradox of Slavery and Freedom during the American Revolution, the impact of African American leaders on New Deal era reforms, and the Pan African movements of W.E.B. Dubois, Marcus Garvey, and Malcolm X. By the end of my course, students should be able to not only identify and explain key concepts in African American Studies, but also to analyze biases and influences that shape thought within African American Studies and communicate their ideas clearly and effectively. These learning goals (in content, critical thinking, and communication) reflect the requirements for General Education credit in Humanities (H).

12. Beginning in 2015, I have also taught "Mentoring At-Risk Youth", a community service-learning course that develops mentoring and critical-thinking skills though instruction, analysis and service. This course reflects the learning goals and requirements for General Education credit in Social and Behavioral Sciences (S and N).

13. Beginning in 2016, I have taught my course on "Black Masculinity", a course which asks students to examine the perception of black masculinity and manhood through the perspectives of various disciplines such as sociology, psychology, education, anthropology, and political science. Students learn from historical examples of the association of black masculinity with negative stereotypes such as docility in the antebellum period to criminality in the post-civil rights era and examine how perspectives on black masculinity have continued to evolve through the rise of hip hop in the 1980's, the Million Man March in the mid 1990's, and the election of President Barack Obama in the late 2000's. This course reflects the learning goals and requirements for General Education credit in Humanities.

14. Since 2017, I have also taught "The Wire", a course which utilizes the award-winning HBO series, *The Wire,* to examine themes of the illegal drug trade, race and ethnicity, sexuality, public policy and politics, K-12 education, and the news media. In addition to viewing the series and exploring popular and academic perspectives on the series itself, the course introduces students to academic research and theories that correlate with the broader themes of the show. Throughout the course, students engage with theories from multiple disciplines including political science, sociology, African American studies,

gender studies, and education. This course reflects the learning goals and requirements for General Education credit in Social and Behavioral Sciences.

15. "Introduction to African American Studies", "Mentoring At-Risk Youth", "Black Masculinity", and "The Wire" have always been offered as general education courses at UF. I most recently taught "Introduction to African American Studies" as a general education course in Fall 2024; "The Wire" and "Mentoring At-Risk Youth" as general education courses in Spring 2024; and "Black Masculinity" in Fall 2023. In addition, I will teach all four of my courses ("Introduction to African American Studies", "Mentoring At-Risk Youth", "Black Masculinity", and "The Wire") in Spring 2025 as general education courses.

16. After the Florida legislature enacted S.B. 266 in July 2023, I learned that the Florida Board of Governors would review all of the general education courses at Florida public universities, including at UF. Having previously served on the General Education Committee for Curriculum Approval, I am familiar with the rigorous process that faculty and department leadership must go through to ensure their proposed courses meet the learning objectives designed for each specific general education credit (Biological Sciences, Composition, Humanities, International, Mathematics, Physical Sciences, and Social and Behavioral Sciences). If given the opportunity, I intended to

explain to the Board of Governors how my courses facilitate these important learning objectives.

17. Nevertheless, UF did not provide me with any information about the review process and I was not provided any opportunity to participate in the process. While I have heard that other professors may have been given an opportunity to revise their syllabi to remain compliant with the University's interpretation of S.B. 266 and regain general education credit, I was never given an opportunity to revise any syllabi for my courses on "The Wire", "Black Masculinity", and "Mentoring At-Risk Youth". In addition, it is my understanding that the Department was never given an opportunity to revise the syllabus for Introduction to African American Studies in order for it to regain general education credit.

18. On October 2, 2024, Dr. David Canton, the Director of African American Studies Program at UF, informed me that the Board of Trustees removed 10 African American Studies courses from the general education curriculum at UF. Immediately, faculty members in my Department were alarmed about what this would mean for our program's enrollment. Dr. Canton acknowledged the concern as well, warning that we would "need to check our AFA 2000 and AFA 3110 enrollment numbers next semester." AFA 2000,

"Introduction to African American Studies", is one of my courses and a required class for students majoring in African American Studies.

19. UF Administration also recognized the impact that this dramatic reduction in general education courses would have on student enrollment in many courses and programs. On October 2, 2024, Dr. Gillian Lord, the Associate Dean of the College of Liberal Arts and Sciences, noted that the majority of UF's 1,181 active general education courses would no longer be eligible for general education credit (with only 479 courses being approved by the Board of Trustees). Dr. Lord candidly acknowledged that "UF Administration is aware that changes to enrollment trends will also necessitate staffing changes" and offered to "meet with units and discuss potential impacts, as well as strategies for drawing students to our wonderful courses even in the absence of the Gen Ed designations."

