# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

| | |
|---|---|
| SHARON AUSTIN, | |
| Plaintiff, | |
| v. | Case No.: 1:25-cv- |
| BRIAN LAMB, *et al.*, | |
| Defendants. | |

## DECLARATION OF NICOLE MORSE

I, Nicole Morse, hereby declare and state as follows:

### A. Background

1. My name is Nicole Morse, and I am over 18 years of age.

2. I have personal knowledge of the following facts and if called to testify could and would competently do so.

3. I obtained a Bachelor of Fine Arts, from the State University of New York at Purchase College in 2010, and obtained my PhD from the University of Chicago, Department of Cinema & Media Studies in 2018.

4. I am currently an Associate Professor of Media Studies at the University of Maryland Baltimore County's Language Literacy and Culture Doctoral Program.

1

5. I was formerly the Director of the Center for Women, Gender, and Sexuality Studies at Florida Atlantic University ("FAU").

6. My research primarily specializes in LGBTQ cultural production, including cinema, television, new media, and popular culture. Using the methods of textual analysis, oral history, and videographic criticism, I examine how LGBTQ people craft media representations, use media politically, and interpret media as spectators.

7. My research also focuses on media that examines diversity within LGBTQ communities, especially issues related to race, class, incarceration, and misogyny. My research seeks to bridge the divide between scholarship focusing on formal analysis of texts on the one hand, and scholarship on the history and cultural significance of social movements on the other.

8. My book, Selfie Aesthetics: Seeing Trans Feminist Futures in Self-Representational Art, examines how trans feminine artists explore transition, selfhood, and relationships between self and others through their use of a set of artistic strategies that I refer to as "selfie aesthetics."

9. My research has been published in *Feminist Media Studies*, *Porn Studies*, *Jump Cut*, *Discourse*, and numerous edited collections, and my book Selfie Aesthetics was published by Duke University Press in 2022.

10. During my tenure at FAU, I hosted the Lavender Language Institute ("LLI" or "Institute") which was founded at FAU in 2018 by queer language scholar Dr. William Leap. LLI is a 10-day research and teaching intensive which brings together scholars from around the world to develop new approaches to studying the intersection of language and sexuality. A unique aspect of LLI is that it produces new research.

11. LLI's courses train undergraduate students and graduate students, college faculty, and members from local communities to explore how people's understandings about gender and sexuality are closely tied to language use related to gender and sexuality in their daily lives. Institute faculty are recognized authorities in particular area(s) of language, gender, and sexuality studies; faculty are also committed to the training of junior scholars in language, gender, and sexuality studies, especially those who bring previously under-represented voices into academic and public conversations about gender and sexuality.

12. Under the faculty's supervision, Institute participants learn how to identify gender/sexuality-related linguistic messaging in conversations (in-real-life and online), social media, digital text, T.V. and cinema production, print media, political speeches, and popular advertising. Institute activities prepare

participants to address gender and sexuality in diverse language settings throughout the U.S and internationally.

13. During its first two years, LLI was held in-person in Boca Raton, Florida. The third iteration of LLI was postponed in 2020 given COVID mandates. LLI then moved to an online platform in 2021 and remains a fully remote institute. LLI has attracted numerous students both nationwide and internationally over the years, with over 100 applicants and 55 participants for the 2023 cohort.

14. Generally, the LLI application process opens in the fall of the previous year, and registration is scheduled to open in January of the year in which LLI is held. This has allowed hopeful participants to have enough time to coordinate their funding for the program and make necessary scheduling plans for the upcoming summer when LLI takes place.

15. In February of 2024, the Institute was moved to the California Institute of Integral Studies. And in June of 2024, LLI was officially held via an online platform through the California Institute of Integral Studies. In 2024 LLI had approximately 44 participants.

**B. The Impact of S.B. 266's DEI Funding Ban**

16. In December 2022, before S.B. 266 was passed, the Florida state government made an informational request to FAU and other state universities, seeking a list of all staff positions and courses connected to diversity, equity and inclusion. I believe this request was made for research purposes and in preparation for S.B. 266.

17. On January 13, 2023, FAU submitted a narrow list to the Florida state government mentioning several positions I held, and the Center for Women, Gender, and Sexuality Studies at FAU, among other courses and programs. However, I am aware that the State of Florida was not satisfied with this initial list.

