# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

SHARON AUSTIN, et al.,

    *Plaintiffs,*

v.                                  Case No.:  1:25cv16-MW/MJF

BRIAN LAMB, et al.,

    *Defendants.*

_____/

## ORDER SETTING BRIEFING SCHEDULE

On February 5, 2025, this Court held an expedited telephonic scheduling conference regarding Plaintiffs' Motion for Preliminary Injunction, ECF No. 22. This Court adopted the parties' joint proposed schedule, ECF No. 29, with the following modifications.

The in-person hearing on Plaintiffs' motion for preliminary injunction is set for **Monday, March 31, 2025, at 9:00 a.m. (ET)**. Defendants' response and any declarations in support thereof are due **on or before Tuesday, March 4, 2025**. Plaintiffs' reply brief and any rebuttal declarations are due **on or before March 18, 2025**. This Court grants the parties' request to enlarge the maximum word count to 11,200 words with respect to Defendants' response brief and 6,400 words for Plaintiffs' reply brief.

Defendants' motions to dismiss or answers are due **on or before March 18, 2025**. Plaintiffs' response brief to any motions to dismiss are due **on or before April 1, 2025**. Defendants' reply briefs in support of any motions to dismiss are due **on or before April 15, 2025**.

The parties indicated that they intend to proceed with declarations in lieu of live witnesses, and they have not requested to set any discovery in preparation for the hearing on the motion for preliminary injunction.

Given that Plaintiffs will have the last word ahead of the hearing upon filing their reply, this Court intends to let Defendants present their argument first at the hearing. In so doing, this Court is not shifting the burden to Defendants. Plaintiffs retain the burden to prove their entitlement to preliminary injunctive relief.

**SO ORDERED on February 5, 2025.**

**s/Mark E. Walker**  
**Chief United States District Judge**
