# United States District Court
CIVIL MINUTES - GENERAL

Case #  1:25cv16-MW-MJF              Date  March 29, 2024

SHARON AUSTIN, et al. v. BRIAN LAMB, et al.

DOCKET ENTRY:   Preliminary Injunction Hearing Held  9:01 – 9:55 a.m.; 10:12 – 10:56 a.m.

Court hears argument regarding Plaintiff's [22] Motion for Preliminary Injunction.  Order to follow.

PRESENT:  HONORABLE MARK E. WALKER, CHIEF UNITED STATES DISTRICT JUDGE

| Victoria Milton McGee | Megan Hague |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) for Plaintiff(s):  
Jerry Edwards, Samantha Past,  
Caelin Moriarity Miltko, Laura Sturgis,  
Michelle Morton & Daniel Tilley

Attorney(s) for Defendant(s):  
Hala Sandridge ((FIU, FSU & UF Board of Trustees)  
Raymond Treadwell (Board of Governors)

PROCEEDINGS:   Preliminary Injunction Hearing Held

9:01   Court in session  
       Court reviews record  
9:03   Court addresses parties  
9:06   Court hears argument re: Plaintiff's [22] Motion for Preliminary Injunction  
9:55   Court in recess  

10:12  Court in session  
       Court addresses parties  
10:13  Argument continues  
10:56  Court adjourned  

Initials of Clerk: **VMM**