**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**SHARON AUSTIN, et al.,**

    *Plaintiffs,*

**v.**                                    **Case No.: 1:25cv16-MW/MJF**

**BRIAN LAMB, et al.,**

    *Defendants.*

_____/

## ORDER DENYING MOTIONS TO DISMISS AS MOOT

Pending before this Court are Defendants' motions to dismiss, ECF Nos. 41 and 42. Inasmuch as Plaintiffs have filed a first amended complaint, ECF No. 49, the motions to dismiss, ECF Nos. 41 and 42, are **DENIED as moot**.

**SO ORDERED on April 9, 2025.**

                               **s/Mark E. Walker**
                               **Chief United States District Judge**