**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**SHARON AUSTIN, et al.,**

    *Plaintiffs,*

**V.**                                        **Case No.: 1:25cv16-MW/MJF**

**BRIAN LAMB, et al.,**

    *Defendants.*

_____/

## <u>ORDER GRANTING MOTION TO SUBSTITUTE PARTIES</u>

This Court has considered, without hearing, Defendants' unopposed motion to substitute parties. ECF No. 83. The motion is **GRANTED**. The Clerk shall substitute Carson Dale, Kim Dunn, Anastasios Kamoutsas, and Paul Renner for John Brinkman, Manny Diaz, Jr., and Amanda Phalin as Defendants, and amend the case style to reflect this substitution.

    **SO ORDERED on October 10, 2025.**

                    **s/Mark E. Walker**_____
                    **United States District Judge**