UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON AUSTIN,

     Plaintiff,

v.                                                                                Case No.: 1:25-cv-16-MW-MAF

BRIAN LAMB, *et al.*,

     Defendants.

_____/

### JOINT STATUS REPORT

Pursuant to this Court's Order (Dkt. No. 87), the parties file their joint status report as follows:

1.     On January 9, 2026, Defendant Board of Governors ("BOG") served its First Requests for Production on Plaintiff. Plaintiff requested, and Defendant BOG agreed to, a 30-day extension. Plaintiff is preparing responses and objections, which are due to Defendant BOG on March 11, 2026.

2.     On January 26, 2026, Defendant BOG and Defendant University of Florida Board of Trustees ("BOT") served responses and objections to Plaintiff's First Set of Requests for Production. Defendant BOT has made its first production of documents. Plaintiff is reviewing the responses and production.

3. On February 3, 2026, the Court issued its ruling on Plaintiff's motion for leave to file an amended complaint, Dkt. No. 92, granting in part and denying in part. Dkt. No. 103. In the interest of moving this case forward, Plaintiff does not intend to amend her complaint. By electing not to amend, Plaintiff does not waive her right to rely upon any additional factual developments alleged regarding her allegations.

4. On February 5, 2026, Defendants provided proposed edits to the joint protective order and ESI protocol drafted by Plaintiff. The parties will continue to confer in good faith regarding these edits and drafts.

5. All parties continue to proceed with discovery.

Respectfully submitted,

| | |
|---|---|
| */s/   Michelle Morton* | */s/   Anthony J. Sirven* |
| Michelle Morton (FBN 81975) | Anthony J. Sirven (FBN 125879) |
| Samantha J. Past (FBN 1054519) | Carlos Haag (FBN: 1018828) |
| Daniel B. Tilley (FBN 102882) | **LAWSON HUCK GONZALEZ, PLLC** |
| **AMERICAN CIVIL LIBERTIES UNION** | 121 Alhambra Plaza, 10th Floor |
| **FOUNDATION OF FLORIDA** | Coral Gables, FL 33134 |
| 4343 West Flagler Street, Suite 400 | 305-845-1000 |
| Miami, FL 33134 | anthony@lawsonhuckgonzalez.com |
| Tel.: 786-363-1082 | carlos@lawsonhuckgonzalez.com |
| mmorton@aclufl.org | |
| spast@aclufl.org | Caroline May Poor (FBN: 101839) |
| dtilley@aclufl.org | **LAWSON HUCK GONZALEZ, PLLC** |
| | 101 E. College Avenue, 5th Floor |
| -and- | Tallahassee, FL 32301 |

Lee R. Crain
Martie Kutscher Clark
Laura M. Sturges
Janiel Myers
Caelin Moriarity Miltko
A. Nell Tooley
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Telephone: 212-351-4000
lcrain@gibsondunn.com
mkutscherclark@gibsondunn.com
lsturges@gibsondunn.com
jjmyers@gibsondunn.com
cmoriaritymiltko@gibsondunn.com
ntooley@gibsondunn.com

*Counsel for Plaintiffs*

Telephone: 850-825-4334
caroline@lawsonhuckgonzalez.com

*Counsel for the Florida Board of Governors
of the State University System*

*/s/   Hala Sandridge*
Hala Sandridge, FBN 0454362
hala.sandridge@bipc.com
BUCHANAN INGERSOLL
& ROONEY PC
401 East Jackson Street,
Suite 2400
Tampa, FL  33602
Telephone 813 222 1127
Fax 813 222 8189

Sydney Rochelle Harville (admitted pro hac
vice)
sydney.harville@bipc.com
BUCHANAN  INGERSOLL  &  ROONEY
PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
P:  215 665 8700/F:  215 665 8760

*Counsel for the University of Florida Board
of Trustees*