UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON AUSTIN,

     Plaintiff,

v.                                              Case No.: 1:25-cv-16-MW-MAF

BRIAN LAMB, *et al.*,

     Defendants.

_____/

## JOINT STATUS REPORT

Pursuant to this Court's Order (Dkt. No. 87), the parties file their joint status report as follows:

1.     The parties are currently engaged in written discovery and have exchanged requests for production, requests for admission, and interrogatories. The parties continue to review and respond to these requests and are meeting and conferring in good faith to address responses and any discovery-related disputes that arise.

2.     Plaintiff Austin served requests for production on University of Florida Board of Trustees ("BOT") on November 26, 2025. BOT served objections to these requests on January 26, 2026. BOT has made two productions of documents responsive to these requests.

Page 1 of 4

3.     Plaintiff Austin served requests for production on Florida Board of Governors ("BOG") on November 26, 2025. BOG served objections to these requests on January 26, 2026. BOG commits to make a production in response to these requests by March 13, 2026.

4.     On February 20, 2026, Plaintiff served her First Set of Requests for Admissions on BOG and BOT. BOG and BOT are preparing responses and objections, which are due to Plaintiff on March 23, 2026.

5.     On January 9, 2026, BOG served its First Requests for Production on Plaintiff. Plaintiff requested, and Defendant BOG agreed to extend Plaintiff's deadline to respond until March 13, 2026. Plaintiff is preparing responses and objections.

6.     On February 23, 2026, BOG served its First Set of Interrogatories on Plaintiff. Plaintiff is preparing responses and objections, which are due to BOG on March 25, 2026.

7.     Plaintiff Austin sent initial drafts of the Joint ESI Protocol and Protective Order on November 20, 2025. BOG and BOT responded with their proposed revisions on February 5, 2026. Plaintiff Austin responded with further revisions on February 19, 2026. The parties met and conferred regarding their remaining disputes on February 27, 2026. On the same date, BOG and BOT provided further proposed revisions to which Plaintiff Austin responded on March 8, 2026.

8.    While all parties continue to proceed with discovery, the parties anticipate they may request an extension of the current case schedule, if necessary, to allow time for the parties to complete discovery and will confer as required.

Respectfully submitted,

<table>
<tr><td>

/s/  *Laura M. Sturges*

Michelle Morton (FBN 81975)
Samantha J. Past (FBN 1054519)
Daniel B. Tilley (FBN 102882)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA**
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel.: 786-363-1082
mmorton@aclufl.org
spast@aclufl.org
dtilley@aclufl.org

-and-

Lee R. Crain
Martie Kutscher Clark
Laura M. Sturges
Janiel Myers
Caelin Moriarity Miltko
A. Nell Tooley
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Telephone: 212-351-4000
lcrain@gibsondunn.com
mkutscherclark@gibsondunn.com
lsturges@gibsondunn.com
jjmyers@gibsondunn.com
cmoriaritymiltko@gibsondunn.com

</td><td>

/s/  *Anthony J. Sirven*

Anthony J. Sirven (FBN 125879)
Carlos Haag (FBN: 1018828)
**LAWSON HUCK GONZALEZ, PLLC**
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
305-845-1000
anthony@lawsonhuckgonzalez.com
carlos@lawsonhuckgonzalez.com

Caroline May Poor (FBN: 101839)
**LAWSON HUCK GONZALEZ, PLLC**
101 E. College Avenue, 5th Floor
Tallahassee, FL 32301
Telephone: 850-825-4334
caroline@lawsonhuckgonzalez.com

*Counsel for the Florida Board of Governors of the State University System*

/s/  *Hala Sandridge*

Hala Sandridge, FBN 0454362
hala.sandridge@bipc.com
BUCHANAN INGERSOLL
& ROONEY PC
401 East Jackson Street,
Suite 2400
Tampa, FL  33602
Telephone 813 222 1127
Fax 813 222 8189

</td></tr>
</table>

ntooley@gibsondunn.com

*Counsel for Plaintiffs*

Sydney Rochelle Harville (admitted pro hac vice)
sydney.harville@bipc.com
BUCHANAN  INGERSOLL  &  ROONEY
PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
P:  215 665 8700/F:  215 665 8760

*Counsel for the University of Florida Board of Trustees*