**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

SHARON AUSTIN,

*Plaintiff*,

Case No.: 1:25-cv-00016-MW-MJF

v.

BRIAN LAMB, et al.,

*Defendants*.

**NOTICE OF APPEAL OF ECF NO. 130**

Notice is hereby given that Defendants, Members of the Florida Board of Governors of the State University System (the "Board of Governors"),[1] appeal to the United States Court of Appeals for the Eleventh Circuit the order partially denying their motion for protective order (ECF No. 130), which was entered by this Court on June 17, 2026. *See In re Hubbard*, 803 F.3d 1298, 1305 (11th Cir. 2015) (denial of legislative privilege claims are "immediately" appealable); *see, e.g.*, *Pernell v. Fla. Bd. of Governors of State Univ.,* 84 F.4th 1339, 1342 (11th Cir. 2023) (immediate appeal of denial of legislative privilege protections); *see also Pen Am. Ctr., Inc. v.*

[1] The Defendant Members of the Board of Governors include Alan Levine, Anastasios Kamoutsas, Ashley Bell Barnett, Ashley Lukis, Aubrey Edge, Carson Good, Charles H. Lydecker, Craig Mateer, Douglas Broxson, Edward Haddock, Ian Seibert, Keith Perry, Ken Jones, Kimberly Dunn, Michael Okaty, Nick Sinatra, Timothy M. Cerio.

*Escambia Cnty. Sch. Dist.*, No. 24-13896, 2025 WL 1937264, at *3 (11th Cir. July 15, 2025) (recognizing "even where no final judgment has been rendered, collateral appeal of a discovery order may be appropriate where a legislative privilege is asserted but denied").

Dated: July 2, 2026

Respectfully Submitted,

By: *s/ Anthony J. Sirven*
Anthony J. Sirven (FBN: 125879)
Brian M. Trujillo (FBN: 1025734)
Carlos Haag (FBN: 1018828)
Thomas P. Bardenwerper (FBN: 1044458)
**LAWSON HUCK GONZALEZ, PLLC**
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: 305-845-1000
anthony@lawsonhuckgonzalez.com
brian@lawsonhuckgonzalez.com
carlos@lawsonhuckgonzalez.com
thomas@lawsonhuckgonzalez.com

Adam Brandon (FBN: 99316)
Caroline May Poor (FBN: 101839)
**LAWSON HUCK GONZALEZ, PLLC**
101 E. College Avenue, 5th Floor
Tallahassee, FL 32301
Telephone: 850-825-4334
adam@lawsonhuckgonzalez.com
caroline@lawsonhuckgonzalez.com

*Counsel for the Florida Board of Governors of the State University System and the Honorable Rachel Kamoutsas*