**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

SHARON AUSTIN,

*Plaintiff*,

Case No.: 1:25-cv-00016-MW-MJF

v.

BRIAN LAMB, et al.,

*Defendants*.

**NOTICE OF APPEAL OF ECF NO. 130 and 133**

Notice is hereby given that nonparty Judge Rachel Kamoutsas ("Judge Kamoutsas") appeals to the United States Court of Appeals for the Eleventh Circuit the order denying her motion to quash (ECF No. 133), which was entered by this Court on June 22, 2026. *See In re Hubbard*, 803 F.3d 1298, 1305 (11th Cir. 2015) (denial of legislative privilege claims are "immediately" appealable); *see e.g., Pernell v. Fla. Bd. of Governors of State Univ.*, 84 F.4th 1339, 1341 (11th Cir. 2023) (immediate appeal of denial of legislative privilege protections). Judge Kamoutsas also appeals from the Court's June 17, 2026 order on Defendant Members of the Florida Board of Governors of the State University System's motion for protective order (ECF No. 130), because it is inextricably intertwined with, and its resolution is necessary to the effective review of ECF No. 133. *See Schultz v. Alabama*, 42 F.4th 1298, 1311 (11th Cir. 2022).

Dated: July 2, 2026

Respectfully Submitted,

By: *s/ Anthony J. Sirven*

Anthony J. Sirven (FBN: 125879)
Brian M. Trujillo (FBN: 1025734)
Carlos Haag (FBN: 1018828)
Thomas P. Bardenwerper (FBN: 1044458)
**LAWSON HUCK GONZALEZ, PLLC**
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: 305-845-1000
anthony@lawsonhuckgonzalez.com
brian@lawsonhuckgonzalez.com
carlos@lawsonhuckgonzalez.com
thomas@lawsonhuckgonzalez.com

Adam Brandon (FBN: 99316)
Caroline May Poor (FBN: 101839)
**LAWSON HUCK GONZALEZ, PLLC**
101 E. College Avenue, 5th Floor
Tallahassee, FL 32301
Telephone: 850-825-4334
adam@lawsonhuckgonzalez.com
caroline@lawsonhuckgonzalez.com

*Counsel for the Florida Board of Governors of the State University System and the Honorable Rachel Kamoutsas*