**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 09, 2026

Lee Ross Crain
Gibson Dunn & Crutcher, LLP
200 PARK AVE FL 47
NEW YORK, NY 10166

Jerry Edwards
ACLU Foundation of Florida, Inc.
4343 W FLAGLER ST STE 400
MIAMI, FL 33134

Carlos A. Haag
Lawson Huck Gonzalez, PLLC
121 ALHAMBRA PLZ PH 1 STE 1604
CORAL GABLES, FL 33134

Sydney Rochelle Harville
Buchanan Ingersoll & Rooney, PC
50 S 16TH ST STE 3200
PHILADELPHIA, PA 19102

Martie Kutscher
Gibson Dunn & Crutcher, LLP
310 UNIVERSITY AVE
PALO ALTO, CA 94301

Caelin Moriarity Miltko
Gibson Dunn & Crutcher, LLP
1900 LAWRENCE ST STE 3000
DENVER, CO 80202

Michelle Morton
ACLU Foundation of Florida, Inc.
4343 W FLAGLER ST STE 400
MIAMI, FL 33134

Samantha Past

ACLU Foundation of Florida, Inc.
4343 W FLAGLER ST STE 400
MIAMI, FL 33134

Caroline Poor
Lawson Huck Gonzalez, PLLC
101 E COLLEGE AVE FL 5
TALLAHASSEE, FL 32301

Patrick Reischl
Gibson Dunn & Crutcher, LLP
310 UNIVERSITY AVE
PALO ALTO, CA 94301

Hala A. Sandridge
Buchanan Ingersoll & Rooney, PC
401 E JACKSON ST STE 2400
TAMPA, FL 33602

Anthony Jose Sirven
Lawson Huck Gonzalez, PLLC
121 ALHAMBRA PLZ PH 1 STE 1604
CORAL GABLES, FL 33134

Laura M. Sturges
Gibson Dunn & Crutcher, LLP
1900 LAWRENCE ST STE 3000
DENVER, CO 80202

Daniel Boaz Tilley
ACLU Foundation of Florida, Inc.
4343 W FLAGLER ST STE 400
MIAMI, FL 33134

Raymond Treadwell
Lawson Huck Gonzalez, PLLC
101 E COLLEGE AVE FL 5
TALLAHASSEE, FL 32301

Brian Trujillo
Lawson Huck Gonzalez, PLLC
121 ALHAMBRA PLZ PH 1 STE 1604
CORAL GABLES, FL 33134

Appeal Number: 26-12369-G ; 26-12371 -G

Case Style: Sharon Austin, et al v. Ashley Barnett, et al
District Court Docket No: 1:25-cv-00016-AW-MJF

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 26-12369

---

SHARON WRIGHT AUSTIN,
ROBIN GOODMAN,
MATTHEW MARR,
ANDREA QUEELEY,
JEAN RAHIER, et al.,

*Plaintiffs-Appellees,*

*versus*

BRIAN LAMB, et al.,

*Defendants,*

ASHLEY BELL BARNETT,
TIMOTHY M. CERIO,
AUBREY EDGE,
CARSON GOOD,
EDWARD HADDOCK, et al.,

*Defendants-Appellants.*

---

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 1:25-cv-00016-AW-MJF

---

---

No. 26-12371

---

SHARON WRIGHT AUSTIN,
ROBIN GOODMAN,
MATTHEW MARR,
ANDREA QUEELEY,
JEAN RAHIER, et al.,

*Plaintiffs-Appellees,*

*versus*

BRIAN LAMB, et al.,

*Defendants,*

RACHEL KAMOUTSAS,

*Interested Party-Appellant.*

---

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 1:25-cv-00016-AW-MJF

---

Before ROSENBAUM, JILL PRYOR, and KIDD, Circuit Judges.

BY THE COURT:

Appellee Sharon Wright Austin's motions to transfer the matter of attorneys' fees to the district court in Case Numbers 26-12369 and 26-12371 is GRANTED.

Appellant Rachel Kamoutsas's motion for leave to file an out-of-time response in Case Number 26-12371 is GRANTED.