UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON AUSTIN,

Plaintiff,

v. Case No.: 1:25-cv-16-AW-MJF

BRIAN LAMB, *et al.*,

Defendants.

_______________________________________/

**JOINT STATUS REPORT**

Pursuant to this Court's Order [ECF No. 160], the parties file their joint status report as follows:

1. UF BOT and BOG deposed Plaintiff Austin's expert on November 6, 2026.

2. The current deadline for motions for summary judgment is November 20, 2026.

* * *

Respectfully submitted,

*/s/ Michelle Morton*
Michelle Morton (FBN 81975)
Samantha J. Past (FBN 1054519)
Daniel B. Tilley (FBN 102882)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA**
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel.: 786-363-1082
mmorton@aclufl.org
spast@aclufl.org
dtilley@aclufl.org

-and-

Lee R. Crain
Martie Kutscher Clark
Laura M. Sturges
Janiel Myers
Caelin Moriarity Miltko
A. Nell Tooley
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Telephone: 212-351-4000
lcrain@gibsondunn.com
mkutscherclark@gibsondunn.com
lsturges@gibsondunn.com
jjmyers@gibsondunn.com
cmoriaritymiltko@gibsondunn.com
ntooley@gibsondunn.com

*Counsel for Plaintiff*

*/s/ Anthony J. Sirven*
Anthony J. Sirven (FBN 125879)
Carlos Haag (FBN: 1018828)
Brian M. Trujillo (FBN: 1025734)
Thomas P. Bardenwerper (FBN: 1044458)
**LAWSON HUCK GONZALEZ, PLLC**
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
305-845-1000
anthony@lawsonhuckgonzalez.com
carlos@lawsonhuckgonzalez.com
brian@lawsonhuckgonzalez.com
thomas@lawsonhuckgonzalez.com

Adam Brandon (FBN: 99316)
Caroline May Poor (FBN: 101839)
**LAWSON HUCK GONZALEZ, PLLC**
101 E. College Avenue, 5th Floor
Tallahassee, FL 32301
Telephone: 850-825-4334
adam@lawsonhuckgonzalez.com
caroline@lawsonhuckgonzalez.com

*Counsel for the Florida Board of Governors of the State University System*

*/s/ Hala Sandridge*
Hala Sandridge, FBN 0454362
hala.sandridge@bipc.com
BUCHANAN INGERSOLL
& ROONEY PC
401 East Jackson Street,
Suite 2400
Tampa, FL 33602
Telephone 813 222 1127
Fax 813 222 8189

Sydney Rochelle Harville (admitted pro hac vice)

sydney.harville@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
P: 215 665 8700/F: 215 665 8760

*Counsel for the University of Florida Board of Trustees*