20. On October 14, 2024, I asked Dr. Lord if there was ever a time in the approval process that we could have resubmitted the 10 African American Studies courses at issue with modifications to the course syllabi so as to prevent the removal of GEC designation. Later that same day, Dr. Lord confirmed that "No, there was never an opportunity for units to give input into the process" of general education approval. Not only did our Department not have any opportunity to revise relevant course syllabi, Dr. Lord informed me that the

College of Liberal Arts and Sciences itself "did not know any details before the BOT announcement nor did the college have any input into what would or wouldn't lose their GE."

21. As a result of the Board's actions, I believe that no course in the African American Studies program qualifies for general education credit (including Humanities credit, Social and Behavioral Sciences credit, or the Composition credit).

22. As neither I, my Department, or the College of Liberal Arts and Sciences were given any information about the criteria that would be used to determine general education approval, I am not sure how to bring my courses into compliance with S.B. 266 and its related regulations. The Board of Trustees never provided any feedback or clarification on why they determined my courses do not comply with state law. Faculty were provided no meaningful guidance on how to interpret extremely broad restrictions on the teaching of "identity politics" or "social and political activism".

23. Instead, I believe that these regulations were applied by the Board in an arbitrary and discriminatory manner. I do not understand why the Board found all of our courses to be in violation of S.B. 266, while courses including "The Grandeur That Was Rome" and "European Experience: A Social

Science Perspective" were approved. I believe the Board did not subject courses in other programs to the same scrutiny as it did our courses.

24. Indeed, Dr. Lord acknowledged that other regulations relating to general education credit have not always been applied consistently or at all. Dr. Lord specifically noted "the upper-division thing – their new, evolving, definition of Gen Ed is that courses should be introductory in nature and not specialized. That's not in writing anywhere that I know of, but has been explained at meetings." She also noted that the Board's restrictions on rotating courses receiving general education credit "has not been always implemented correctly . . . but it's something the BOT is cracking down on now." The ad-hoc nature of changes to general education policy has led to a disorganized and arbitrary application of these regulations that is strongly impacting my Department.

**D. The Harms Caused by S.B. 266**

25. Because the Board of Governors stripped "The Wire", "Introduction to African American Studies", "Black Masculinity", and "Mentoring At-Risk Youth" of their general education designation, I am no longer permitted to teach them as general education courses.

26. Declining enrollment caused by S.B. 266 will undoubtedly impact my Department. As all African American Studies courses have been removed from the general education curriculum, including the courses required for our majors to graduate with a degree in this program, students interested in our program will have to add one of our courses on top of their full general education courseload. This requires students to commit additional time and financial resources, which many may decide to forego if they are interested in the subject-matter of the course but not yet sure if they want to major in African American Studies.

27. If the Board's decision goes forward, I believe the African American Studies program will face a dramatic decline in enrollment. Our Department is already small, and the main method we have to expose our offerings to new students is through general education courses. Students who do not know what African American Studies is about but are intrigued by the course description often enroll because they can satisfy Humanities or Social and Behavioral Sciences credit requirements. If this decision is allowed to stand, I believe our program will eventually be closed.

28. In addition to the Department, the Board's decision also impacts faculty members. Non-tenure track lecturers may not be able to renew their contracts if their classes do not retain sufficient enrollment. In addition, contract

renewal may be impacted by how many general education courses a professor is able to teach.

29. These changes to UF's general education curriculum will also have a detrimental impact on student education. I am concerned that students will not be exposed to a well-rounded curriculum which includes the perspectives of diverse communities. I believe it is important for students in Florida to be able to participate in courses that encourage them to learn about a wide variety of cultures as part of their general education.

30. As a professor, I am also affected by S.B. 266. Because I am currently teaching my courses on "The Wire", "Introduction to African American Studies", "Black Masculinity", and "Mentoring At-Risk Youth" for general education credit, I am not sure whether any of my course materials unintentionally violate Florida law. In particular, the law's ban on teaching "identity politics" in general education courses concerns me because of its potentially vast applications. Everyone has an identity, and the term "identity politics" is extraordinarily broad and could be interpreted to include any teaching about social or political movements that have been influenced by individuals' economic, religious, cultural, ideological, national, racial, ethnic, or gender identities. I am not sure exactly what conduct the State intends to prohibit, particularly given how the Board has approved some courses that

arguably fit within these broad terms. I am concerned that by asking students to examine academic perspectives on the African American experience in the United States, I will be teaching "identity politics" in violation of S.B. 266. In addition, because my courses address how racism and political oppression have impacted African American history, I am worried that they may be in violation of S.B. 266's prohibition on discussing theories of systemic racism, sexism, oppression, and privilege.