18. Subsequently, the State of Florida launched a second request for individuals and courses related to diversity, equity and inclusion. I am aware that the State also requested emails, social media messages and text messages of faculty connected to diversity equity and inclusion.

19. In response to this second request, FAU submitted an expanded list to the State of Florida. This time, I was explicitly named, and the Center for Women, Gender, and Sexuality Studies was also included in that second list. To fulfill the State's request, the university also ran DEI-related keyword searches in my official email inbox, and mass-retrieved any and all

communications with any relationship to DEI. It is my understanding that these requests were tied to the State's research prior to passing S.B. 266.

20. In late fall of 2023, I was told by FAU personnel that the Chancellor for the State University System of Florida, Ray Rodrigues, had inquired whether LLI was in compliance under S.B. 266.

21. In December 2023, I was asked by the Dean of the College of Arts and Letters at FAU to pause planning LLI 2024 because its compliance with S.B. 266 was under investigation by FAU. Due to this request, I was forced to halt the promotion and preparation for the LLI registration process which was scheduled to open in January, and I also had to refrain from conducting any advertising efforts related to the 2024 LLI.

22. On January 2, 2024, I reached out by email to William Trapani, the Director of the School of Interdisciplinary Studies in the Schmidt College of Arts and Letters at FAU, and asked whether LLI was in violation of S.B. 266. I noted that LLI is a program focused on scholarship and research, rather than one that classifies individuals on the basis of gender identity or sexual orientation, or one that promotes differential or preferential treatment of individuals based on such characteristics. On the same day, FAU requested that I itemize all expenditures of LLI, and I obliged. I never learned of the school's assessment of the information I submitted.

23. On January 8, 2024, I reached out to Michael Horswell, the Dean of the College of Arts and Letters at FAU, and asked about the status of FAU's investigation of LLI because LLI's application and registration process was effectively on hold due to the investigation. Dean Horswell asked me to continue to hold off on opening registration and to look into potential institutions outside of Florida that could host LLI.

24. After I followed up at least three more times in January 2024 as to whether I could open registration for the 2024 LLI institute, I was informed by Dean Horswell that FAU "attorneys" may deem LLI violative of S.B. 266 even though he "[did] not see" how it was violative.

25. On January 29, 2024, during a faculty assembly meeting, I asked again about the status of FAU's investigation of LLI and its compliance with S.B. 266, and I was told that no decision had been made and that the investigation of the institute and its compliance with S.B. 266 was ongoing.

26. That same month, Dean Horswell mentioned to me that it would be a good idea to locate a new institution outside of Florida that could potentially host LLI for 2024.

27. FAU's continued refusal to convey a definitive decision regarding whether or not I could continue to host LLI at FAU due to S.B. 266, and their

encouragement that I should look for a new institute to host LLI, demonstrated to me that LLI no longer had a future at FAU or within Florida in general.

28. The numerous delays caused by FAU's continued concerns about LLI's compliance with S.B. 266 prevented a large number of students and scholars from participating in the 2024 LLI. Given that students and faculty could not start planning their schedules for the summer and coordinate funding for LLI with enough time, several potential participants were unable to apply for LLI in 2024. The continued delays also caused confusion and uncertainty for potential applicants because I had no concrete explanation in response to their questions about the pause in the registration process, which finally opened at the California Institute of Integral Studies at the end of March, 2024. Overall, the 2-month delay caused by FAU's S.B. 266 investigation of LLI resulted in many potential applicants withholding their applications due to their inability to plan for the institute and secure funding.

## C. The Harm of S.B. 266

29. S.B. 266 has caused me direct harm in many ways. First, it forced me to suspend hosting LLI at FAU. FAU's investigation of LLI, and the deliberate delays it caused in my ability to open registration was an indication that LLI had no future at FAU. The investigation was a clear sign that LLI would not

be an accepted program in Florida, even though FAU acknowledged that it is a "valuable program."

30. This is purely because LLI is an institute that engages in topics that the Florida state government disagrees with. Although S.B. 266 was not meant to disrupt and halt the origination and dissemination of academic research, in practice, S.B. 266 did exactly that because LLI is a research institute for faculty and scholars.