31. This lack of clarity has affected my teaching. I am concerned that if I continue to teach my courses as I have in the past, I may be reported for violating S.B. 266 and its related regulations. Consequently, I have been forced to reconsider my course materials and classroom discussion topics to avoid inadvertently violating the law. Despite raising my concerns, I have received no guidance from UF as to how I might continue teaching my courses while conforming to Florida law.

**E. Exhibits**

32. Attached as **Exhibit A** is a true and correct copy of the emails exchanged between me and the Associate Dean of the College of Liberal Arts and Sciences in October 2024 regarding S.B. 266's general education course restrictions and my courses.

33. Attached as **Exhibit B** is a true and correct copy of the email I received on October 2, 2024 from Dr. David Canton, informing me about courses being removed from the general education curriculum at UF.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed on <u>January 17th, 2025</u>.

_____
Dr. Vincent Adejumo

# Exhibit A

**This Message Is From an External Sender**
This message came from outside your organization.

---------- Forwarded message ---------
From: **Adejumo,Vincent** <vadejumo3@ufl.edu>
Date: Thu, Jan 9, 2025, 7:16 PM
Subject: Fw: General Education updates
To: vadejumo3@gmail.com <vadejumo3@gmail.com>

Get Outlook for Android

**From:** Gillian Lord <glord@ufl.edu>
**Sent:** Monday, October 14, 2024 4:38:31 PM
**To:** Adejumo,Vincent <vadejumo3@ufl.edu>
**Subject:** Re: General Education updates

Hi Vincent-

I don't want to do the public back-and-forth, so I'm just responding to you.

Rotating topics are disallowed for GE since I can remember. See for example this page: https://undergrad.aa.ufl.edu/general-education/gen-ed-courses/course-approval-process/, where it states that rotating courses can only request a one-time GE designation based on content. Now, the fact that that has not been always implemented correctly is a whole other issue, but it's something the BOT is cracking down on now. Just like the upper-division thing – their new, evolving, definition of Gen Ed is that courses should be introductory in nature and not specialized. That's not in writing anywhere that I know of, but has been explained at meetings (and again, which I shared with Chairs and Directors).

I'm sorry to hear that you were not aware of the Gen Ed decisions being made last year. The courses I mentioned were not in compliance with syllabus policy or with Gen Ed policy, and the survey form I created asked if the department was willing to make the necessary changes, or wanted to remove Gen Eds; if they chose remove, it asked if they gave me permission to submit the approval request through the system. And when I did submit them, the chair/director/curriculum approver for the unit had to approve them. So, I assure you I was not making unilateral decisions for units.

Happy to help clarify anything else.

Gillian

**Gillian Lord, Ph.D. (she/*ella*)**

Professor and Associate Dean

Director, Academic Advising Center

College of Liberal Arts and Sciences

University of Florida
352.392.1521 | glord@ufl.edu

*NOTE: This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately and delete this message.*

---

**From:** Adejumo,Vincent <vadejumo3@ufl.edu>
**Date:** Monday, October 14, 2024 at 16:23
**To:** Gillian Lord <glord@ufl.edu>
**Cc:** Canton, David <da.canton@ufl.edu>, FACULTY-AAS-CORE@LISTS.UFL.EDU <FACULTY-AAS-CORE@LISTS.UFL.EDU>, Jenkins,Tamarra L <tamarraj@ufl.edu>, Taylor, Courtney Moore <camoore@ufl.edu>, Barnes, Riché J. Daniel <rj.danielbarnes@ufl.edu>, Winstead, Kevin C. <kwinstead@ufl.edu>, Brown, Drew D. <brown.ad@ufl.edu>, Cole, Alyssa <cole.alyssa@ufl.edu>, stevenson,robert Louis,Jr <rstevenson2@ufl.edu>, Mollenthiel,Julia M <j.mollenthiel@ufl.edu>, Shorey, Tobin J <tshorey@ufl.edu>
**Subject:** RE: General Education updates

Thanks Gillian, just a couple of thoughts. I assumed that CLAS knew the pertinent details since you stated that you all were aware of the process. Thank you for clarifying that the particular details of the removal lists were not known to CLAS before the announcement. While I agree that GE and tracking for the major are different, I do believe that the removal of GE from our required courses will certainly have a major impact not only on enrollment in those courses, but also declaration of the African American Studies major itself. Also, when you state that rotating topics should never have been allowed to have GE designation, is there a specific regulation that indicates this? I served on the CLAS GE Curriculum committee for three years and don't remember that being an issue. If it is a more recent regulation then I understand and stand corrected. Regarding the desires of the unit to remove AFA3360; AFA4135; AFA3850; AFA3363 or AFA4936, never once did any of this present itself in public meeting spaces such as faculty meetings, retreats, etc. That is obviously not your issue but I am personally taken aback and shocked that this information was not communicated to the faculty at large. Again, thank you for the clarification, I greatly appreciate you taking the time to address each of my concerns point by point.