31. This law is also reducing opportunities for me, students and academic scholars from engaging with the ideas of other academics. For instance, in addition to moving LLI to a California institution, I began looking for job opportunities outside of Florida where my research and academic scholarship would be welcome. As a result, I accepted a position in Maryland. Although as a tenured associate professor, I had no intention of leaving FAU, the targeting and threatening environment created by S.B. 266 caused me to seek a position in an institution that would not investigate me for engaging in academic research it does not agree with.

32. On a personal level, the investigation of LLI's compliance with S.B. 266 caused me unnecessary stress and confusion regarding LLI's future. I also sacrificed valuable time that I could have utilized to prepare for LLI 2024. Instead, I was required to engage in fruitless back and forth about LLI's future

at FAU, when it was apparent that valuable research institutes like LLI had no place in Florida, let alone at FAU.

**D. Exhibits**

33. Attached as **Ex. A** is a true and correct copy of the emails I exchanged with FAU regarding LLI's compliance with S.B. 266 and its subsequent suspension at FAU.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed on _January_ _15_, 2025.

_____
Nicole Morse

# Exhibit A

| | |
|---|---|
| **From:** | Nicole Morse |
| **Sent:** | Friday, August 11, 2023 7:16 AM |
| **To:** | Michael Horswell |
| **Cc:** | William Trapani; Eric Berlatsky |
| **Subject:** | WST 2351 Gender and Climate Change - revision |
| **Attachments:** | Gender and Climate Syllabus Fall 2023_081023.docx |

Dear Michael,

We met yesterday afternoon with Dr. Eric Berlatsky and Dr. Emily Fenichel (the latter serving as a union representative) to discuss additional revisions that you are suggesting for WST 2351 Gender and Climate Change. It is my understanding that these suggestions are intended to ensure that the course does not appear to be violating SB 266 or HB 7. As we discussed, I believe the course has never included instruction that violates these laws, at least as I understand the laws.

It is my understanding, based on our conversation, that the feedback and suggestions that we discussed yesterday are recommendations, not directives. As I have indicated, I am of course willing to follow any directives that I receive.

Without written guidance on SB 266, and in dialogue with your suggestions, I am attempting to the best of my understanding of the text of the law to ensure that WTS 2351 Gender and Climate Change does not violate state law. The new changes I have made are highlighted in blue. In many cases, they are the revisions we discussed in our conversation today. In other cases, I have done my best to find ways to communicate clearly what I believe to have always been true of the class: it is an academic exploration of multiple perspectives where students are encouraged to engage as critical thinkers by analyzing, discussing, and debating these perspectives. My efforts to revise include making some changes to course materials to expand the perspectives, speakers, and ideas introduced in the course; in most cases, these changes follow the suggestions you have offered.

Thank you for your time and for your support of this course. I continue to be proud that we introduced it to the curriculum and I anticipate that this semester, like in previous semesters, student feedback will be strongly positive about the experience of choosing to take this course (among other options) to fulfil their Global Citizenship IFP requirement.

All my best,
Nicole

| | |
|---|---|
| **From:** | William Trapani |
| **Sent:** | Tuesday, January 2, 2024 9:57 AM |
| **To:** | Nicole Morse |
| **Subject:** | Re: DEI definitions and LLI |

Nicole,

Thanks for these helpful walkthroughs and clarifications. I have forwarded your email up the chain in the hopes that it will assist our administrators be better positioned to help protect this valuable program.

I'll let you know if I become aware of any developments.

Bill

William Trapani
Director, School of Interdisciplinary Studies in the Schmidt College of Arts and Letters
Florida Atlantic University
561-297-2584

Visit the School of Interdisciplinary Studies and its Degrees, Programs, Certificates and Minors
School of Interdisciplinary Studies | Jewish Studies Program | Department of Philosophy | Center for Women, Gender and Sexuality Studies | Peace, Justice and Human Rights Initiative | Center for the Future Mind | SIS Americas Initiative | MS in Data Science in Society

---

**From:** Nicole Morse <morsen@fau.edu>
**Sent:** Tuesday, January 2, 2024 9:14 AM
**To:** William Trapani <wtrapan1@fau.edu>
**Subject:** DEI definitions and LLI