**From:** Gillian Lord <glord@ufl.edu>
**Sent:** Monday, October 14, 2024 4:02 PM
**To:** Adejumo,Vincent <vadejumo3@ufl.edu>
**Cc:** Canton, David <da.canton@ufl.edu>; FACULTY-AAS-CORE@LISTS.UFL.EDU; Jenkins,Tamarra L <tamarraj@ufl.edu>; Taylor, Courtney Moore <camoore@ufl.edu>; Barnes, Riché J. Daniel <rj.danielbarnes@ufl.edu>; Winstead, Kevin C. <kwinstead@ufl.edu>; Brown, Drew D. <brown.ad@ufl.edu>; Cole, Alyssa <cole.alyssa@ufl.edu>; stevenson,robert Louis,Jr <rstevenson2@ufl.edu>; Mollenthiel,Julia M <j.mollenthiel@ufl.edu>; Shorey, Tobin J <tshorey@ufl.edu>
**Subject:** Re: General Education updates

Hello, Vincent et al. –

Let me first correct one statement in your message – CLAS did **<u>not</u>** know any details before the BOT announcement nor did the college have any input into what would or wouldn't lose their GE. I knew that there were going to be removals, and I shared the information I had with chairs and directors in August and September, but I found out the specifics when the BOT posted the agenda, and I shared communications from Tigert as soon as I received them.

That said, to address your questions:

1. No, there was never an opportunity for units to give input into the process.
2. Fulfilling GE and tracking for the major are totally different, so one doesn't affect or impact the other. Courses that lose their GE attributes can still be offered.
3. We are waiting for further information from the Provost's office as to whether or not there will be an opportunity for reconsidering any of the removals. As soon as I have information to share, I will.
4. Generally speaking, there is a curriculum Approvals process for requesting Gen Ed attributes on courses that don't have them (it's a modify course request). However, until we know if / what any process for the courses on this list would be, I ask that you not initiate requests for these specific courses. But in the future, if there are courses to which you would like to add attributes, that's how you would request it.
5. That said, I can tell you that:

   a. The BOG and BOT do not believe that General Education courses should be upper division (this is something I mentioned at the Chairs and Directors retreat as well), so any 3000 or 4000 level courses are unlikely to be considered GE material moving forward.
   b. Rotating topics courses should never have been allowed to have GE designations, by regulation, and therefore I requested removal of AFA4936 last November, in order to comply with this. Dave and I communicated about this at the time.
   c. Also last November, as a result of the internal review we conducted and following the indicated desires of your unit, I additionally requested removal from AFA3360; AFA4135; AFA3850; AFA3363.

I hope this helps clarify a bit. And, as I said, I will share any information I can, as soon as I can.

Gillian

**Gillian Lord, Ph.D. (she/*ella*)**

Professor and Associate Dean

Director, Academic Advising Center

College of Liberal Arts and Sciences

University of Florida
352.392.1521 | glord@ufl.edu

*NOTE: This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately and delete this message.*

---

**From:** Adejumo,Vincent <vadejumo3@ufl.edu>
**Date:** Monday, October 14, 2024 at 15:33
**To:** Gillian Lord <glord@ufl.edu>
**Cc:** Canton, David <da.canton@ufl.edu>, FACULTY-AAS-CORE@LISTS.UFL.EDU <FACULTY-AAS-CORE@LISTS.UFL.EDU>, Jenkins,Tamarra L <tamarraj@ufl.edu>, Shorey, Tobin J <tshorey@ufl.edu>, Taylor, Courtney Moore <camoore@ufl.edu>, Barnes, Riché J. Daniel <rj.danielbarnes@ufl.edu>, Winstead, Kevin C. <kwinstead@ufl.edu>, Brown, Drew D. <brown.ad@ufl.edu>, Cole, Alyssa <cole.alyssa@ufl.edu>, stevenson,robert Louis,Jr <rstevenson2@ufl.edu>, Mollenthiel,Julia M <j.mollenthiel@ufl.edu>
**Subject:** RE: General Education updates

Hi Gillian, thank you for the information. Three of the courses that had their GEC designation removed as it pertains to African American Studies including AFA 2000 Intro to African American Studies, AFA 3110 Key Issues in African American and Black Atlantic Thought, and AFA 4936 Senior Seminar. These courses according to our curriculum are required courses for the AFA Major. Given that the removal process was known by CLAS before the BOT announcement, my question is was there ever a time for these and the other seven AFA courses on the removal list to be submitted with modification in an attempt to not have the GEC designation removed? Also, can we resubmit these courses to be reapproved for the GEC designation in the future? If so, what is the process? Thank you.