Dear Bill,

I wanted to follow up on questions regarding the Lavender Languages Institute and whether it is in violation of SB 266. I've been reviewing the DEI definitions, and I'm not sure that I see where LLI fits into the prohibited expenditures (leaving aside the fact that LLI is self-sustaining since well before SB 266 was enacted). For example, LLI is a program focused on scholarship and research. It isn't a program that "classifies individuals on the basis of race, color, sex, national origin, gender identity, or sexual orientation and promotes differential or preferential treatment of individuals on the basis of such classification." As a research-oriented program, it also isn't political advocacy that is aimed at "effecting or preventing change to a government policy, action, or function, or any activity intended to achieve a desired result related to social issues, where the university endorses or promotes a position in communications, advertisements, programs, or campus activities."

The Institute website is quite clear that we are offering a variety of courses in gender and sexuality studies, examining topics of current interest in the field. If there are aspects of the website that appear to violate SB 266, I would be interested to know exactly what aspect of the curriculum appears concerning. If administrators are still seeking to understand the program, I'm happy to talk further about the Institute's status as course of study for researchers in

sexuality studies and linguistics. Please let me know if there's anyone who is seeking information on this, and feel free to put me in touch with them.

All my best,

*Nicole Erin Morse*
Associate Professor of Multimedia Studies
Director of the Center for Women, Gender, and Sexuality Studies
*Selfie Aesthetics* available from Duke University Press
Zoom
Do you have a plan to vote? (https://www.vote.org/state/florida/)
(pronouns: they/them/theirs) – what's this?

# Nicole Morse

Dear Michael,

Thanks for discussing the options we have for the Lavender Languages Institute, and I will let Bill Leap know tomorrow that, while no decision has been made, we may have to either move the Institute to another institution or close it down.

Subsequently, you asked me how Jewish Voice for Peace and the congregations to which I belong, both of which are affiliated with Jewish Voice for Peace, respond to the accusation that anti-Zionism is antisemitic. I have responded to this concern in previous conversations we have had on this issue, but I offered to provide some links related to this question. I want to reiterate what I said in our conversation: no Jewish organization should be held responsible for antisemitic comments posted by others on its social media pages. Unfortunately, Jewish organization are often subject to antisemitism.

Jewish Voice for Peace: https://www.jewishvoiceforpeace.org/2023/11/09/antisemitism-dangerous/

Tzedek Chicago's statement of values: https://www.tzedekchicago.org/our-values

As I mentioned in our conversation, the two rabbis of the two congregations where I am a dues-paying member are willing to write letters attesting to the fact that my work with Jewish Voice for Peace is a religious commitment. I also reported this work as religious activity in 2022-2023 on my outside activities report form when I was alerted that we were expected to report all outside activity; it was approved. As I believe you know, I resubmitted the same report for this academic year, though I do not believe it has been processed.

From my perspective, what has happened is that three members of the WGSS Industry Advisory Board left the Board because they disagree with the way I practice Judaism. While it is their right to disagree with anyone's religious practice and to make their personal choices accordingly, it is easy to see how in other contexts such actions would be seen as bigoted and disturbing, rather than an indication of some fault or irresponsibility on the part of the Director (say, if someone chose to disaffiliate from the Board because the Director of the Center was an atheist, a born-again Christian, or wore a hijab). I don't believe that their disapproval of my practice of Judaism is a reason for me to resign or take a leave of absence, and I understand that you are not asking or directing me to do so. Ultimately, I believe that in my performance as Director of WGSS I have continued to fulfil my responsibilities satisfactorily. If there is evidence to the contrary, I would appreciate being made aware of that immediately so I can make adjustments in my execution of my responsibilities.

Finally, you mentioned that my religious practice is protected as long as it does not harm others. I can say confidently that my practices do not harm others, and that in fact they are guided by Jewish principles that aim to mitigate harm. For future conversations about this matter, I would like to invoke my Weingarten rights to have union representation present, as there seem to be a number of issues raised that could potentially be disciplinary.