Dear colleagues,

Please read the following. The BOT is removing the GE designation from 702 classes starting Spring 2025. Will know the courses by next week.

Dave

Get Outlook for iOS

Dear Chairs and Directors-

Many of you have reached out to me or others in the Dean's office after viewing the agenda for tomorrow's BOT meeting, which includes approval UF's submitted list of General Education courses. While we knew about the process, we did not know, until now, about the content of that list. We have been informed by Tigert that of UF's 1,181 active Gen Ed courses, 479 courses were determined by a panel of reviewers at the university and state levels to be compliant, or easily adaptable to be in compliance, while the other 702 courses will have their GE attributes removed, effective Spring 2025. (The Schedule of Courses will be updated after the BOT meeting and released next week to students with the correct designations.)

I'm sure there will be no lack of emotions upon reading the list, but I ask that you please keep in mind these points shared by the Provost's office:

- UF is changing its Gen Ed course offerings to comply with recent changes to state law and with BOG guidance. We are not eliminating courses, but rather removing courses from Gen Ed designation, as required by the law and guidance. Courses removed from Gen Ed will remain available to students as electives.
- Some courses were converted to electives because they did not meet the requirements set out

in the new law and guidance. Others fell short for technical reasons related to the law and guidance, such as that they were too narrow in scope to be offered as Gen Ed courses. (We also removed some Gen Ed courses because they were on the books but are no longer being taught, or because faculty did not wish to continue teaching them as Gen Ed).

- UF Administration is aware that changes to enrollment trends will also necessitate staffing changes, and is prepared to address those to ensure students have the courses they need.

I do not have much more information than this, but if you have questions I'm happy to try to answer them. I'm also always willing to meet with units and discuss potential impacts, as well as strategies for drawing students to our wonderful courses even in the absence of the Gen Ed designations.

Gillian

**Gillian Lord, Ph.D. (she/*ella*)**

Professor and Associate Dean

Director, Academic Advising Center

College of Liberal Arts and Sciences

University of Florida
352.392.1521 | glord@ufl.edu

*NOTE: This communication may contain information that is legally protected from unauthorized disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately and delete this message.*

#####################################################################

To unsubscribe from the FACULTY-AAS-CORE list, click the following link:
https://lists.ufl.edu/cgi-bin/wa?SUBED1=FACULTY-AAS-CORE&A=1

# Exhibit B

| From: | Vincent Adejumo |
| --- | --- |
| To: | Malwankar, Jayee |
| Subject: | Fwd: Fw: GEC Removed |
| Date: | Thursday, January 9, 2025 3:46:55 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

---------- Forwarded message ---------
From: **Adejumo,Vincent** <vadejumo3@ufl.edu>
Date: Thu, Jan 9, 2025, 6:45 PM
Subject: Fw: GEC Courses Removed
To: Vincent Adejumo <vadejumo3@gmail.com>

Get Outlook for Android

---

**From:** AAS CORE FACULTY <FACULTY-AAS-CORE@LISTS.UFL.EDU> on behalf of Canton, David <da.canton@UFL.EDU>
**Sent:** Wednesday, October 2, 2024 8:49:30 PM
**To:** FACULTY-AAS-CORE@LISTS.UFL.EDU <FACULTY-AAS-CORE@LISTS.UFL.EDU>
**Subject:** GEC Courses Removed

Dear Colleagues,

The BOT removed the following courses from the GEC. We need to check our AFA 2000 and AFA 3110 enrollment numbers next semester. Click on the link from Gillian's email to see the list of courses the BOT removed.

Dave

AFA 2000 Intro to African American Studies

AFA 3110 Key Issues in African American and Black Atlantic Thought

AFA 3303 The Wire

AFA 3350 Black Masculinity

AFA 3360 Archeology of African American Life and History

AFAA3363 The Black Experience: Psychological Experiences

AFA 3850 Research Methods in African American History

AFA 3915  Mentoring Kids at Risk

AFA 4135 Theories in Black America

AFA 4936  Senior Seminar

####################################################################

To unsubscribe from the FACULTY-AAS-CORE list, click the following link:
https://lists.ufl.edu/cgi-bin/wa?SUBED1=FACULTY-AAS-CORE&A=1