Thank you,

*Nicole Erin Morse*
Associate Professor of Multimedia Studies
Director of the Center for Women, Gender, and Sexuality Studies
*Selfie Aesthetics* available from Duke University Press

Zoom
Do you have a plan to vote? (https://www.vote.org/state/florida/)
(pronouns: they/them/theirs) – what's this?

| | |
|---|---|
| **From:** | Michael Horswell |
| **Sent:** | Tuesday, January 16, 2024 8:38 AM |
| **To:** | Nicole Morse |
| **Cc:** | William Trapani |
| **Subject:** | Re: LLI question |

Hi Nicole,

Unfortunately I have not heard back from Daniel yet.

Would it be possible for me to pop into your meeting today to help deliver the news to Bill?

If so, let me know what time it is.

Thanks,

Michael

**From:** Nicole Morse <morsen@fau.edu>
**Date:** Monday, January 15, 2024 at 3:51 PM
**To:** Michael Horswell <HORSWELL@fau.edu>
**Cc:** William Trapani <wtrapan1@fau.edu>
**Subject:** RE: LLI question

Dear Michael,

I'm reaching out to check in ahead of my planning meeting with Bill Leap and Dani Orias tomorrow. If there is no update, I will have to let them know the situation, as it was a key priority for us to have registration be live by January 20th this year. I'll provide context on this below.

Last year, delays within FAU during the switch around the Touchnet system meant that we didn't open up registration until March 20th, and we lost a significant number of participants as a result. This year, we hoped to open up registration much earlier, as people need to make their summer plans, apply for funding from their institutions, etc. For faculty, they are making a significant time commitment in June and deserve an answer as early as possible if the institute is going to be cancelled. While we can of course delay and hope for the best, it is quite possible that doing so will make the institute impossible to run since it is wholly dependent upon participant fees. The level of stress that we experienced last year among our planning committee and from faculty and participants who were frustrated with the uncertainty is not sustainable for a second year, especially since this wouldn't just be a question of technocratic/bureaucratic delays but an existential question about the Institute's ability to operate.

For these reasons, I'm hoping that there's more of an update for me to bring to Bill and Dani tomorrow, and if not, I will work with them to determine how long we can wait for a decision about whether the Institute can happen this summer. I'll let you know our conclusion.

Thank you,

*Nicole Erin Morse*
Associate Professor of Multimedia Studies

Director of the Center for Women, Gender, and Sexuality Studies
*Selfie Aesthetics* available from Duke University Press
Zoom
Do you have a plan to vote? (https://www.vote.org/state/florida/)
(pronouns: they/them/theirs) – what's this?

---

**From:** Michael Horswell <HORSWELL@fau.edu>
**Sent:** Monday, January 8, 2024 11:24 AM
**To:** Nicole Morse <morsen@fau.edu>
**Cc:** William Trapani <wtrapan1@fau.edu>
**Subject:** RE: LLI question

OK, sounds like a good plan.

Best,

Michael

Michael J. Horswell, PhD
Dean, Dorothy F. Schmidt College of Arts and Letters
Professor, Spanish and Latin American Literature
Florida Atlantic University
www.fau.edu/artsandletters
www.fau.edu/horswell
email: horswell@fau.edu
telephone: 561-297-3803

---

**From:** Nicole Morse <morsen@fau.edu>
**Sent:** Monday, January 8, 2024 10:14 AM
**To:** Michael Horswell <HORSWELL@fau.edu>
**Cc:** William Trapani <wtrapan1@fau.edu>
**Subject:** Re: LLI question

Thank you Michael. I'll postpone the meeting for a week or so, and will hold off on sharing the status of the situation with Dr. Leap and Dani for now. Once we have the determination from Daniel Jones, we can assess the next steps. By the 20th I will have to let Bill and Dani know what's going on if we still have to "wait and see."

Best,
Nicole

*Nicole Erin Morse*
Associate Professor of Multimedia Studies
Director of the Center for Women, Gender, and Sexuality Studies
*Selfie Aesthetics* available from Duke University Press
Zoom
Do you have a plan to vote? (https://www.vote.org/state/florida/)
(pronouns: they/them/theirs) – what's this?

---

**From:** Michael Horswell <HORSWELL@fau.edu>
**Sent:** Monday, January 8, 2024 10:10:26 AM

**To:** Nicole Morse <[morsen@fau.edu](mailto:morsen@fau.edu)>
**Cc:** William Trapani <[wtrapani@fau.edu](mailto:wtrapani@fau.edu)>
**Subject:** RE: LLI question

Dear Nicole,

We are waiting on Danial Jones' assessment of the situation in light of the BOG regulation and the Chancellor's concerns.

I would suggest that you do not accept registrations until we have the final determinations. Is it possible to wait on the acceptances? I would hope to have word this week.

Also, a plan B I had thought of discussing with you and Bill is to see if a non-Florida University might be interested in hosting the Institute for a while…since it is virtual, I wonder if that might be a solution in case FAU decides we cannot continue hosting it?

So sorry this is happening to what you have built over the years.

Best,

Michael

Michael J. Horswell, PhD
Dean, Dorothy F. Schmidt College of Arts and Letters
Professor, Spanish and Latin American Literature
Florida Atlantic University
[www.fau.edu/artsandletters](http://www.fau.edu/artsandletters)
[www.fau.edu/horswell](http://www.fau.edu/horswell)
email: [horswell@fau.edu](mailto:horswell@fau.edu)
telephone: 561-297-3803

---

**From:** Nicole Morse <[morsen@fau.edu](mailto:morsen@fau.edu)>
**Sent:** Monday, January 8, 2024 8:55 AM
**To:** Michael Horswell <[HORSWELL@fau.edu](mailto:HORSWELL@fau.edu)>
**Cc:** William Trapani <[wtrapani@fau.edu](mailto:wtrapani@fau.edu)>
**Subject:** LLI question

Dear Michael,

Bill Leap, Dani Orias, and I have our regular LLI planning meeting this afternoon at 2 PM. I'm wondering if I should go forward with it or hold off/postpone. We are getting ready to start accepting paid registrations.

Thank you,

*Nicole Erin Morse*
Associate Professor of Multimedia Studies
Director of the Center for Women, Gender, and Sexuality Studies
*Selfie Aesthetics* available from Duke University Press
[Zoom](#)
[Do you have a plan to vote?](#)  ([https://www.vote.org/state/florida/](https://www.vote.org/state/florida/))
(pronouns: they/them/theirs) – [what's this?](#)

# Nicole Morse

Dear Michael,

I've spoken with Bill Leap and since LLI likely cannot be hosted by FAU this year, he is researching alternative hosts. I will also be switching the GTA to another position. She has already scheduled out social media posts for three more weeks that represent the Institute as taking place at FAU. Should we pull those posts or allow them to post as scheduled?

Thank you,

*Nicole Erin Morse*
Associate Professor of Multimedia Studies
Director of the Center for Women, Gender, and Sexuality Studies
*Selfie Aesthetics* available from Duke University Press
Zoom
Do you have a plan to vote? (https://www.vote.org/state/florida/)
(pronouns: they/them/theirs) – what's this?

**Nicole Morse**

---

**From:** Nicole Morse
**Sent:** Monday, January 29, 2024 3:48 PM
**To:** Michael Horswell
**Cc:** William Trapani
**Subject:** Lavendar Languages Institute

Dear Michael,

As I indicated in Faculty Assembly, LLI participants and faculty are seeking information about this year's Institute. I'm thinking we are at the point where we need to just tell them that we are unable to host it at FAU and are working to find a new location. Does that make sense? Bill and I are trying to figure out how to navigate this.

Thanks,

*Nicole Erin Morse*
Associate Professor of Multimedia Studies
Director of the Center for Women, Gender, and Sexuality Studies
*Selfie Aesthetics* available from Duke University Press
Zoom
Do you have a plan to vote?  (https://www.vote.org/state/florida/)
(pronouns: they/them/theirs) – what's this?

**Nicole Morse**

---

**From:** Michael Horswell
**Sent:** Monday, January 29, 2024 6:18 PM
**To:** Nicole Morse
**Cc:** William Trapani
**Subject:** RE: Lavendar Languages Institute

I understand the sense of urgency and frustration. Let me follow up one more time. I do not want to be the one to close it down, since I really cannot see how it is violative. But the attorney may have a different reading...

I know they got slowed down after the BOG meeting last week.

Did Bill Leap get confirmation from the Institute in California if they would take it? I heard a colleague of ours at NC State is interested for the following year.

M

Michael J. Horswell, PhD
Dean, Dorothy F. Schmidt College of Arts and Letters
Professor, Spanish and Latin American Literature
Florida Atlantic University
www.fau.edu/artsandletters
www.fau.edu/horswell
email: horswell@fau.edu
telephone: 561-297-3803

---

**From:** Nicole Morse <morsen@fau.edu>
**Sent:** Monday, January 29, 2024 3:48 PM
**To:** Michael Horswell <HORSWELL@fau.edu>
**Cc:** William Trapani <wtrapan1@fau.edu>
**Subject:** Lavendar Languages Institute

Dear Michael,

As I indicated in Faculty Assembly, LLI participants and faculty are seeking information about this year's Institute. I'm thinking we are at the point where we need to just tell them that we are unable to host it at FAU and are working to find a new location. Does that make sense? Bill and I are trying to figure out how to navigate this.

Thanks,

*Nicole Erin Morse*
Associate Professor of Multimedia Studies
Director of the Center for Women, Gender, and Sexuality Studies
*Selfie Aesthetics* available from Duke University Press
Zoom
Do you have a plan to vote?  (https://www.vote.org/state/florida/)
(pronouns: they/them/theirs) – what's this?

1

**Nicole Morse**

---

**From:** Nicole Morse
**Sent:** Tuesday, January 30, 2024 11:45 AM
**To:** Michael Horswell
**Cc:** William Trapani
**Subject:** RE: Lavendar Languages Institute

Dear Michael,

Thanks so much for your email. It would be great to get a sense from the lawyers if there is a real reason to shut down LLI.

I know Bill Leap is looking into options for this year, but moving it could be very difficult at this point in the annual cycle, just because of all the paperwork and bureaucracy (which is already in place at FAU) and which may be difficult to set up in just a month or so (in order to start processing registrations and confirming attendance/cash flow).

It is indeed great that NC State is open to it for 2025!

Best,

*Nicole Erin Morse*
Associate Professor of Multimedia Studies
Director of the Center for Women, Gender, and Sexuality Studies
*Selfie Aesthetics* available from Duke University Press
Zoom
Do you have a plan to vote? (https://www.vote.org/state/florida/)
(pronouns: they/them/theirs) – what's this?

---

**From:** Michael Horswell <HORSWELL@fau.edu>
**Sent:** Monday, January 29, 2024 6:18 PM
**To:** Nicole Morse <morsen@fau.edu>
**Cc:** William Trapani <wtrapan1@fau.edu>
**Subject:** RE: Lavendar Languages Institute

I understand the sense of urgency and frustration. Let me follow up one more time. I do not want to be the one to close it down, since I really cannot see how it is violative. But the attorney may have a different reading...

I know they got slowed down after the BOG meeting last week.

Did Bill Leap get confirmation from the Institute in California if they would take it? I heard a colleague of ours at NC State is interested for the following year.

M

Michael J. Horswell, PhD
Dean, Dorothy F. Schmidt College of Arts and Letters
Professor, Spanish and Latin American Literature
Florida Atlantic University
www.fau.edu/artsandletters

www.fau.edu/horswell
email: horswell@fau.edu
telephone: 561-297-3803

---

**From:** Nicole Morse <morsen@fau.edu>
**Sent:** Monday, January 29, 2024 3:48 PM
**To:** Michael Horswell <HORSWELL@fau.edu>
**Cc:** William Trapani <wtrapan1@fau.edu>
**Subject:** Lavendar Languages Institute

Dear Michael,

As I indicated in Faculty Assembly, LLI participants and faculty are seeking information about this year's Institute. I'm thinking we are at the point where we need to just tell them that we are unable to host it at FAU and are working to find a new location. Does that make sense? Bill and I are trying to figure out how to navigate this.

Thanks,

*Nicole Erin Morse*
Associate Professor of Multimedia Studies
Director of the Center for Women, Gender, and Sexuality Studies
*Selfie Aesthetics* available from Duke University Press
Zoom
Do you have a plan to vote?  (https://www.vote.org/state/florida/)
(pronouns: they/them/theirs) – what's this?